# EXHIBIT A

## Corporate Organizational Chart

10328628.v7

