**Exhibit C to Motion**

**Proposed Sale Order**

**[TO BE FILED PRIOR TO BIDDING PROCEDURES HEARING]**