# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) ) | Case No. 23-10047 (LSS) |
| | ) | |
| Debtors. | ) ) | (Joint Administration Requested) |

## NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 18, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME)

> This hearing will be conducted in-person for local counsel. Out-of-town counsel/participants can appear remotely by registering with the Zoom link below NO LATER THAN January 18, 2023 at 8:00 a.m.:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItfu2qqDgpE7ovHL14ziasnAFcnIyPlwQ
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

| | |
|---|---|
| Date and Time of Hearing: | January 18, 2023 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Chief Judge Laurie Selber Silverstein, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Omni Agent Solutions ("Omni"), at at https://omniagentsolutions.com/PerformancePowersports. Further information may be obtained by calling Omni at: (747) 263-0129 (toll-free; domestic) or (888) 729-6139 (international) or emailing at PerformancePowersportsInquiries@omniagnt.com. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. **Voluntary Chapter 11 Petitions.**

    A. Performance Powersports Group Investor, LLC - Case No. 23-10047 (LSS) [Docket No. 1]
    B. Performance Powersports Group Holdings, Inc. - Case No. 23-10048 (LSS) [Docket No. 1]
    C. Performance Powersports Group Purchaser, Inc. - Case No. 23-10049 (LSS) [Docket No. 1]
    D. Performance Powersports Group, Inc. - Case No. 23-10050 (LSS) [Docket No. 1]

2. **First Day Declaration.** *Declaration of Ken Vanden Berg in Support of Debtors' Chapter 11 Petitions and First Day Motions and Applications* [Docket No. 16; Filed 1/16/2023]

    Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

MATTERS GOING FORWARD:

3. **Joint Administration Motion.** *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of their Related Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3; Filed 1/16/2023]

    Status: This matter is going forward.

4. **Section 156(c) Retention Application.** *Debtors' Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent Effective as of Petition Date* [Docket No. 4; Filed 1/16/2023]

    Status: This matter is going forward.

5. **Creditor Matrix Motion.** *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtors, (B) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (C) Redact Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 5; Filed 1/16/2023]

    Status: This matter is going forward.

6. **Insurance Motion.** *Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, Purchase or Replace Insurance Coverage, and (C) Honor the Terms of the Financing Agreement and Pay Premiums Thereunder and (II) Granting Related Relief* [Docket No. 6; Filed 1/16/2023]

    Status: This matter is going forward.

7. **Taxes Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 7; Filed 1/16/2023]

    Status: This matter is going forward.

8. **Customer Programs Motion.** *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 8; Filed 1/16/2023]

    Status: This matter is going forward.

9. **Cash Management Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (III) Granting Related Relief* [Docket No.9; Filed 1/16/2023]

    Status: This matter is going forward with respect to an interim order.

10. **Utilities Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [Docket No. 10; Filed 1/16/2023]

    Status: This matter is going forward with respect to an interim order.

11. **Wages Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 11; Filed 1/16/2023]

    Status: This matter is going forward.

12. **Vendor/Shippers/503(b)(9) Motion.** *Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to Pay Certain Prepetition Claims of Lien Claimants, Import Claimants, Foreign Vendors, 503(b)(9) Claimants, and Critical Vendors* [Docket No. 12; Filed 1/16/2023]

    Status: This matter is going forward.

13. **DIP/Cash Collateral Motion.** *Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 13 Filed 1/16/2023]

    Related Documents:

    A. *Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion* [Docket No. 14; Filed 1/16/2023]

    B. *Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion* [Docket No. 15; Filed 1/16/2023]

    Status: This matter is going forward with respect to an interim order.

MATTERS FOR SCHEDULING PURPOSES ONLY:

14. *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 17; Filed 1/16/2023]

    Related Documents:

    A. *Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion* [Docket No. 18; Filed 1/16/2023]

    Status: The Debtors will address the scheduling of the hearing on the bidding procedures and bid protections as sell as a final hearing on first day matters and various other second day matters.

| Dated: January 18, 2023 | */s/ Domenic E. Pacitti* |
| Wilmington, Delaware | Domenic E. Pacitti (DE Bar No. 3989) |
| | Michael W. Yurkewicz (DE Bar No. 4165) |
| | Sally E. Veghte (DE Bar No. 4762) |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | 919 North Market Street, Suite 1000 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 426-1189 |
| | Facsimile: (302) 426-9193 |
| | Email: dpacitti@klehr.com |
| | myurkewicz@klehr.com |
| | sveghte@klehr.com |

-and-

Morton R. Branzburg (*pro hac vice* admission pending)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Proposed Counsel to the Debtors and Debtors in Possession*