# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, et al.,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that a hearing to consider the First Day Matters (the "First Day Hearing") will be held on **January 18, 2023, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Chief Judge Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** THE FIRST DAY HEARING WILL BE CONDUCTED IN-PERSON FOR LOCAL COUNSEL. OUT-OF-TOWN COUNSEL/PARTICIPANTS CAN APPEAR REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN JANUARY 18, 2023 AT 8:00 A.M. REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.

ZOOM LINK:

https://debuscourts.zoomgov.com/meeting/register/vJItfu2qqDgpE7ovHL14ziasnAFcnIyPlwQ

**PLEASE TAKE NOTICE** that on January 16, 2023 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Matters"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

## First Day Declaration

1. **First Day Declaration.** Declaration of Ken Vanden Berg in Support of Debtors' Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

## First Day Matters

2. **Joint Administration Motion.** Debtors' Motion for Entry of an Order (I) Directing Joint Administration of their Related Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3; Filed 1/16/2023]

3. **Section 156(c) Retention Application.** Debtors' Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent Effective as of Petition Date [Docket No. 4; Filed 1/16/2023]

4. **Creditor Matrix Motion.** Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtors, (B) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (C) Redact Certain Personal Identification Information, and (III) Granting Related Relief [Docket No. 5; Filed 1/16/2023]

5. **Insurance Motion.** Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, Purchase or Replace Insurance Coverage, and (C) Honor the Terms of the Financing Agreement and Pay Premiums Thereunder and (II) Granting Related Relief [Docket No. 6; Filed 1/16/2023]

6. **Taxes Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7; Filed 1/16/2023]

7. **Customer Programs Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 8; Filed 1/16/2023]

8. **Cash Management Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (III) Granting Related Relief [Docket No. 9; Filed 1/16/2023]

9. **Utilities Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 10; Filed 1/16/2023]

10. **Wages Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 11; Filed 1/16/2023]

11. **Vendor/Shippers/503(b)(9) Motion.** Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to Pay Certain Prepetition Claims of Lien Claimants, Import Claimants, Foreign Vendors, 503(b)(9) Claimants, and Critical Vendors [Docket No. 12; Filed 1/16/2023]

12. **DIP/Cash Collateral Motion.** Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 13 Filed 1/16/2023]

    Related Documents:

    A.  Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion [Docket No. 14; Filed 1/16/2023]

    B.  Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion [Docket No. 15; Filed 1/16/2023]

**Matters for Scheduling Purpose Only**

13. Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry Into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 1/16/2023]

    Related Documents:

    A.  Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion [Docket No. 18; Filed 1/16/2023]

**PLEASE TAKE FURTHER NOTICE** A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Omni Agent Solutions ("Omni"), at https://omniagentsolutions.com/PerformancePowersports. Further information may be obtained by calling Omni at: (747) 263-0129 (toll-free; domestic) or (888) 729-6139 (international) or emailing at PerformancePowersportsInquiries@omniagnt.com.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Matters may be made at the First Day Hearing.

Dated: January 17, 2023
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:      (302) 426-9193
Email:  dpacitti@klehr.com
            myurkewicz@klehr.com
            sveghte@klehr.com

-and-

Morton R. Branzburg (*pro hac vice* admission pending)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-3007
Facsimile:      (215) 568-6603
Email: mbranzburg@klehr.com

*Proposed Counsel to the Debtors and Debtors in Possession*