# EXHIBIT C

## Vanden Berg Declaration

10345744.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.,*[1] | ) Case No. 23-10047 (LSS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF KEN VANDEN BERG IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KLEHR HARRISON HARVEY BRANZBURG LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION**

I, Ken Vanden Berg, the Chief Financial Officer of the Debtors, being duly sworn, state the following:

1. I am the Chief Financial Officer of Performance Powersports Group Investor, LLC, a Delaware limited liability company, along with its affiliated debtors and debtors in possession, Performance Powersports Group Holdings, Inc., a Delaware corporation, Performance Powersports Group Purchaser, Inc., a Delaware corporation, and Performance Powersports Group, Inc., an Arizona corporation (collectively the "Debtors").

2. I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10345744.v1

*Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## THE DEBTORS' SELECTION OF COUNSEL

3. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4. To that end, the review process utilized by the Debtors here selected counsel based on their expertise in the relevant legal issues and in similar proceedings. The Debtors interviewed only Klehr Harrison to represent the Debtors in these chapter 11 cases. The Debtors retained Klehr Harrison because of its extensive experience in large and complex corporate restructurings, both out of court and in chapter 11, and in retail matters. Klehr Harrison has become familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe that Klehr Harrison is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

## RATE STRUCTURE

5. In my capacity as the Chief Financial Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Klehr Harrison has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Klehr Harrison charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Klehr Harrison and can confirm

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

that the rates Klehr Harrison charged the Debtors in the prepetition period are the same as the rates Klehr Harrison will charge the Debtors in the postpetition period.

## COST SUPERVISION

6. The Debtors have approved the prospective budget and staffing plan as reflected in the budget attached as Exhibit B to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 54], recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Klehr Harrison. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases. The Debtors will continue to review the invoices that Klehr Harrison regularly submits, and, together with Klehr Harrison, amend the budget and staffing plans periodically, as the case develops.

7. As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

10345744.v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Performance Powersports Group Investor, LLC**
(for itself and on behalf of its affiliated debtors and debtors in possession)

Dated: January 23, 2023

    */s/ Ken Vanden Berg*
Name: Ken Vanden Berg
Title: Chief Financial Officer

10345744.v1