**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) |  |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.,*[1] | ) ) ) | Case No. 23-10047 (LSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF DEBTORS' APPLICATION SEEKING AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
TRIPLE P RTS, LLC AS RESTRUCTURING ADVISOR AND TRIPLE P
SECURITIES, LLC AS INVESTMENT BANKER FOR THE DEBTORS AND
DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

**PLEASE TAKE NOTICE THAT** on January 23, 2023 the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Debtors' Application Seeking and Order Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received **on or before 4:00 p.m. on February 6, 2023**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10347023.v4

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief demanded by the Application without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a hearing will be held on **February 13, 2023 at 2:00 p.m.** before the Honorable Laurie Selber Silverstein, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Court Room #2, 6th Floor, Wilmington, Delaware 19801.  This hearing may be conducted telephonically or via videoconference at the court's discretion.  Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

| | |
|---|---|
| Dated: January 23, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email: dpacitti@klehr.com<br>          myurkewicz@klehr.com<br>          sveghte@klehr.com |
| | -and- |
| | Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:    (215) 569-3007<br>Facsimile:    (215) 568-6603<br>Email: mbranzburg@klehr.com |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

2

10347023.v4