# EXHIBIT B

## OCP List

10349736.v3

| Name | Function |
| --- | --- |
| Jackson Walker LLP | Legal Services |
| Cherry Bekaert LLP | Tax Services |
| The Sheehan Firm, P.C. | Legal Services – Warranty Support |
| Henerson, Franklin, Starnes & Holt, P.A. | Legal Services – Employment Matters |

10349736.v3