**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Performance Powersports Group Investor, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>") as proposed counsel to the Official Committee of Unsecured Creditors of Performance Powersports Group Investor, LLC, *et al.* (the "<u>Committee</u>"), and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), respectfully request that all notices given or required to be given and all papers served or required to be served in the Chapter 11 Cases be delivered to and served upon the parties identified below at the following addresses:

**COLE SCHOTZ P.C.**
G. David Dean, Esq.
Michael E. Fitzpatrick, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
mfitzpatrick@coleschotz.com

**COLE SCHOTZ P.C.**
Seth Van Aalten, Esq.
Sarah A. Carnes, Esq.
Bryant P. Churbuck, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
scarnes@coleschotz.com
bchurbuck@coleschotz.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, notices of all orders, applications, hearings, motions, petitions, pleadings, complaints, demands or other requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, hand delivery, telephone, electronic mail, facsimile transmission, electronically or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit is intended or shall be deemed or construed to be a waiver of any substantive or procedural rights of the Committee, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to have a trial by jury in any proceeding related to, or triable in, the Chapter 11 Cases or any cases, controversies or proceedings related to the Chapter 11 Cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee may be entitled, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

PLEASE TAKE FURTHER NOTICE that the aforementioned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated:  February 2, 2023
        Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean (No. 6403)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
mfitzpatrick@coleschotz.com

 - and -

Seth Van Aalten (*Pro Hac* Admission Pending)
Sarah A. Carnes (*Pro Hac* Admission Pending)
Bryant P. Churbuck (*Pro Hac* Admission Pending)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
scarnes@coleschotz.com
bchurbuck@coleschotz.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Performance Powersports Group Investor, LLC,* et al.