IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 22-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 65 |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION TO RETAIN TRIPLE P RTS, LLC AS RESTRUCTURING ADVISOR AND TRIPLE P SECURITIES, LLC AS INVESTMENT BANKER**

The undersigned proposed counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1. On January 23, 2023, the Debtors filed the *Debtors' Application Seeking an Order Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 65] (the "Application").

2. The notice served with the Application indicated an objection deadline of February 6, 2023.

3. No objection to the Application has been filed and the Debtors have not received any informal comments on the Application except as otherwise specified herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10369297.v1

4.     The Debtors have received informal comments to the Application from the Office of the United States Trustee.

5.     The Debtors have revised the proposed final order (the "Revised Proposed Order") to address the informal comments received.   A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

6.     A copy of the Revised Proposed Order marked to show changes from the version filed with the Application is attached hereto as **Exhibit B**.

7.     The Debtors have circulated the Revised Proposed Order to the Office of the United States Trustee, who has confirmed it has no objection to the entry of the Revised Proposed Order.

8.     The Debtors respectfully request that the Court enter the Revised Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

10369297.v1

| | |
|---|---|
| Dated: February 8, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: dpacitti@klehr.com<br>         myurkewicz@klehr.com<br>         sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (*pro hac vice* admission pending)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Facsimile: (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |

10369297.v1