**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PERFORMANCE POWERSPORTS GROUP<br>INVESTOR, LLC, *et al.*,[1]<br><br>                  Debtors. | ) Chapter 11<br>)<br>) Case No. 23-10047 (LSS)<br>)<br>)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: Feb. 6, 2023 at 4:00 p.m.<br>) Hearing Date: Feb. 13, 2023 at 2:00 p.m. |

**CERTIFICATE OF NO OBEJCTION REGARDING**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING**
**PROCEDURES FOR INTERIM COMPENSATION**

The undersigned proposed counsel to the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies the following:

1. On January 30, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation* [Docket No. 84] (the "Motion").

2. The notice served with the Motion indicated an objection deadline of February 6, 2023.

3. No objection to the Motion has been filed and the Debtors have not received any informal comments on the Motion.

4. The Debtors respectfully request that the Court enter the Proposed Order in the form attached hereto as **Exhibit A** at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10369290.v1

| | |
|---|---|
| Dated: February 8, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: dpacitti@klehr.com<br>          myurkewicz@klehr.com<br>          sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Facsimile: (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |