# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) | Case No. 23-10047 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 13, 2023 AT 2:00 P.M. (ET)

> This hearing will be conducted in-person. Any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than February 13, 2023 at 8:00 a.m.:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsd-Ggpz4vHFG0vVYIsJQ6bZM6Hic2i6U
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

CONTINUED MATTERS:

1. Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 13 Filed 1/16/2023]

    Related Documents:

    A. Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion [Docket No. 14; Filed 1/16/2023]

    B. Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion [Docket No. 15; Filed 1/16/2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

        C.        Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

        D.        Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54; Filed 1/18/2023]

        E.        Supplement to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 88; Filed 1/31/2023]

    Response Deadline:    February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

    Responses Received:    None

    Status:    This matter has been continued until February 23, 2023 at 10:00 a.m.

2.    Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 1/16/2023]

    Related Documents:

        A.        Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

  B.  Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion [Docket No. 18; Filed 1/16/2023]

  C.  Notice of Hearing Regarding Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 56; Filed 1/19/2023]

Response Deadline: February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

Responses Received: None

Status: This matter has been continued until February 23, 2023 at 10:00 a.m.

<u>UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION/ CERTIFICATION OF COUNSEL</u>:

3. Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 62; Filed 1/23/2023]

  Related Documents:

   A.  Certificate of No Objection Regarding Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 114; Filed 2/8/2023]

   B.  Proposed Order

Status: A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

10362420.v4

4.     Debtors' Application Seeking and Order Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 65; Filed 1/23/2023]

        Related Documents:

            A.     Certification of Counsel Regarding Application to Retain Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker [Docket No. 117; Filed 2/8/2023]

            B.     Proposed Order

        Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

5.     Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 83; Filed 1/30/2023]

        Related Documents:

            A.     Certificate of No Objection Regarding Ordinary Course Professional Motion [Docket No. 116; Filed 2/8/2023]

            B.     Proposed Order

        Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

6.     Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation [Docket No. 84; Filed 1/30/2023]

        Related Documents:

            A.     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation [Docket No. 118; Filed 2/8/2023]

            B.     Proposed Order

        Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

10362420.v4

| | |
|---|---|
| Dated: February 9, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:   (302) 426-9193<br>Email: dpacitti@klehr.com<br>          myurkewicz@klehr.com<br>          sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:   (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

10362420.v4