**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| Debtors. | ) (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 13, 2023 AT 2:00 P.M. (ET)

### THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

CONTINUED MATTERS:

1.  Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 13 Filed 1/16/2023]

    Related Documents:

    A.  Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion [Docket No. 14; Filed 1/16/2023]

    B.  Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion [Docket No. 15; Filed 1/16/2023]

    C.  Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

    D.  Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

       Final Hearing; and (VI) Granting Related Relief [Docket No. 54; Filed 1/18/2023]

    E. Supplement to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 88; Filed 1/31/2023]

  Response Deadline: February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

  Responses Received: None

  Status: This matter has been continued until February 23, 2023 at 10:00 a.m.

2. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 1/16/2023]

  Related Documents:

    A. Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

    B. Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion [Docket No. 18; Filed 1/16/2023]

    C. Notice of Hearing Regarding Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief;

    and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 56; Filed 1/19/2023]

  Response Deadline: February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

  Responses Received: None

  Status: This matter has been continued until February 23, 2023 at 10:00 a.m.

**UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION/ CERTIFICATION OF COUNSEL**:

3. Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 62; Filed 1/23/2023]

  Related Documents:

   A. Certificate of No Objection Regarding Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 114; Filed 2/8/2023]

   B. Proposed Order

  **Status:** **An Order has been entered on this matter.**

4. Debtors' Application Seeking and Order Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 65; Filed 1/23/2023]

  Related Documents:
   A. Certification of Counsel Regarding Application to Retain Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker [Docket No. 117; Filed 2/8/2023]

   B. Proposed Order

  **Status:** **An Order has been entered on this matter.**

5.     Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 83; Filed 1/30/2023]

    Related Documents:

        A.     Certificate of No Objection Regarding Ordinary Course Professional Motion [Docket No. 116; Filed 2/8/2023]

        B.     Proposed Order

    **Status:**     **An Order has been entered on this matter.**

6.     Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation [Docket No. 84; Filed 1/30/2023]

    Related Documents:

        A.     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation [Docket No. 118; Filed 2/8/2023]

        B.     Proposed Order

    **Status:**     **An Order has been entered on this matter.**

Dated: February 10, 2023  
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com  
       myurkewicz@klehr.com  
       sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone: (215) 569-3007  
Facsimile: (215) 568-6603  
Email: mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*