**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) | Case No. 23-10047 (LSS) |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 23, 2023 AT 10:00 A.M. (ET)

This hearing will be conducted in-person. Any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than February 23, 2023 at 8:00 a.m.:

https://debuscourts.zoomgov.com/meeting/register/vJIscemqqDgrE3aXR5sDjAbNk7JmqwYCu94

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

CONTESTED MATTERS:

1. Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 13; Filed 1/16/2023]

Related Documents:

A. Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion [Docket No. 14; Filed 1/16/2023]

B. Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion [Docket No. 15; Filed 1/16/2023]

C. Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.


D. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54; Filed 1/18/2023]

E. Supplement to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 88; Filed 1/31/2023]

F. Notice of Proposed Final DIP Order [Docket No. 156; Filed 2/21/2023]

Response Deadline: February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

Responses Received:

A. Objection of the United States Trustee to the Debtors Motion for Entry of a Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [Docket No. 151; Filed 2/16/2023]

B. Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of Order Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets [Docket No. 152; Filed 2/20/2023]

C. Debtors' Reply in Further Support of Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105,

361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 154; Filed 2/21/2023]

Status: This matter is going forward.

2. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 1/16/2023]

Related Documents:

A. Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

B. Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion [Docket No. 18; Filed 1/16/2023]

C. Notice of Hearing Regarding Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 56; Filed 1/19/2023]

D. Notice of Revised Proposed Bid Procedures Order [Docket No. 155; Filed 2/21/2023]

Response Deadline: February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

Responses Received:

A. Objection of the United States Trustee to the Motion of Debtors for Entry of: (I) An Order (A) Approving Bid Procedures in Connection With the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry Into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief [Docket No. 150; Filed 2/16/2023]

B. Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of Order Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets [Docket No. 152; Filed 2/20/2023]

C. Debtors' Reply in Further Support of Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 153; Filed 2/21/2023]

Status: This matter is going forward.

Dated: February 21, 2023
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com
sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*