IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 21, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Reply in Further Support of Motion for Entry of: (I) an Order (A) Approving Bid Procedures in Connection With the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 153]**

- **Debtors' Reply in Further Support of Motion for Entry of a Final Order Pursuant to U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 154]**

- **Notice of Revised Proposed Bid Procedures Order [Docket No. 155]**

- **Notice of Proposed Final Dip Order [Docket No. 156]**

- **Notice of Agenda of Matters Scheduled for Hearing on February 23, 2023 at 10:00 a.m. (ET) [Docket No. 157]**

On February 21, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

- **Debtors' Reply in Further Support of Motion for Entry of: (I) an Order (A) Approving Bid Procedures in Connection With the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 153]**

- **Notice of Revised Proposed Bid Procedures Order [Docket No. 155]**

Dated: February 22, 2023

_____
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 22nd day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

## **EXHIBIT A**

## **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First Class Mail |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Ballard Spahr LLP | Attn: Leslie C Heilman<br>Attn: Laurel D Roglen<br>Attn: Margaret A Vesper<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Ballard Spahr LLP | Attn: Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com | Email |
| 30 Largest | Brotherhood Transports | Attn: Dispatch/Accounts Receivable<br>3929 E 1st St, Ste 4201<br>Los Angeles, CA 90063 | bryan.arriaga@brotherhoodtransports.com | Email<br>First Class Mail |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| 30 Largest | Cherry Bekaert LLP | P.O. Box 25549<br>Richmond, VA 23260-5500 | invoicing@cbh.com | Email<br>First Class Mail |
| *NOA - Counsel for HISUN Motors Corp. USA | Ciardi Ciardi & Astin | Attn: Daniel K Astin<br>1204 N King St<br>Wilmington, DE 19801 | dastin@ciardilaw.com | Email |
| *NOA - Counsel for HISUN Motors Corp. USA | Ciardi Ciardi & Astin | Attn: Albert A Ciardi III<br>Attn: Walter W Gouldsbury III<br>1905 Spruce St<br>Philadelphia, PA 19103 | aciardi@ciardilaw.com<br>wgouldsbury@ciardilaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: G David Dean<br>Attn: Michael E Fitzpatrick<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | ddean@coleschotz.com<br>mfitzpatrick@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten<br>Attn: Sarah A Carnes<br>Attn: Bryant P Churbuck<br>1325 Ave of the Americas, 19th Fl<br>New York, NY 10019 | svanaalten@coleschotz.com<br>scarnes@coleschotz.com<br>bchurbuck@coleschotz.com | Email |
| 30 Largest | Cosco Shipping Lines | 9659 N Sam Houston Pkwy E, Ste 150, 240<br>Humble, TX 77396 | HOUACCTG@COSCO-USA.com | Email<br>First Class Mail |
| Governmental Authority | Delaware Department of Justice | Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest | Family Farm & Home Service Center | 4325 Plainfield Ave NE<br>Grand Rapids, MI 49525 | pete@familyfarmandhome.com | Email<br>First Class Mail |
| 30 Largest | Fresh Content Society | 790 Frontage Rd, Ste 523<br>Northfield, IL 60093 | s@freshcontentsociety.com | Email<br>First Class Mail |
| 30 Largest | Hisun China | Chongqing Huansong Industries (Group) Co, Ltd<br>Shiyan Industrial Park, Jiulongpo Dist<br>Chongqing, 4000052<br>China | Cristina@hsunmotor.com | Email<br>First Class Mail |
| 30 Largest | Hisun Motors Corp, USA | 310 E University Dr<br>Mckinney, TX 75069 | louis@hisunmotors.com | Email<br>First Class Mail |
| *Committee of Unsecured Creditors | Hisun Motors Corp, USA | Attn: Hannah You<br>310 E University Dr<br>McKinney TX 75069 | Hannah.you@hisunmotors.com | Email |
