## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PERFORMANCE POWERSPORTS GROUP | ) Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.,*[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Related to Docket No. 17** |
|  | ) |

### NOTICE TO COUNTERPARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES REGARDING CURE AMOUNTS AND POSSIBLE ASSIGNMENT TO THE STALKING HORSE BIDDER OR SUCH OTHER SUCCESSFUL BIDDER AT AUCTION

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES MAY BE COUNTERPARTY TO ONE OR MORE EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES WITH THE DEBTORS.[2]**
>
> **PARTIES RECEIVING THIS NOTICE SHOULD (1) READ THIS NOTICE CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED BY THE TRANSACTIONS DESCRIBED HEREIN AND (2) LOCATE THEIR NAME AND CONTRACT AND/OR LEASE ON APPENDIX I HERETO**

**PLEASE TAKE NOTICE** that on January 16, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed a motion (the "Bid Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that at the hearing held on February 23, 2023, the Bankruptcy Court indicated it would approve an order [Docket No. TBD] (the "Bid Procedures Order"), which (a) set key dates, times and procedures related to the Sale (the "Sale") of substantially of the Debtors' assets (the "Assets") pursuant to an auction (the "Auction") overseen by the Bankruptcy Court, which Auction is scheduled to occur on **March 9, 2023, 2022 at 10:00 a.m. (prevailing Eastern Time)**, (b) authorized the Debtors to enter into a stalking horse asset purchase agreement (the "Stalking Horse Agreement") with CPS USA Acquisition, LLC (the "Stalking Horse Bidder"), (c) established certain procedures relating to the Debtors' assumption

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2]    This Notice is being sent to counterparties to executory contracts and unexpired leases. This Notice is not an admission by the Debtors that such contract or lease is executory or unexpired.

and assignment of executory contracts and unexpired leases in connection with the Sale, and (d) granted related relief.[3] Approval of the Sale to the Stalking Horse Bidder or such other Successful Bidder (as defined in the Bid Procedures Order) after the results of the Auction and the Debtors' assumption and assignment of any executory contracts and unexpired leases in connection therewith, is scheduled to take place at a hearing before the Honorable Chief Judge Laurie Selber Silverstein, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom No. 2, at **10:00 a.m. (prevailing Eastern Time) on March 20, 2023** (the "<u>Sale Hearing</u>"). The Sale Hearing may be adjourned by the Bankruptcy Court or the Debtors without further notice other than such adjournment announced in open court or a notice of adjournment filed on the Bankruptcy Court's docket.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors may assume and assign the executory contract(s) and/or unexpired lease(s) to which you may be a counterparty to the Stalking Horse Bidder or such other Successful Bidder after the outcome of the Auction.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors have conducted a review of their books and records and have determined the cure amount for unpaid monetary obligations under such contract or lease is set forth in the right-hand column on Appendix I (the "<u>Cure Amount</u>"). If you object to (a) the proposed assumption or disagree with the proposed Cure Amount or (b) object to the possible assignment of such executory contract(s) or unexpired lease(s) to the Stalking Horse Bidder, **<u>you must file an objection with the Bankruptcy Court no later than March 10, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") and serve such objection on the following parties</u>**: (i) the Debtors, Attn: Ken Vanden Berg, CFO, 1775 East University Drive, Tempe, Arizona 85281; (ii) counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic Pacitti (dpacitti@klehr.com) and Michael Yurkewicz (myurkewicz@klehr.com); (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: Richard Schepacarter (Richard.Schepacarter@usdoj.gov); (iv) proposed counsel to the official committee of unsecured creditors (the "Committee"), Cole Schotz, P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019, Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah A. Carnes (scarnes@coleschotz.com) and 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 Attn: G. David Dean (ddean@coleschotz.com); and (v) counsel for the DIP Lender, Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian Schartz, P.C. (brian.schartz@kirkland.com) and Allyson B. Smith (allyson.smith@kirkland.com), and (vi) any other party that has requested notice pursuant to Bankruptcy Rule 2002

      **PLEASE TAKE FURTHER NOTICE** that if no objection to the Cure Amount or the assignment of your Executory Contract(s) or Unexpired Lease(s) to the Successful Bidder is filed by the Objection Deadline, **you will be (a) forever barred from objecting to the Cure Amount or provision of adequate assurance of future performance and from asserting any additional cure or other amounts with respect to your contract(s) or lease(s), and the Debtors and the Stalking Horse Bidder or the Successful Bidder (as applicable) shall be entitled to rely solely**

---

[3] To the extent there are any inconsistencies between the Bid Procedures Order and the summary description of the terms and conditions contained in this Notice, the terms of the Bid Procedures Order shall control.

