IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |

**PROOF OF PUBLICATION**

Attached hereto as Exhibit A is a Proof of Publication for the Notice of Stalking Horse Bid, Bidding Procedures, Auction, and Sale Hearing [Docket No. 171] from the following:

| Publication | Publication Date | Exhibit |
|---|---|---|
| USA Today | March 3, 2023 | A |

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

# **EXHIBIT A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, March 3, 2023**, the following legal advertisement – **PERFORMANCE POWERSPORTS GROUP HOLDINGS, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
March 3, 2023

## COLLEGE BASKETBALL | GAMES TO WATCH

# Big 12, Pac-12 lead five best games for this weekend

**Eddie Timanus**
USA TODAY

Every new beginning, as it is said, comes from some other beginning's end. So while the men's college basketball regular season reaches its – well, closing time this weekend, that in turn signals the start of the postseason when conference champions are declared and the quest for the ultimate banner commences.

The final installment of the Starting Five actually features a sixth player as it were, as we recognize that a certain rivalry game will garner plenty of attention even if neither participant is currently ranked. We'll even add a seventh contest to watch to round out your Sunday viewing schedule, so there's plenty of bench help this weekend. The true headliners, however, are a pair of Saturday top-10 clashes, with two other matchups of ranked squads.

### No. 3 Kansas at No. 7 Texas

**Time/TV:** Saturday, 4 p.m. ET, ESPN

With the Big 12 regular-season title already secured and a No. 1 regional seed likely in the bank thanks to a bevy of top-tier victories, the Jayhawks can play this one with little to no pressure. The Longhorns are also in good shape in terms of their postseason resume, but they'd still like to snap a two-game mini-skid and present an argument for a top seed themselves. Kansas is nearly impossible to beat when facilitator extraordinaire Dajuan Harris isn't turning the ball over, which he hasn't been of late, but Longhorns super sub Sir-'Jabari Rice can heat up at any time from the 3-point arc.

### No. 9 Arizona at No. 4 UCLA

**Time/TV:** Saturday, 10 p.m. ET, ESPN

UCLA has likewise clinched the Pac-12 regular-season crown, but the Bruins' hold on a top seed is slightly more tenuous than that of Kansas. Is that important? Consider that while earning a No. 1 doesn't guarantee a trip to the Final Four, the last five NCAA champions have been top seeds. In any event, the Bruins would also not mind avenging their earlier loss to the Wildcats in Tucson. While both teams are known for stingy defense, UCLA's Jaime Jacquez Jr. and Arizona's Kerr Kriisa are capable of long-distance deliveries should a comeback be required.

### No. 2 Alabama at No. 21 Texas A&M

**Time/TV:** Saturday, noon ET, CBS

There's nothing on the line here as far as the upcoming Southeastern Conference tournament is concerned with the Crimson Tide and Aggies having already secured the first and second seeds, respectively. But A&M wouldn't mind having another high-end victory on its ledger to enhance its NCAA seeding, while Alabama wants to remain on the top line. Amid a firestorm entirely of its own making, the Alabama team is sure to receive a warm welcome from the A&M fans who don't have a whole lot of affection for the school to begin with. But on the court the Aggies must find a way to slow the Tide's drive-and-dish game, an effort that will likely start with floor leader Wade Taylor IV who averages nearly three steals a game.

### No. 25 Pittsburgh at No. 15 Miami

**Time/TV:** Saturday, 6 p.m. ET, ACCN



Kansas guard Joseph Yesufu goes up for a dunk against Texas' Marcus Carr. JAY BIGGERSTAFF/GETTY IMAGES

The Atlantic Coast Conference picture is still quite muddled heading into the final weekend of the regular season. One thing is clear: The winner of this game will be at least regular-season co-champs and the No. 1 seed in the conference tournament. The Hurricanes have had a week to stew since their collapse against Florida State. The Panthers, thanks to Wednesday's subpar performance at Notre Dame, could slip to the fifth spot if things break badly. Pitt's recent free throw woes and Miami's lack of attention to detail on defense are among the concerns for the coaching staffs.

