**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-10047 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | Related to Docket Nos. 17 and 169 |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION
OF STALKING HORSE PURCHASER AS THE SUCCESSFUL BIDDER IN CONNECTION
WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**[2]

PLEASE TAKE NOTICE that on January 16, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") a motion [Docket No. 17] (the "Bid Procedures and Sale Motion")[3] seeking approval of, among other things, (a) the sale (the "Sale") of substantially all of the Debtors' assets (the "Assets") and (b) procedures with respect to the Sale of their Assets, procedures to determine cure amounts and deadlines for objections to certain contracts and leases that may be assumed and assigned, the date, time and place for a sale hearing, and for objections to the Sale and related relief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] This Notice is subject to the full terms and conditions of the Bid Procedures and Sale Motion, the Bid Procedures Order, and the Bid Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

[3] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to them in the Bid Procedures Order (as defined herein) or the Bid Procedures and Sale Motion, as applicable.

10407627.v2

PLEASE TAKE FURTHER NOTICE that on February 27, 2023, the Bankruptcy Court entered the *Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief* [Docket No. 169] (the "Bid Procedures Order") which set the Bid Deadline as March 7, 2023 at 5:00 p.m. prevailing Eastern Time and, in the event of the receipt of one or more Qualified Bids in addition to the Stalking Horse Purchase Agreement, scheduled the Auction for March 9, 2023 at 10:00 a.m. prevailing Eastern Time.

PLEASE FURTHER TAKE NOTICE that the Debtors did not receive any Qualified Bids (other than the Stalking Horse Agreement) prior to the Bid Deadline. **ACCORDINGLY, THE DEBTORS HEREBY DESIGNATE THE STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER AND CANCEL THE AUCTION, AND THE DEBTORS WILL NOT CONDUCT AN AUCTION.**

PLEASE TAKE FURTHER NOTICE that the Sale Hearing is scheduled to be held on **March 20, 2023 at 10:00 a.m., prevailing Eastern time.** At the Sale Hearing, the Debtors will seek approval of the Sale to the Stalking Horse Purchaser as outlined in the Bid Procedures and Sale Motion.

PLEASE TAKE FURTHER NOTICE that a copy of the Bid Procedures and Sale Motion, Bid Procedures Order, Stalking Horse Agreement, and related sale pleadings can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Omni Agent Solutions, at https://omniagentsolutions.com/PerformancePowersports. Further information and copies of pleadings also may be obtained by calling Omni Agent Solutions

10407627.v2

at (747) 263-0129 (toll-free; domestic) or (888) 729-6139 (international) or emailing at PerformancePowersportsInquiries@omniagnt.com.

| | |
|---|---|
| Dated:  March 8, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:   (302) 426-9193<br>Email:         dpacitti@klehr.com<br>                    myurkewicz@klehr.com<br>                    sveghte@klehr.com<br><br> -and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:   (215) 568-6603<br>Email:         mbranzburg@klehr.com<br><br> *Counsel for the Debtors and Debtors in Possession* |