# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 17, 169, and 197** |
| | **Hearing Date**: March 20, 2023 at 10:00 a.m. (ET) |
| | **Obj. Deadline**: March 10, 2023 at 4:00 p.m. (ET) |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CREDITOR RICHARD GODFREY TO DEBTORS' MOTION FOR ORDER APPROVING THE SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS

Richard Godfrey ("Godfrey"), by counsel, states as follows for his limited objection to and reservation of rights regarding *Debtors' Motion … for (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 17, 169, and 197] (the "Sale and Bid Procedures Motion"):

### Background

1.  On January 16, 2023 ("Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.  On the Petition Date, the Debtors filed, among other motions, the Sale and Bid Procedures Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 8528.

3. On February 27, 2023, after a hearing on the Sale and Bid Procedures Motion, the Court entered the *Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief* [Docket No. 169] (the "Bid Procedures Order").[2] Pursuant to the Bid Procedures Order, the Court approved CPS USA Acquisition, Inc. ("CPS") as the proposed Stalking Horse Bidder for the Debtors' assets pursuant to the terms and conditions set forth in the Amended and Restated Asset Purchase Agreement Among Debtors and the Proposed Buyer [Docket No. 197-1] (the "Stalking Horse Purchase Agreement"). The Court further found that the Stalking Horse Purchase Agreement was fair and reasonable, and approved the form of the Bidding Procedures attached to the Bid Procedures Order as Schedule 1 [Docket No. 169-1] (the "Bidding Procedures"). The Bidding Procedures set: (i) a Bid Deadline of March 7, 2023, at 5:00 p.m., for prospective purchasers to submit bids; and (ii) an Auction Date of March 9, 2023, upon receipt of other bids. The Bidding Procedures also allowed the Debtors to cancel the Auction if no Qualified Bids were received by the Bid Deadline.

4. On March 6, 2023, the Debtors filed their *Notice of Amended and Restated Stalking Horse Agreement* [Docket No. 197] (the "Notice") advising that the Debtors and CPS had revised their proposed sale agreement dated February 24, 2023. A copy of the revised sale agreement between Debtors and CPS, dated March 6, 2023, is attached to the Notice [Docket No. 197-1], along with the disclosure schedules to the revised sale agreement [Docket No. 197-3] (collectively, the "Proposed Sale Agreement").

---

[2] Capitalized terms not otherwise defined herein shall be ascribed the meanings set forth in the Bid Procedures Order and/or the Bidding Procedures (hereinafter defined).

5. On March 8, 2023, the Debtors filed their *Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as the Successful Bidder in Connection with the Sale of Substantially All of the Debtors' Assets Appointment of Unsecured Creditors Committee* [Docket No. 198], declaring that no Qualified Bids had been received by the bid deadline, that CPS was the Successful Bidder, and that the Auction was cancelled.

6. Under the Bidding Procedures Order, the current deadline to file and serve objections to the Proposed Sale Agreement is March 10, 2023, at 4:00 pm.

7. Rich Godfrey ("Mr. Godfrey") is the owner of Rich Godfrey & Associates, Inc., which entity formerly did business as Coleman Powersports (the "Coleman Powersports"). Coleman Powersports was formed on or around May 6, 2010 by Mr. Godfrey and was a market leader in the sale of utility task vehicles, all-terrain vehicles, go-karts and minibikes.

8. Pursuant to that certain Stock Purchase and Contribution Agreement dated October 8, 2021, Performance Powersports Group Investor, LLC, with backing by Kinderhook Industries, LLC, acquired ownership from Mr. Godfrey of the operating entity, Coleman Powersports. Mr. Godfrey remained on as CEO for a period of time and then solely served as a member of the board of directors, in which capacity he continues to serve. Mr. Godfrey maintains an equity interest in the Debtors and may likely have other claims against the Debtors. As such, Mr. Godfrey is a creditor of the Debtors and therefore a party in interest with respect to the Proposed Sale Agreement.

## Limited Objection

9. Based on his understanding of the proposal, Mr. Godfrey does not object to the Proposed Sale Agreement on its currently stated terms and conditions. However, the Official Committee of Unsecured Creditors is continuing to perform due diligence in connection with the

Sale and Bid Procedures Motion, which process Mr. Godfrey has participated in and continues to participate in.  Furthermore, the Debtors and CPS may enter into further modifications or amendments of the Proposed Sale Agreement.  To the extent the Proposed Sale Agreement is further modified or additional information is made available to Mr. Godfrey, between now and the Court's hearing on the Sale Motion, currently scheduled for March 20, 2023, at 10:00 a.m. (prevailing Eastern Time), Mr. Godfrey expressly reserves all rights and remedies in connection with the Sale and Bid Procedures Motion, including the right to object to the Debtors' sale to CPS, on such modified or amended terms.

[*Remainder of page intentionally left blank*]

**WHEREFORE, Mr.** Godfrey expressly reserves his rights to object to the proposed sale to the extent additional information is made available to Mr. Godfrey or the Debtors and CPS enter into further modifications or amendments of the proposed sale terms between now and the Court's hearing currently scheduled for March 20, 2023, at 10:00 a.m. (prevailing Eastern Time).

Dated: March 10, 2023  
Wilmington, Delaware

*/s/ Donald J. Detweiler*  
**WOMBLE BOND DICKINSON**  
Donald J. Detweiler (DE 3087)  
Matthew P. Ward (DE 4471)  
1313 North Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 252-4320  
Facsimile: (302) 252-4330  
Email: don.detweiler@wbd-us.com  
         matthew.ward@wbd-us.com  

and

**KUTAK ROCK LLP**  
Peter J. Barrett (*pro hac vice* pending)  
Tim S. Baird (VA 36315)  
Jeremy S. Williams (*pro hac vice* pending)  
901 East Byrd Street, Suite 1000  
Richmond, Virginia 23219  
Telephone: (804) 644-1700  
Facsimile: (804) 783-6192  
Email: peter.barrett@kutakrock.com  
         tim.baird@kutakrock.com  
         jeremy.williams@kutakrock.com  

*Co-Counsel to Richard Godfrey*