# **EXHIBIT B**

**From:** Hendricks, John @ Dallas <John.Hendricks@cbre.com>
**Sent:** Thursday, October 20, 2022 2:30 PM
**To:** Tom Dudney <tdudney@dalfen.com>
**Cc:** Matthew Dornak <mdornak@streamrealty.com>; Ryan Wolcott <rwolcott@streamrealty.com>; Atkins, Trevor @ Dallas <Trevor.Atkins@cbre.com>
**Subject:** FW: Performance Audit Status

**EXTERNAL: This email originated outside of DALFEN INDUSTRIAL**

Tom,

Great to meet you today.. below is letter referenced at our meeting as well as the contact info for the accounting group working with J's audit… I know we are all frustrated it has taken a while to get this problem resolved, but if need be, I can try and arrange a call with the accounting firm, CFO and J to try and get your lender more comfortable with the financials provided.

Thanks,

John

John Hendricks | Senior Vice President
CBRE | Dallas/Fort Worth
2100 McKinney Ave, Suite 700 | Dallas, TX 75201
214.979.6507| F 214 979 6398 | C 817 675 5498
john.hendricks@cbre.com| www.cbre.com

**From:** J Pearson <JPearson@pnlenterprises.com>
**Sent:** Thursday, October 20, 2022 1:38 PM
**To:** Hendricks, John @ Dallas <John.Hendricks@cbre.com>; Atkins, Trevor @ Dallas <Trevor.Atkins@cbre.com>
**Subject:** FW: Performance Audit Status

External

Please see below.
J.

J. Pearson
Chairman and CEO.
Vehicle Accessory Group

## To whom it may concern,

**Mayer Hoffman McCann CPAs has been engaged to audit the consolidated financial statements of Performance Powersports Group Holdings, Inc. (the "Company") from October 8, 2021 (date of acquisition) to December 31, 2021.**

**I am the partner in charge of the audit.**

**My team has been performing audit procedures on the books and records of the Company for the period noted above.**

**Based upon our procedures performed, I am not aware of any material change to the Company's financial statements.**

**Further, I am not aware of any restrictions or impediments which would preclude us from issuing our audit report.**

**Regards,**

**Kenneth Steckler
Partner**

**Kenneth L Steckler**
*Managing Director and Shareholder*
CBIZ & Mayer Hoffman McCann CPAs
*The New York Practice of Mayer Hoffman McCann P.C. An Independent CPA Firm.*
5 Bryant Park at 1065 Avenue of the Americas
New York, NY 10018

(212) 790-5723 | phone
(516) 643-9781 | mobile
(212) 790-5905 | fax
ksteckler@cbiz.com

**cbiz.com | mhmcpa.com | office & map | vCard | video**

The information in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

Communications that may be included in this email regarding attest services have been provided by MHM (Mayer Hoffman McCann P.C.), An Independent CPA Firm. All other communications in this email have been provided through CBIZ MHM, LLC which is not a licensed CPA firm.

Member of Kreston International, a global network of independent accounting firms.

Notice: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged and/or deemed to be material non-public information. The recipient may not reproduce, copy or forward (whether electronically or otherwise) any of the information or materials contained herein to any other person, except to the receiver's professional advisors. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail and delete this message. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If this e-mail contains a forwarded message or is a reply to a prior message, the sender may not have produced some or all of the contents of this message or any attachments. If verification is required, please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.