## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. [●]** |

**ORDER AUTHORIZING FILING UNDER SEAL
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
LIMITED OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE DEBTORS' (I) MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO OBTAIN
POSTPETITION FINANCING AND (II) MOTION FOR ENTRY OF AN ORDER
APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Upon consideration of the motion (the "Motion to Seal")[2] filed by the Official Committee of Unsecured Creditors (the "Committee") for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Committee to file certain portions of the Limited Objection under seal; and a publicly viewable Proposed Redacted Limited Objection having been filed in these cases at Docket No. [●]; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion to Seal.

2

this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion to Seal has been given as set forth in the Motion to Seal and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion to Seal support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Seal is **GRANTED** as provided herein.

2. The Committee is authorized to file those portions of the Limited Objection that were redacted in the Proposed Redacted Limited Objection (the "Sealed Material") under seal.

3. The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, the Debtors, Kinderhook, and Twin Brook, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the Sealed Material shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

65643/0001-44857471