# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 17, 169, 197, 198** |

## NOTICE OF PROPOSED TRANSITION SERVICES AGREEMENT

**PLEASE TAKE NOTICE** that on January 16, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Entry of : (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 17] (the "Sale and Bidding Procedures Motion"). Attached as Exhibit A to the Sale and Bidding Procedures Motion was the Stalking Horse Agreement.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale and Bidding Procedures Motion.

10415145.v1

**PLEASE TAKE FURTHER NOTICE** that on February 27, 2023 the Court entered an *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief* [Docket No. 169] (the "Bidding Procedures Order") granting the bid procedures-related relief requested in the Sale and Bidding Procedures Motion, setting the Bid Deadline as March 7, 2023, and scheduling an Auction for March 9, 2023, in the event the Debtors received one or more Qualified Bids.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order also authorized the Debtors to enter into the Stalking Horse Agreement with the Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that on March 6, 2023, the Debtors entered into a revised Stalking Horse Agreement with the Stalking Horse Bidder [Docket No. 197].

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the Stalking Horse Agreement) prior to the Bid Deadline and on March 8, 2023 the Debtors filed the *Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Successful Bidder in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 198].

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Stalking Horse Agreement, the Debtors and the Stalking Horse Purchaser also entered into a certain Transition Services Agreement (the "TSA"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Sale and Bidding Procedures Motion, Bid Procedures Order, Stalking Horse Agreement and related sale pleadings can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Omni Agent Solutions, at https://omniagentsolutions.com/PerformancePowersports.  Further information and copies of pleadings also may be obtained by calling Omni Agent Solutions at (747) 263-0129 (toll-free; domestic) or (888) 729-6139 (international) or emailing at PerformancePowersportsInquiries@omniagnt.com.

| | |
|---|---|
| Dated: March 15, 2023<br>Wilmington, Delaware | */s/ Sally E. Veghte*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street<br>Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:     (302) 426-9193<br>Email:           dpacitti@klehr.com<br>                       myurkewicz@klehr.com<br>                       sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:    (215) 569-3007<br>Facsimile:     (215) 568-6603<br>Email:           mbranzburg@klehr.com<br><br>*Counsel to the Debtors and Debtors in Possession* |