## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*, [1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 15, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Proposed Transition Services Agreement [Docket No. 221]**

Dated: March 16, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _16th_ day of _March_____, 20_23_, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K Cashman_____
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

## **<u>EXHIBIT A</u>**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First Class Mail |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Ballard Spahr LLP | Attn: Leslie C Heilman<br>Attn: Laurel D Roglen<br>Attn: Margaret A Vesper<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Ballard Spahr LLP | Attn: Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com | Email |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| *NOA - Counsel for Academy Ltd d/b/a Academy Sports+Outdoors | Chamberlain Hrdlicka White Williams & Aughtry, PC | Attn: Jarrod B Martin<br>1200 Smith St, Ste 1400<br>Houston, TX 77002 | Jarrod.Martin@chamberlainlaw.com | Email |
| *NOA - Counsel for HISUN Motors Corp. USA | Ciardi Ciardi & Astin | Attn: Daniel K Astin<br>1204 N King St<br>Wilmington, DE 19801 | dastin@ciardilaw.com | Email |
| *NOA - Counsel for HISUN Motors Corp. USA | Ciardi Ciardi & Astin | Attn: Albert A Ciardi III<br>Attn: Walter W Gouldsbury III<br>1905 Spruce St<br>Philadelphia, PA 19103 | aciardi@ciardilaw.com<br>wgouldsbury@ciardilaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: G David Dean<br>Attn: Michael E Fitzpatrick<br>500 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | ddean@coleschotz.com<br>mfitzpatrick@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten<br>Attn: Sarah A Carnes<br>Attn: Bryant P Churbuck<br>1325 Ave of the Americas, 19th Fl<br>New York, NY 10019 | svanaalten@coleschotz.com<br>scarnes@coleschotz.com<br>bchurbuck@coleschotz.com | Email |
| *NOA - Counsel for The Coleman Company Inc | Connolly Gallagher LLP | Attn: Karen C Bifferato<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | kbifferato@connollygallagher.com | Email |
| Governmental Authority | Delaware Department of Justice | Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042 | amish@doshilegal.com | Email |
| *NOA - Counsel for IGL Logistics, Inc. | Gleissner Law Firm, LLC | Attn: Richard R. Gleissner<br>1316 Washington St, Ste 101<br>Columbia, SC 29201 | rick@gleissnerlaw.com | Email |
| *Committee of Unsecured Creditors | Hisun Motors Corp, USA | Attn: Hannah You<br>310 E University Dr<br>McKinney TX 75069 | Hannah.you@hisunmotors.com | Email |
| (d) Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail Service)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Service) | | First Class Mail |
| Counsel to DIP Lender | Kirkland & Ellis LLP | Attn: Allyson B Smith<br>Attn: Brian Schartz<br>601 Lexington Ave<br>New York, NY 10022 | allyson.smith@kirkland.com<br>brian.schartz@kirkland.com | Email<br>First Class Mail |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Kirkland & Ellis LLP | Attn: Brian Schartz<br>Attn: Allyson B Smith<br>601 Lexington Ave<br>New York, NY 10022 | brian.schartz@kirkland.com<br>allyson.smith@kirkland.com | Email |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Kirkland & Ellis LLP | Attn: William E Arnault<br>300 N LaSalle<br>Chicago, IL 60654 | william.arnault@kirkland.com | Email |
| Debtors' Counsel | Klehr Harrison Harvey Branzburg, LLP | 919 N Market St, Ste 1000<br>Wilmington, DE 19801 | dpacitti@klehr.com; myurkewicz@klehr.com;<br>sveghte@klehr.com | Email |
| Debtors' Counsel | Klehr Harrison Harvey Branzburg, LLP | 1835 Market St, Ste 1400<br>Philadelphia, PA 19103 | mbranzburg@klehr.com | Email |
| *NOA - Counsel for Richard Godfrey | Kutak Rock LLP | Attn: Peter J Barrett<br>Attn: Tim S Baird<br>Attn: Jeremy S Williams<br>901 E Byrd St, Ste 1000<br>Richmond, VA 23219 | peter.barrett@kutakrock.com<br>tim.baird@kutakrock.com<br>jeremy.williams@kutakrock.com | Email |
| *NOA - Counsel for DG Mesquite Airport Property Owner, L.P. | Levenfeld Pearlstein, LLC | Attn: Harold D Israel<br>Attn: Heidi M Plockberger<br>120 S Riverside Plz, Ste 1800<br>Chicago, IL 60606 | hisrael@lplegal.com<br>hhockberger@lplegal.com | Email |
| Attorneys General | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First Class Mail |
| Attorneys General | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys General | Office of the Attorney General of Delaware | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| U.S. Trustee | Office of the United States Trustee | District of Delaware<br>Attn: Richard Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email<br>First Class Mail |
| Counsel to DIP Lender | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: Edward A Corma<br>Attn: James E O'Neill<br>919 N Market St Ste 1700<br>Wilmington, DE 19801 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>ecorma@pszjlaw.com | Email<br>First Class Mail |
| *NOA - Counsel for Tankas Fund and CPS USA Acquisition, LLC | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones<br>Attn: James E O'Neill<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>ecorma@pszjlaw.com | Email |
| *NOA - Counsel for The Coleman Company Inc | Reno & Zahm LLP | Attn: Jamie S Cassel<br>2902 McFarland Rd, Ste 400<br>Rockford, IL 61107 | jsc@renozahm.com | Email |
| Government Agency | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Government Agency | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| *Committee of Unsecured Creditors | Tao Motor, Inc | Attn: Longman Zhao<br>2201 Luna Rd<br>Carrollton, TX 75006 | acctmanager@taomotor.com | Email |
| United States Attorney for the District of Delaware | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| *Committee of Unsecured Creditors | Vietnam New Century Industrial Co, Ltd | Attn: Cristina He<br>Plot CN2-05, Non Tariff Area and Nam Dinh Vu Industrial Park<br>Dinh Vu Cat Hai Econ, Dong Hai 2 Ward<br>Hai An District Hai Phong City<br>Vietnam | Cristina@hsunmotor.com | Email |
| *NOA - Counsel for Twin Brook Capital Partners, LLC and its affiliates | Winston & Strawn LLP | Attn: Gregory M Gartland<br>Attn: Emma Fleming<br>200 Park Ave<br>New York, NY10166-4193 | ggartland@winston.com<br>efleming@winston.com | Email |
| Counsel to the Prepetition Secured Parties | Winston and Strawn LLP | Attn: Gregory M Gartland<br>Attn: Emma Fleming<br>200 Park Ave<br>New York, NY 10017 | ggartland@winston.com<br>efleming@winston.com | Email<br>First Class Mail |
| *NOA - Counsel for Richard Godfrey | Womble Bond Dickinson | Attn: Matthew P Ward<br>Attn: Donald J Detweiler<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | matthew.ward@wbd-us.com<br>don.detweiler@wbd-us.com | Email |
| *NOA - Counsel for Twin Brook Capital Partners, LLC and its affiliates | Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L Magaziner<br>Rodney Sq<br>1000 N King St<br>Wilmington, Delaware 19801 | amagaziner@ycst.com<br>bankfilings@ycst.com | Email |
| Counsel to the Prepetition Secured Parties | Young Conaway Stargatt & Taylor, LLP, | Attn: Andrew Magaziner<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801 | amagaziner@ycst.com | Email<br>First Class Mail |