**<u>Exhibit A</u>**

**March 6, 2023 Letter**

10417473.v8



Domenic Pacitti
**Direct Dial**: (302) 552-5511
**Email**: DPacitti@klehr.com

March 6, 2023

<u>**VIA E-MAIL**</u>
Rongping Wu
Katherine Burghardt Kramer
DGW KRAMER LLP
One Rockefeller Plaza
Suite 1060
New York, NY 10020
lwu@dgwllp.com
kkramer@dgwllp.com

Mark Minuti
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com

> **Re:** *Performance Powersports Group Investor, LLC et al.*, **Jointly Administered, Case No. 23-10047 (LSS) (Bankr. D. Del.)**

Counsel,

As you know, we represent Performance Powersports Group, Inc. and its debtor affiliates (collectively "<u>PPG</u>", the "<u>Company</u>", or the "<u>Debtors</u>") in connection with the above-captioned Chapter 11 proceedings.  This letter is directed to you in your capacity as counsel for Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited (collectively, "<u>Hisun</u>").

On December 16, 2022, Hisun filed the following captioned civil action, *Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited v. Performance Powersports Group, Inc. f/k/a Rich Godfrey & Associates, Inc. d/b/a Coleman Powersports and*, Case No. 22-cv-10652 (JPO) (S.D.N.Y.) (the "<u>Initial SDNY Action</u>").

1835 MARKET STREET  |  SUITE 1400  |  PHILADELPHIA, PA 19103  | t 215.569.2700  | f 215.568.6603 |  www.klehr.com

PENNSYLVANIA   |   NEW JERSEY   |   DELAWARE   |   NEW YORK

10405428.v1



Rongping Wu
March 6, 2023
Page 2

Subsequent to the filing by the Debtors of their above-captioned chapter 11 proceedings, on February 14, 2023 Hisun filed a *Notice of Voluntary Dismissal of Defendant Performance Powersports Group, Inc. Without Prejudice* from the SDNY Action. Hisun thereafter on February 16, 2023 filed an Amended Complaint captioned *Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited v. Kinderhook Industries LLC, Kinderhook Capital Fund VI LLP, Kinderhook Capital Fund VI-B LLP, and Richard Godfrey*, Case No. 22-cv-10652 (JPO) (S.D.N.Y.), the "Amended SDNY Action").

Please be advised that the Amended SDNY Action continues to violate the automatic stay of section 362 of title 11 of the United States Code as amended (the "Bankruptcy Code"), asserts claims and causes of action that are property of the Debtors' estates under section 541 of the Bankruptcy Code for Hisun's own benefit, and otherwise seeks to adjudicate matters that may prejudice the Debtors andor diminish property of the Debtors' estates. Consequently, the Debtors hereby demand that Hisun immediately withdraw the Amended SDNY Action.

The Debtors reserve any and all legal claims it may have against Hisun and the right to initiate legal action against Hisun to enforce and protect its rights, including the right to remedy any harm Hisun have caused the Debtors by seeking monetary damages, injunctive relief, and punitve damages.

Sincerely,

*Domenic E. Pacitti*

Domenic Pacitti

DEP/rmm

PENNSYLVANIA | NEW JERSEY | DELAWARE | NEW YORK

10405428.v1