**Exhibit C**

**Proposed Order**

10417473.v8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. _____ |

## ORDER ENFORCING THE AUTOMATIC STAY
## AND GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Debtors for entry of this Order, enforcing the automatic stay, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing thereof, it is hereby ORDERED:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

1. The Motion is granted to the extent provided herein.

2. Hisun has violated the automatic stay and further prosecution of the District Court Action further violates the automatic stay.

3. Hisun is hereby ordered to refrain from taking further action related to the Debtors and their estates, along with their property and causes of action and is required to dismiss the District Court Action.

4. The Debtors may file a separate request for sanctions and damages against Hisun for their willful stay violations.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this order.

7. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

10417473.v8