# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-10047 (LSS)<br><br>(Jointly Administered)<br><br>Related to Docket No. 17, 169, and 197 |

**NOTICE OF FURTHER AMENDED AND RESTATED STALKING HORSE AGREEMENT**

**PLEASE TAKE NOTICE** that on January 16, 2023, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 17] (the "Sale and Bidding Procedures Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10420848.v1

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Sale and Bidding Procedures Motion was the Stalking Horse Agreement[2]

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order authorized the Debtors to enter into the Stalking Horse Agreement with the Stalking Horse Bidder.

**PLEASE TAKE FURTHER NOTICE** that on March 6, 2023, the Debtors filed the Notice of Amended and Restated Stalking Horse Agreement [Docket No. 197] and attached thereto as <u>Exhibit 1</u> a revised Stalking Horse Agreement (the "<u>Revised Stalking Horse Agreement</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Stalking Horse Bidder have further revised the Stalking Horse Agreement to address objections raised by the official committee of unsecured creditors (the "<u>Further Revised Stalking Horse Agreement</u>"), a copy of which is attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit B</u>** is a redlined version of the Further Revised Stalking Horse Agreement marked to show changes from the Revised Stalking Horse Agreement filed at Docket No. 197.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale and Bidding Procedures Motion.

10420848.v1

| | |
|---|---|
| Dated:  March 17, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email: dpacitti@klehr.com<br>         myurkewicz@klehr.com<br>         sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:  (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

10420848.v1