# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) ) Case No. 23-10047 (LSS) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) Re: Docket Nos. 17, 169, and 206 |

## NOTICE OF REVISED PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that on January 16, 2023, the above captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 17] (the "<u>Bid Procedures and Sale Motion</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10420831.v1

**PLEASE TAKE FURTHER NOTICE** that on February 27, 2023, the Court entered an *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief* [Docket No. 169] granting the bid procedures-related relief requested in the Bid Procedures and Sale Motion and which set the Bid Deadline as March 7, 2023 at 5:00 p.m. prevailing Eastern Time and, in the event of the receipt of one or more Qualified Bids in addition to the Stalking Horse Purchase Agreement, scheduled the Auction for March 9, 2023 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the Stalking Horse Agreement) prior to the Bid Deadline and on March 8, 2023 filed the *Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Successful Bidder in Connection With the Sale of Substantially All of the Debtors' Assets* [Docket No. 198].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider the sale-related relief requested in the Bid Procedures and Sale Motion is currently scheduled to commence on March 20, 2023 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE NOTICE** that on March 13, 2023, the Debtors filed the *Notice of Proposed Sale Order* [Docket No. 206] attaching a proposed order granting the sale-related relief requested in the Bid Procedures and Sale Motion (the "Initial Proposed Sale Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Initial Proposed Sale Order to address objections raised by the official committee of unsecured creditors and

attached hereto as **Exhibit A** is a revised proposed order granting the sale-related relief requested in the Bid Procedures and Sale Motion (the "Revised Proposed Sale Order").

.**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised Proposed Sale Order marked to show the changes against the Initial Proposed Sale Order filed at Docket No. 206.

| | |
|---|---|
| Dated:  March 17, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email: dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:  (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Counsel for the Debtors and Debtors in Possession* |