| | |
|---|---|
| **LUCOSKY BROOKMAN LLP**<br>By: Andrew Siegeltuch, Esq.<br>Identification No. 40972<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 360-3626<br>asiegeltuch@lucbro.com | **Attorneys for Defendant, Rich Godfrey & Associates, Inc. d/b/a Coleman Powersports (incorrectly styled as "Coleman Company, Inc.")** |

*Filed and Attested by the Office of Judicial Records 03 MAR 2023 02:43 pm E. HAURIN*

| | | |
|---|---|---|
| MARTIN I. KLEINMAN, ESQUIRE,<br>as Personal Representative of the Estate<br>of MALIK S. WILLIAMS, JR., deceased | :<br>:<br>:<br>:<br>: | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
| *Plaintiff,* | :<br>: | CIVIL ACTION |
| v. | :<br>: | MARCH TERM, 2020 |
| WARREN M. GARRETT, *et al.* | :<br>: | NO.: 00398 |
| *Defendants*, | :<br>:<br>:<br>: | |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, on January 16, 2023, Performance Powersports Group Investor, LLC and certain of its affiliates, including defendant Performance Powersports Group, Inc. **a/k/a Rich Godfrey & Associates, Inc., a/k/a Coleman Powersports,** (each, a "Debtor" and, collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for Delaware (the "Bankruptcy Court"). A copy of the voluntary petition of the defendant, Performance Powersports Group, Inc., Case No. 23-10050 (LSS), Docket No. 1, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, given the nature of the claims asserted by Plaintiffs in the above-captioned action, section 362(a) of the Bankruptcy Code operates as a stay applicable to the entire action and all asserted claims.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay. Any party wishing to take action should contact the Debtors' counsel in the chapter 11 cases before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay. The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

Respectfully submitted,

**LUCOSKY & BROOKMAN LLP**

BY: /ss/ Andrew Siegeltuch

Andrew Siegeltuch, Esq.
Attorney for Rich Godfrey &
Associates, Inc. d/b/a Coleman
Powersports (incorrectly styled
"The Coleman Company")

Dated: March 3, 2023