22.     Why does the owner's manual for the mini-bike bear the Coleman logo if you did not design or manufacture the mini-bike?

**ANSWER:**

**RGA has a license to use the Coleman name and logo for the purpose of advertising and selling certain products, including the subject vehicle.**

23.     What role did you play in the creation of the Owner's Manual?

**ANSWER:**

**RGA wrote the Owner's Manual.**

24.     What lines of communication do you have with the manufacturer of the subject minibike? Please designate someone with the most knowledge of the nature and extent of said communications.

**ANSWER:**

**Most communications with the manufacturer are by telephone or in-person.**

**Rick Canas is the person most knowledgeable with respect to the nature and extent of these communications.**

25.     Is there any agreement between you and the manufacturer of the subject minibike regarding indemnification or defense in the event of lawsuits regarding the design of the mini bike? If so, produce all such agreements in effect at the time of the manufacture of the subject minibike.

**ANSWER:**

**No.**

26.     State the name and address of your liability insurance company and the insurance policy limits applicable to this loss.

**ANSWER:**

**Admiral Insurance Company**
**1000 Howard Avenue, Suite 300**
**Mount Laurel, NJ 08054**

**$1,000,000 per occurrence/$2,000,000 aggregate.**

27.     Provide the name of your insurance company, the type of coverage and policy limits of any other or additional insurance providing (or which might provide liability insurance coverage) for this incident.

**ANSWER:**

**Admiral Insurance Company**
**Excess Liability Policy**
**$5,000,000 per occurrence/$5,000,000 aggregate**

**Pioneer Special Risk**
**Commercial Excess Liability Policy**
**$4,000,000 per occurrence/$4,000,000 aggregate**

28.     Have you, a representative of your insurance company, your attorney, a private investigator or anyone else, conversed with any other party to this action since the incident? If so, state (a) the date and place of each conversation with the party; (b) the name address and employer of each person taking part in the conversation; (c) whether any conversation was recorded or transcribed and the name address the person recording and or transcribing the statement and having custody thereof; and (d) the exact words as best as can be recalled of what the party said.

**ANSWER:**

**RGA objects to this interrogatory on the basis that it is an improper request for information protected by attorney-client privilege or attorney-work product.**

**Yes.**

**(a)     Date unknown.**

**(b)     Jason Sun from Hisun Motors Corp., USA and Rick Canas of RGA.**

**(c)     The conversation was not recorded or transcribed.**

**(d)     Mr. Sun contacted Mr. Canas to discuss the fact that Hisun Motors Corp., N.A had received legal documents in this matter. Mr. Sun asked about the underlying claim and Mr. Canas provided a brief summary of what he knew regarding the case.**