| (d) Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail Service)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Service) | | First Class Mail |
| 30 Largest | Jinhua Funrun Vehicle Technology Co, Ltd | Dongxi Industrial Area<br>Wucheng District<br>Jinhua<br>Zhejiang Province<br>China | tangbodesign@foxmail.com | Email<br>First Class Mail |
| 30 Largest | Joe's Lawn & Garden | 1141 26th St<br>Allegan, MI 49010 | joeslawnandgarden@charter.net | Email<br>First Class Mail |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Kirkland & Ellis LLP | Attn: Brian Schartz<br>Attn: Allyson B Smith<br>601 Lexington Ave<br>New York, NY 10022 | brian.schartz@kirkland.com<br>allyson.smith@kirkland.com | Email |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Kirkland & Ellis LLP | Attn: William E Arnault<br>300 N LaSalle<br>Chicago, IL 60654 | william.arnault@kirkland.com | Email |
| Counsel to DIP Lender | Kirkland & Ellis LLP | Attn: Allyson B. Smith<br>Attn: Brian Schartz<br>601 Lexington Ave<br>New York, NY 10022 | allyson.smith@kirkland.com<br>brian.schartz@kirkland.com | Email<br>First Class Mail |
| Debtors' Counsel | Klehr Harrison Harvey Branzburg, LLP | 919 N Market St, Ste 1000<br>Wilmington, DE 19801 | dpacitti@klehr.com; myurkewicz@klehr.com; sveghte@klehr.com | Email |
| Debtors' Counsel | Klehr Harrison Harvey Branzburg, LLP | 1835 Market St, Ste 1400<br>Philadelphia, PA 19103 | mbranzburg@klehr.com | Email |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Levenfeld Pearlstein, LLC | Attn: Harold D Israel<br>Attn: Heidi M Hockberger<br>120 S Riverside Plz, Ste 1800<br>Chicago, IL 60606 | hisrael@lplegal.com<br>hhockberger@lplegal.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Mediterranean Shipping Co (MSC) | 700 Watermark Blvd<br>Charleston, SC 29464 | us038-helpmeimport@msc.com | Email<br>First Class Mail |
| 30 Largest | Nam Dinh Vu Port Joint Stock Co (Gema) | Thanh Dat III Bldg, Rm 703, No4<br>Le Thanh Tong, May To Ward<br>Hai Phong City<br>Vietnam | haidkn@gemadept.com.vn | Email<br>First Class Mail |
| 30 Largest | Northern Group | 926 Willard Dr, Ste 144<br>Green Bay, WI 54304 | lfrank@norgroup.net | Email<br>First Class Mail |
| 30 Largest | Norton Lilly International | 1 St Louis Centre, Ste 5000<br>Mobile, AL 36602 | CUL-perdiem@nortonlilly.com | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First Class Mail |
| Attorneys General | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys General | Office of the Attorney General of Delaware | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| U.S. Trustee | Office of the United States Trustee | District of Delaware<br>Attn: Richard Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email<br>First Class Mail |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: James E O'Neill<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>ecorma@pszjlaw.com | Email |
| Counsel to DIP Lender | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: Edward A Corma<br>Attn: James E O'Neill<br>919 N Market St Ste 1700<br>Wilmington, DE 19801 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>ecorma@pszjlaw.com | Email<br>First Class Mail |
| 30 Largest | Pacific Coast Cartage Inc | 2035 E Vista Bella Way<br>Compton, CA 90220 | info@pcctrucking.com | Email<br>First Class Mail |
| 30 Largest | Patsy Goss | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| 30 Largest | Rg Small Engine | 1250 N Winchester St, Ste A<br>Olathe, KS 66061 | rob@rgsmallengine.com | Email<br>First Class Mail |
| 30 Largest | Rich Pacific USA, Inc | 21680 Gateway Ctr Dr, Ste 128<br>Diamond Bar, CA 91765 | operation7@richpacificusa.com | Email<br>First Class Mail |
| 30 Largest | Rpm Motorsports of Texas | Attn: Ron Massoletti<br>1515 Oak Timbers Cir<br>Harker Heights, TX 76548 | racingrpm1952@yahoo.com | Email<br>First Class Mail |