**upon the Cure Amount, (b) deemed to have consented to the assumption or assumption and assignment, and (c) forever barred and estopped from asserting or claiming defaults exist, that conditions to assignment must be satisfied under such contract(s) and/or lease(s) or that there is any objection or defense to the assumption and assignment of such contract(s) and/or lease(s).**

**PLEASE TAKE FURTHER NOTICE** that if you agree with the Cure Amount indicated on Appendix I and otherwise do not object to the Debtors' assumption or assumption and assignment of your contract(s) and/or lease(s), you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Bid Procedures, and the Bid Procedures Order, as well as all related exhibits, may be obtained for free by accessing the website of the Debtors' noticing agent, Omni Agent Solutions, https://omniagentsolutions.com/PerformancePowersports.

| | |
|---|---|
| Dated:  February 24, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz* |
| | Domenic E. Pacitti (DE Bar No. 3989) |
| | Michael W. Yurkewicz (DE Bar No. 4165) |
| | Sally E. Veghte (DE Bar No. 4762) |
| | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| | 919 North Market Street |
| | Suite 1000 |
| | Wilmington, Delaware 19801 |

Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:          dpacitti@klehr.com
                     myurkewicz@klehr.com
                     sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-3007
Facsimile:     (215) 568-6603
Email:          mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*

3

**<u>APPENDIX I</u>**

10394921.v1

**Cure Schedule Exhibit**

| # | Counterparty | Address | Contract Description | Cure Amount |
|---|---|---|---|---|
| 1 | Ace Hardware Corporation | ACE HARDWARE CORP<br>2200 KENSINGTON CT<br>OAK BROOK, IL 60523 | Vendor Agreement, Purchase Orders, EFT, Rebate Agreement, Drop Ship | $0.00 |
| 2 | Acosta Inc. | ACOSTA INC<br>4204 S PINNACLE HILLS PKWY, STE 101<br>ROGERS, AR 72758 | Broker Agreement | $42,721.13 |
| 3 | AT&T Corp. d/b/a ACC Business | AT&T CORP<br>DBA ACC BUSINESS<br>400 WEST AVE<br>ROCHESTER, NY 14611 | ACC Business Multi-Service Agreement | $0.00 |
| 4 | AT&T Corp. d/b/a ACC Business | AT&T CORP<br>DBA ACC BUSINESS<br>400 WEST AVE<br>ROCHESTER, NY 14611 | Master Agreement | $0.00 |
| 5 | AutoZone Parts, Inc. | AUTOZONE PARTS, INC.<br>123 S FRONT ST<br>MEMPHIS, TN 38103 | Vendor Agreement | $0.00 |
| 6 | Baker Logistics Consulting Services, Inc. | BAKER LOGISTICS CONSULTING SERVICES, INC<br>P.O. BOX 14<br>ELMHURST, IL 60126 | Proposal for Logistics Consulting Services | $0.00 |
| 7 | Bank Direct Capital Finance, LLC | BANK DIRECT CAPITAL FINANCE, LLC<br>150 N FIELD DR, STE 190<br>LAKE FOREST, IL 60045 | Commercial Insurance Premium Finance and Security Agreement | $171,696.73 |
| 8 | Bank Direct Capital Finance, LLC | BANK DIRECT CAPITAL FINANCE, LLC<br>150 N FIELD DR, STE 190<br>LAKE FOREST, IL 60045 | Addendum to the Commercial Insurance Premium Finance and Security Agreement | $0.00 |
| 9 | Business Development Services, Inc. (Cox Commercial Office Cleaning Services) | BUSINESS DEVELOPMENT SERVICES, INC<br>COX COMMERCIAL OFFICE CLEANING SVCS<br>2111 E BROADWAY RD, STE 13<br>TEMPE, AZ 85282 | Service Agreement | $490.00 |
| 10 | Calderon & Calderon Business Consulting | CALDERON & CALDERON BUSINESS CONSULTING<br>JUAN I RAMON 801, STE 207<br>MONTERREY, NUEVO LEON 64000<br>MEXICO | Contact Center Agreement | $0.00 |
| 11 | Cascade Range Investments, LLC | CASCADE RANGE INVESTMENTS, LLC<br>4611 NW FRUIT VALLEY RD, STE 101<br>VANCOUVER, WA 98660 | Amended & Restated Lease - Geneva | $0.00 |
| 12 | Cascade Range Investments, LLC | CASCADE RANGE INVESTMENTS, LLC<br>4611 NW FRUIT VALLEY RD, STE 101<br>VANCOUVER, WA 98660 | Amended & Restated Lease - University | $0.00 |
| 13 | Chubb Group of insurance companies | CHUBB GROUP<br>P.O. BOX 382001<br>PITTSBURGH, PA 15250-8001 | Insurance Agreement | $0.00 |
| 14 | Crossdocks, Storage & Logistics LLC | CROSSDOCKS, STORAGE & LOGISTICS LLC<br>ATTN: JOSE RIVAS<br>430 W VENTURA ST<br>DINUBA, CA 93618 | Standard Contract Terms & Conditions | $64,831.74 |
| 15 | CWI, Inc | CWI, INC<br>250 PARKWAY DR, STE 270<br>LINCOLNSHIRE, IL 60069 | Participation Agreement | $0.00 |
| 16 | DG Mesquite Airport Property Owner, L.P. | DG MESQUITE AIRPORT PROPERTY OWNER, LP<br>17304 PRESTON RD, STE 550<br>DALLAS, TX 75252 | Lease Agreement | $0.00 |
| 17 | Empire Logistics Group, LLC | EMPIRE LOGISTICS GROUP LLC<br>1923 MCKINLEY RANGE<br>FESTUS, MO 63028 | Vendor Agreement | $111.16 |
| 18 | Empire Logistics Group, LLC | EMPIRE LOGISTICS GROUP LLC<br>1923 MCKINLEY RANGE<br>FESTUS, MO 63028 | Empire Logistics Group LLC Monthly Storage Proposal | $0.00 |
| 19 | Empire Logistics Group, LLC | EMPIRE LOGISTICS GROUP LLC<br>1923 MCKINLEY RANGE<br>FESTUS, MO 63028 | General Warehouse Terms & Conditions | $0.00 |