### Duke at North Carolina

**Time/TV:** Saturday, 6:30 p.m. ET, ESPN

Of course the Tar Heels and Blue Devils get the prime-time position without either team being ranked, and the game certainly doesn't lack for importance. UNC has moved closer to the correct side of the bubble but is in need of another Quad 1 victory to feel more secure on the eve of the ACC Tournament. Duke still has an opportunity to crack the top four of the conference standings and earn a free pass to the quarterfinals, but really no outside incentives are necessary when facing the Heels. The Blue Devils, finally at full strength, enter on a five-game winning streak. UNC has won three in a row with improved perimeter shooting but would still be advised to run the offense through big man Armando Bacot when possible.

### No. 1 Houston at Memphis

**Time/TV:** Sunday, noon ET, CBS

It's safe to say the Tigers have been pointing to this rematch for the last three weeks. That's when Memphis, without its best player, was still able to hang with the Cougars in Houston until the final minutes. Kendric Davis is now back for the Tigers, and he'll be eager to help backcourt mate DeAndre Williams trade shots with Houston's Marcus Sasser and Jarace Walker.

### Illinois at No. 5 Purdue

**Time/TV:** Sunday, 12:30 p.m. ET, Fox

By the time this contest on the final day of the regular-season campaign tips off, the Big Ten Tournament picture will likely still be clear as mud. Both teams should therefore still have plenty to play for as they look to head into the postseason with some positive momentum. The Fighting Illini will have to make a high percentage of mid- to long-range shots to avoid challenging Purdue's man in the middle Zach Edey too often. The Boilermakers' young backcourt has been more loose with the basketball in recent outings, but turnovers have been an issue for Illinois, too.

---

# Scheffler in defense mode

**Adam Schupak**
Golfweek | USA TODAY Network



Defending champion Scottie Scheffler lines up his putt on the 16th green during the first round of the Arnold Palmer Invitational. He shot 68 Thursday. REINHOLD MATAY/USA TODAY SPORTS

ORLANDO – Scottie Scheffler has a theory why he struggled to win a tournament during his first two seasons on the PGA Tour.

"I needed to bring the same intensity to Thursday and Friday as I did to Saturday and Sunday," he explained.

Ever since he figured that out, Scheffler has become a world-beater. He won four tournaments last season in a nine-week stretch, including the Arnold Palmer Invitational in March and the Masters in April. This week marks his second of four opportunities to defend a title and so far he's 1-for-1, having repeated at the WM Phoenix Open.

On Thursday, Scheffler brought the intensity to Bay Hill Club & Lodge and sprinkled six birdies and two bogeys on his card to shoot 4-under 68 in the Arnold Palmer Invitational. The 26-year-old is three strokes behind world No. 1 Jon Rahm, who shot 65, and one back of Honda Classic champ, Chris Kirk, and the PGA Tour's reigning Arnold Palmer Rookie of the Year, Cameron Young, though the first round wasn't completed at press time. With weather conditions expected to get more difficult, Scheffler is pleased with his start. In the past 15 years, only two other defending champs here started with 68 or better – Tiger Woods in 2009 and Matt Every in 2015 – and both went on to hoist the trophy.

"This place is brutal and it's only going to get harder as the week goes on," he said.

He called a 10-foot birdie at No. 8, a tricky par-4 dogleg right, the highlight of his round and also benefited from making two deuces, chipping in from 43 feet short left of the par-3 second green and holing a 39-foot putt at the par-3 17th.

"Two bogeys, a little frustrating, but it's a pretty hard golf course and it doesn't take much to make a bogey out here," Scheffler said. He credited staying out of the rough with giving him a handful of birdie opportunities and declared the greens "ridiculously firm for a Thursday morning."

"It better not blow too hard or they may need to slow them down or something," Scheffler said. "I really don't know what they're going to do."

Fortunately, Scheffler, thrives on hard courses and won at Bay Hill a year ago with a winning score of 4-under when the tournament turned into a U.S. Open in March.