| Government Agency | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Government Agency | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| 30 Largest | Senfeng Laser USA Inc | 5989 Rickenbacker Rd<br>Commerce, CA 90040 | INFO@SENFENGLASERUSA.COM | Email<br>First Class Mail |
| 30 Largest | Snell & Wilmer | 1 Arizona Ctr<br>400 E Van Buren, Ste 1900<br>Phoenix, AZ 85004-2202 | ar@swlaw.com | Email<br>First Class Mail |
| 30 Largest | Starr Lawn & Garden | 3929 S Division<br>Wayland, MI 49348 | rreurink.starrlawn@gmail.com | Email<br>First Class Mail |
| 30 Largest | Summit Outdoors, LLC | Attn: Jeff Collier<br>17404 SE 19th St<br>Vancouver, WA 98683 | jscollier@comcast.net | Email<br>First Class Mail |
| 30 Largest | Sundance GS LLC | 4104 W Spring Creek Pkwy<br>Plano, TX 75024 | tangbodesign@foxmail.com | Email<br>First Class Mail |
| 30 Largest | Tao Motor China | Attn: Finished Goods<br>4575 Edison Ave<br>Chino, CA 91710 | acctmanager@taomotor.com | Email<br>First Class Mail |
| *Committee of Unsecured Creditors | Tao Motor, Inc | Attn: Longman Zhao<br>2201 Luna Rd<br>Carrollton, TX 75006 | acctmanager@taomotor.com | Email |
| 30 Largest | The Coleman Co | Attn: Erica Vail<br>Dept 538<br>2111 E 37th St N<br>Wichita, KS 67219 | Mandy.Lubbers@newellco.com | Email<br>First Class Mail |
| 30 Largest | Tractor Supply Co | c/o Event Logistics, Inc<br>1801 W End Ave, Ste 1530<br>Nashville, TN 37203 | str1701@tractorsupply.com | Email<br>First Class Mail |
| 30 Largest | UFP Chandler, LLC | AR Lockbox<br>6878 W Chandler Blvd<br>Chandler, AZ 85226-3347 | Amber.Oneil@ufpi.com | Email<br>First Class Mail |
| United States Attorney for the District of Delaware | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest | Velvet Hammer Branding, LLC | Attn: Bill Rempe<br>100 Pheasant Woods Ct<br>Loveland, OH 45140 | eunger@velvethammerbranding.com | Email<br>First Class Mail |
| *Committee of Unsecured Creditors | Vietnam New Century Industrial Co, Ltd | Attn: Cristina He<br>Plot CN2-05, Non Tariff Area and Nam Dinh Vu Industrial Park<br>Dinh Vu Cat Hai Econ, Dong Hai 2 Ward<br>Hai An District Hai Phong City<br>Vietnam | Cristina@hsunmotor.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Wan Hai Lines Ltd | Attn: Imports<br>17200 N Perimeter Dr, Ste 200<br>Scottsdale, AZ 85255 | usperdiem@wanhai.com | Email<br>First Class Mail |
| *NOA - Counsel for Twin Brook Capital Partners, LLC and its affiliates | Winston & Strawn LLP | Attn: Gregory M Gartland<br>Attn: Emma Fleming<br>200 Park Ave<br>New York, NY10166-4193 | ggartland@winston.com<br>efleming@winston.com | Email |
| Counsel to the Prepetition Secured Parties | Winston and Strawn LLP | Attn: Gregory M Gartland<br>Attn: Emma Fleming<br>200 Park Ave<br>New York, NY 10017 | ggartland@winston.com<br>efleming@winston.com | Email<br>First Class Mail |
| 30 Largest | Wtp Service | 176-25 Union Turnpike<br>Fresh Meadows, NY 11366 | info@wtp-register.com | Email<br>First Class Mail |
| *NOA - Counsel for Twin Brook Capital Partners, LLC and its affiliates | Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L Magaziner<br>Rodney Sq<br>1000 N King St<br>Wilmington, Delaware 19801 | amagaziner@ycst.com<br>bankfilings@ycst.com | Email |
| Counsel to the Prepetition Secured Parties | Young Conaway Stargatt & Taylor, LLP, | Attn: Andrew Magaziner<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | amagaziner@ycst.com | Email<br>First Class Mail |
| *NOA - Counsel for The Coleman Company Inc | Connolly Gallagher LLP | Attn: Karen C Bifferato<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | kbifferato@connollygallagher.com | Email |
| *NOA - Counsel for The Coleman Company Inc | Reno & Zahm LLP | Attn: Jamie S Cassel<br>2902 McFarland Rd, Ste 400<br>Rockford, IL 61107 | jsc@renozahm.com | Email |