| # | Counterparty | Address | Contract Description | Cure Amount |
|---|---|---|---|---|
| 20 | Empire Logistics Group, LLC | EMPIRE LOGISTICS GROUP LLC<br>1923 MCKINLEY RANGE<br>FESTUS, MO 63028 | Freight Terms & Conditions | $0.00 |
| 21 | Financial Pacific Leasing (Alliance Funding Group) | FINANCIAL PACIFIC LEASING<br>ALLIANCE FUNDING GROUP<br>3455 S 344TH WAY, STE 300<br>FEDERAL WAY, WA 98001 | Lease Agreement | $0.00 |
| 22 | Fortress Security | FORTRESS SECURITY<br>2255 STONE MEYERS PKWY, STE 200<br>GRAPEVINE, TX 76051 | Original Proposal | $0.00 |
| 23 | Home Depot Product Authority, LLC | HOME DEPOT PRODUCT AUTHORITY, LLC<br>ATTN: JOHN JOHN<br>116 NESTING TRL<br>SAINT CLOUD, FL 34769 | Supplier Buying Agreement | $0.00 |
| 24 | IGL Logistics | IGL LOGISTICS<br>ATTN: CHRIS FARMER<br>3836 W BUCKEYE RD, BLDG A<br>PHOENIX, AZ 85009 | Warehousing Agreement | $0.00 |
| 25 | Jordan Outdoor Enterprise, Ltd | JORDAN OUTDOOR ENTERPRISE, LTD<br>ATTN: TERRI TROYER<br>ROYALTY REPORTING MANAGER<br>1390 BOX CIR<br>COLUMBUS, GA 31907 | License Agreement | $397.42 |
| 26 | Lockton Companies LLC | LOCKTON COMPANIES LLC<br>444 W 47TH ST, STE 900<br>KANSAS CITY, MO 64112 | Insurance Agreement | $0.00 |
| 27 | Lowe's Companies, Inc. | LOWE'S COMPANIES, INC<br>1000 LOWE'S BLVD<br>MOORESVILLE, NC 28117 | Domestic Business Terms | $0.00 |
| 28 | Metro East Valley Holdings Phase Three, LLC | METRO EAST VALLEY HOLDINGS PHASE THREE, LLC<br>1907 S HOBSON ST, STE 109<br>MESA, AZ 85204 | Memorandum of Commencement | $0.00 |
| 29 | Metro East Valley Holdings Phase Three, LLC | METRO EAST VALLEY HOLDINGS PHASE THREE, LLC<br>1907 S HOBSON ST, STE 109<br>MESA, AZ 85204 | Standard Form Multi-Tenancy Industrial Lease | $0.00 |
| 30 | MID-STATES DISTRIBUTING, LLC | MID-STATES DISTRIBUTING, LLC<br>2800 MEACHAM BLVD.<br>FORT WORTH, TX 76137 | Purchase Agreement Terms & Conditions | $0.00 |
| 31 | Northern Group | NORTHERN GROUP<br>926 WILLARD DR, STE 144<br>GREEN BAY, WI 54304 | Lowe's deal letter/Commission Agreement - Lowe's | $442,276.90 |
| 32 | Northern Group | NORTHERN GROUP<br>926 WILLARD DR, STE 144<br>GREEN BAY, WI 54304 | Selling Agreement - Walmart | $0.00 |
| 33 | Oracle Services | ORACLE SERVICES<br>2300 ORACLE WAY<br>AUSTIN, TX 78741 | Data Processing Agreement | $20,597.56 |
| 34 | Pawnee Leasing Corporation (Alliance Funding Group) | PAWNEE LEASING CORP<br>ALLIANCE FUNDING GROUP<br>3801 AUTOMATION WAY, STE 207<br>FT COLLINS, CO 80525 | Lease Agreement | $0.00 |
| 35 | Pro Group, Inc. | PRO GROUP, INC<br>ATTN: RENEE KOBEY<br>P.O. BOX 6585<br>ENGLEWOOD, CO 80155 | Services Allowance | $0.00 |
| 36 | Pro Group, Inc. | PRO GROUP, INC<br>ATTN: RENEE KOBEY<br>P.O. BOX 6585<br>ENGLEWOOD, CO 80155 | Brokerage Commission and Terms Agreement | $0.00 |
| 37 | SC Autosports, LLC (Kandi) | SC AUTOSPORTS, LLC (KANDI)<br>8050 FOREST LN<br>DALLAS, TX 75243 | Product Purchase Memorandum | $0.00 |
| 38 | Specialty Vehicle Institute of America, Inc. | SPECIALTY VEHICLE INSTITUTE OF AMERICA, INC<br>2 JENNER, STE 150<br>IRVINE, CA 92646-3806 | 2021 ASI Safety Program Participation Agreement | $31,866.25 |