"I feel like it's a place where I can just try and hang in there," said Scheffler. "That's what I did last year. I didn't play amazing for four days. One of the guys I played a practice round with this week asked me what I did so well last year, and I just told 'em I survived. That's really what it felt like."

Scheffler, who entered the week ranked second in the Official World Golf Ranking, can return to No. 1 with a victory but he's going to need help from Rahm, who must finish worse than a two-way tie for second. Scheffler potentially could finish as low as a two-way tie for second and return to the top spot as long as Rahm finishes worse than 25th and Rory McIlroy doesn't win.

But Rahm, who has three wins in 2023, most recently at the Genesis Invitational, shows no signs of slowing down. He made birdie at his first three holes out of the gate, dropped his lone shot of the day with a bogey at No. 8, but played the last three holes in 4 under, including sinking a 24-foot eagle putt at 16 to grab the lead.

Kirk, 37, who won last week for the first time in nearly eight years on tour, had a 5:30 a.m. wake-up call and began with a bogey at No. 10 but recovered with seven birdies en route to posting 67.

Young, 25, chipped in for eagle at the par-5 12th to match Kirk with 67. Young, a Wake Forest graduate like the tournament's namesake, is seeking his first Tour title and was satisfied with his start despite not having his A-game.

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

**NOTICES**

**LEGAL NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:
PERFORMANCE POWERSPORTS GROUP HOLDINGS, INC., et al.,[1]
Debtors.

Chapter 11
Case No. 23-10047 (LSS)
(Jointly Administered)
Re: Docket Nos. 17, 169

**NOTICE OF STALKING HORSE BID, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court") on January 16, 2023 (the "Petition Date").

PLEASE TAKE FURTHER NOTICE that, on January 16, 2023, the Debtors filed a motion [Docket No. 17] (the "Bidding Procedures Motion")[2] with the Court seeking entry of an order, (a) approving the Bidding Procedures in connection with the Sale of substantially all of the Debtors' assets, as attached to the Bidding Procedures Order as Schedule 1, (b) the form and manner of this notice, the Bid Deadline, the Auction, and the Sale Hearing, substantially in the form attached to the Bidding Procedures Order as Schedule 2, (c) scheduling an auction and sale hearing to consider approval of the proposed Transaction, (d) approving procedures for the assumption and assignment of Contracts, (e) approving the sale of the Debtors' assets free and clear, and (e) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on February 27, 2023, the Court entered an order [Docket No. 169] (the "Bidding Procedures Order") approving, among other things, the Stalking Horse Purchase Agreement and the Bidding Procedures, which establish the key dates and times related to the Transaction and the Auction, if necessary, to determine the Successful Bidder. All Interested Parties should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

**Contact Information for Parties Interested in Submitting a Bid.** The Bidding Procedures set forth the requirements for submitting a Qualified Bid, and any person interested in acting as a Bidder must comply strictly with the Bidding Procedures. The Debtors, in accordance with the Bidding Procedures, will consider only Qualified Bids.

Any Interested Party should contact, as soon as practicable:

Portage Point Partners, LLC, 1300 Avenue of the Americas, 22nd Floor, New York, New York 10019, Attn: Steven Bremer (sbremer@ppplc.com), Attn: Geoffrey Schmitz (gschmitz@ppplc.com)

**Obtaining Additional Information.** Copies of the Bidding Procedures Motion, the Bidding Procedures, and the Bidding Procedures Order, as well as all related exhibits, including all other documents filed with the Court, are available free of charge on the Debtors' restructuring website, https://omniagentsolutions.com/PerformancePowersports.