## **EXHIBIT B**

**Exhibit B**
Service List

| Name | Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Burns & Levinson LLP | Lawrence G. Green | | | | lgreen@burnslev.com | Email / First Class Mail |
| Cascade Range Investments, LLC | 4611 NW Fruit Valley Rd, Ste 101 | Vancouver, WA 98660 | | | | First Class Mail |
| Christopher Hunter | Address Redacted | | | | brian.schartz@kirkland.com | Email / First Class Mail |
| Corporation Service Co, as Representative | 801 Adlai Stevenson | Springfield, IL 62706 | | | Email Address Redacted | Email / First Class Mail |
| Dg Mesquite Airport Property Owner | 17304 Preston Rd, Ste 550 | Dallas, TX 75252 | | | | First Class Mail |
| DGW Kramer LLP | Rongping Wu | One Rockefeller Plaza | Suite 1060 | New York, NY 10020 | lwu@dgwllp.com | Email / First Class Mail |
| Financial Pacific Leasing, Inc | 3455 S 344th Way, Ste 300 | Federal Way, WA 98001 | | | michael.harris@sackstierney.com | Email / First Class Mail |
| Geneva Yerfdog 444, LLC | 9820 E Thompson Peak Pkwy, Ste 837 | Scottsdale, AZ 85255 | | | | First Class Mail |
| Harpeth Office Associates, LLC | 198 E Main St, Ste 101 | Franklin, TN 37064 | | | | First Class Mail |
| Kirkland & Ellis LLP | Attn: Brian Schartz | 609 Main St | Houston, TX 77002 | | rmichael@winston.com | Email / First Class Mail |
| Marquette Business Credit LLC | Premier Pl | 5910 N Central Expwy, Ste 1900 | Dallas, TX 75206 | | scott.atwood@henlaw.com | Email / First Class Mail |
| Mcclintock University Investment Partners LLC | 9820 E Thompson Peak Pkwy, Ste 837 | Scottsdale, AZ 85255 | | | | First Class Mail |
| McClintock University Investment Partners, LL | 9820 E Thompson Perk Pkwy, Ste 837 | Scottsdale, AZ 85255 | | | | First Class Mail |
| McClintock University Investment Partners, LL | c/o Burns & Levinson, LLP | Attn: Frank A Segall, Esq | 125 High St | Boston, MA 02110 | | First Class Mail |
| Metro Commercial Properties, Inc | Metro East Valley Holdings Phase Three, LLC | 1230 W Washington St, Ste 203 | Tempe, AZ 85281 | | | First Class Mail |
| Metro East Valley Holdings Phase III | Metro Commercial Properties | 1230 W Washington St, Ste 203 | Tempe, AZ 85281 | | | First Class Mail |
| Pawnee Leasing Corp | 3801 Automation Way, Ste 207 | Ft Collins, CO 80525 | | | shar.bahmani@sackstierney.com | Email / First Class Mail |
| Performance Powersports Group Purchaser Inc | c/o Henderson Franklin Starnes & Holt PA | Attn: Scott E Attwood | 1715 Monroe St | Ft Myers, FL 33901 | | First Class Mail |
| Performance Powersports Group Purchaser Inc | c/o Sacks Tierney PA | Attn: Shahryar Bahmani | 4250 Drinkwater Blvd, 4th Fl | Scottsdale, AZ 85251-3647 | | First Class Mail |
| Performance Powersports Group Purchaser Inc | c/o Sacks Tierney PA | Attn: Michael J Harris | 4250 Drinkwater Blvd, 4th Fl | Scottsdale, AZ 85251-3647 | | First Class Mail |
| Richard Godfrey | Address Redacted | | | | Email Address Redacted | Email / First Class Mail |
| Steelcase Financial Services, Inc | 901 44th St SE | Grand Rapids, MI 49508 | | | | First Class Mail |
| Twin Brook Capital Partners LLC, as Agent | 111 S Wacker Dr, 36th Fl | Chicago, IL 60606 | | | | First Class Mail |
| UMB Bank NA | 1008 Oak St | Kansas City, MO 64106 | | | | First Class Mail |
| UMB Bank NA | 5910 N Central Expwy | Dallas, TX 75206 | | | | First Class Mail |
| Winston & Strawn LLP | Attn: Rebecca Michael, David Baroni, Alexandra Gecas Clark | Attn: Gregory Gartland, Shazia Siddiqui | 35 W Wacker Dr, Ste 4100 | Chicago, IL 60601-9703 | | First Class Mail |
| Winston & Strawn LLP | | | | | asclark@winston.com | Email |
| Winston & Strawn LLP | | | | | dbaroni@winston.com | Email |
| Winston & Strawn LLP | | | | | ggartland@winston.com | Email |
| Winston & Strawn LLP | | | | | ssiddiqui@winston.com | Email |
| Yerf-Dog Geneva 444 LLC | 444 W Geneva Dr | Tempe, AZ 85282 | | | | First Class Mail |
| Yerf-Dog Geneva 444 LLC | c/o Burns & Levinson, LLP | Attn: Frank A Segall, Esq | 125 High St | Boston, MA 02110 | | First Class Mail |

**PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, et al. - Service List to E-Mail and First-Class Mail Recipients**   **Served 2/21/2023**

13 NDA PARTIES WERE SERVED VIA EMAIL AND FIRST-CLASS MAIL. THE NAMES AND ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.