| # | Counterparty | Address | Contract Description | Cure Amount |
|---|---|---|---|---|
| 39 | The Coleman Company, Inc. | THE COLEMAN COMPANY, INC<br>ATTN: ERICA VAIL<br>DEPT 538<br>2111 E 37TH ST N<br>WICHITA, KS 67219 | License Agreement | $232,674.07 |
| 40 | Tractor Supply Co of Texas, LP | TRACTOR SUPPLY CO OF TEXAS, LP<br>5401 VIRGINIA WAY<br>BRENTWOOD, TN, 37027 | Vendor Set-Up Schedule | $0.00 |
| 41 | Tractor Supply Co of Texas, LP | TRACTOR SUPPLY CO OF TEXAS, LP<br>5401 VIRGINIA WAY<br>BRENTWOOD, TN, 37027 | Drop Ship Program Addendum to Vendor Agreement | $0.00 |
| 42 | Tractor Supply Co of Texas, LP | TRACTOR SUPPLY CO OF TEXAS, LP<br>5401 VIRGINIA WAY<br>BRENTWOOD, TN, 37027 | Vendor Agreement | $29,278.75 |
| 43 | Velvet Hammer Branding LLC | VELVET HAMMER BRANDING<br>100 PHEASANT WOODS COURT<br>LOVELAND, OH 45140 | 6-Month Contractor Agreement | $1,363.13 |
| 44 | Vendor Horizon | VENDOR HORIZON<br>1984 S 675<br>W LEHI, UT 84043-6517 | Independent Contractor Agreement | $0.00 |
| 45 | Walmart Inc. | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart General Merchandise Agreement (Agreement Number: 459682-07-2) | $0.00 |
| 46 | Walmart Inc. | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Sam's Club.com General Merchandise Agreement (Agreement Number: 459682-63-1) | $0.00 |
| 47 | Walmart Inc. | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Sam's Club.com General Merchandise Agreement (Agreement Number: 459682-63-2) | $0.00 |
| 48 | Wal−Mart Stores, Inc | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart General Merchandise Supplier Agreement (Supplier Number: 459682−7−0) | $0.00 |
| 49 | Wal−Mart Stores, Inc | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Sam's Club General Merchandise Agreement (Agreement Number: 459682-63-0) | $0.00 |
| 50 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com General Merchandise Agreement (Agreement Number: 459682-09-4) | $0.00 |
| 51 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com General Merchandise Agreement (Agreement Number: 459682-09-3) | $0.00 |
| 52 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com General Merchandise Agreement (Agreement Number:459682-53-0) | $0.00 |
| 53 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com General Merchandise Agreement (Agreement Number: 459682-09-2) | $0.00 |
| 54 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com General Merchandise Agreement (Agreement Number: 459682-07-1) | $0.00 |
| 55 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com Supplier Agreement (Agreement Number: 459682-51-1) | $0.00 |
| 56 | Wal-mart.com USA, LLC | WAL-MART.COM USA, LLC<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-0415 | Walmart.com Supplier Agreement (Agreement Number: 459682-51-0) | $0.00 |