**Important Dates and Deadlines[4]**

1. **Bid Deadline.** The deadline to submit a Qualified Bid is **March 7, 2023 at 5:00 p.m.** (prevailing Eastern Time).
2. **Auction.** If the Debtors receive at least one additional Qualified Bid which includes terms that are higher or otherwise better than those contemplated by the Stalking Horse Purchase Agreement prior to the Bid Deadline, then, subject to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction to determine the Successful Bidder. Only (a) Qualified Bidders and each of their respective legal and financial advisors and (b) the Consultation Parties shall be entitled to attend the Auction and the Qualified Bidders shall appear at the Auction in person and may speak or bid themselves or through duly authorized representatives. Only Qualified Bidders are eligible to bid at the Auction. The Auction, if one is held, will commence on **March 9, 2023, at 10:00 a.m. (prevailing Eastern Time)** at the offices of Klehr Harrison Harvey Branzburg LLP, at 919 N. Market Street, Suite 100, Wilmington, Delaware 19801, or such later date and time as selected by the Debtors, who shall notify all Qualified Bidders.
3. **Time for Debtors to Provide Notice of Results of Auction.** As soon as reasonably practicable after the close of the Auction, the Debtors shall (a) file the Notice of Auction Results with the Court (which notice shall identify the Successful Bidder, the amount of the Successful Bid, the Backup Bid, and the amount of the Backup Bid(s) and (b) cause the Notice of Auction Results to be published on the Debtors' restructuring website, https://omniagentsolutions.com/PerformancePowersports.

4. **Transaction Objections Deadline.** The deadline to file an objection with the Court to the Transaction (if any) (collectively, the "Transaction Objections") is **March 10, 2023 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

5. **Hearing.** A hearing to consider the proposed Transaction will be held before the Court no later than **March 20, 2023 at 10:00 a.m.** (prevailing Eastern Time), or such other date as determined by the Court, at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**Filing Objections.** Transaction Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court and served so as to be **actually received** by no later than **March 10, 2023 at 4:00 p.m.** (prevailing Eastern Time) on (i) the Debtors, Attn: Ken Vanden Berg, CFO, 1775 East University Drive, Tempe, Arizona 85281; (ii) counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, located at 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic Pacitti (dpacitti@klehr.com) and Michael Yurkewicz (myurkewicz@klehr.com); (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: Richard Schepacarter (Richard.Schepacarter@usdoj.gov); (iv) counsel for the Prepetition First Lien Agent, Winston & Strawn, LLP, 200 Park Avenue, New York, NY 10017 Attn: Gregory M. Gartland (ggartland@winston.com) and Emma Fleming (efleming@winston.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street Wilmington, DE 19801 Attn: Andrew Magaziner (amagaziner@ycst.com); (v) proposed counsel to the official committee of unsecured creditors, Cole Schotz, P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019, Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah A. Carnes (scarnes@coleschotz.com) and 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 Attn: G. David Dean (ddean@coleschotz.com); and (vi) counsel for the DIP Lender, Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian Schartz, P.C. (brian.schartz@kirkland.com) and Allyson B. Smith (allyson.smith@kirkland.com), and (vii) any other party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Objection Notice Parties").

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION.** Except as otherwise ordered by the Court, any party or entity who fails to timely make an objection to the Transaction on or before the Objection Deadline in accordance with the Bidding Procedures Order and this notice shall be forever barred from asserting any objection to the Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances and other interests.

Dated: February 27, 2023, Wilmington, Delaware

/s/ Michael W. Yurkewicz, Domenic E. Pacitti (DE Bar No. 3989), Michael W. Yurkewicz (DE Bar No. 4165), Sally E. Veghte (DE Bar No. 4762), **KLEHR HARRISON HARVEY BRANZBURG LLP,** 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Telephone: (302) 426-1189, Facsimile: (302) 426-9193, Email: dpacitti@klehr.com, myurkewicz@klehr.com, sveghte@klehr.com -and- Morton R. Branzburg (admitted pro hac vice), **KLEHR HARRISON HARVEY BRANZBURG LLP,** 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Telephone: (215) 569-3007, Facsimile: (215) 568-6603, Email: mbranzburg@klehr.com, Counsel to the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures or Bidding Procedures Motion, as applicable.

[3] To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

[4] The following dates and deadlines may be extended by the Debtors or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.



NEW GREAT MARKETPLACE RATES!
Scan QR Code for Current Specials