# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| Debtors. | ) (Jointly Administered) |

**FOURTH** AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR RESCHEDULED HEARING ON MARCH 20, 2023 AT 10:00 A.M. (ET) THAT HAS BEEN RESCHEDULED IN ITS ENTIRETY TO MARCH 23, 2023 AT 10:00 A.M. (ET)

---

**THIS HEARING HAS BEEN RESCHEDULED TO MARCH 23, 2023 AT 10:00 (ET). THE HEARING WILL PROCEED ENTIRELY VIA ZOOM.**

**PARTIES THAT WISH TO PARTICIPATE OR OBSERVE THE HEARING SHOULD REGISTER AT THE LINK BELOW BY NO LATER THAN MARCH 22, 2023 AT 4:00 P.M.**

https://debuscourts.zoomgov.com/meeting/register/vJItduGtrz0qGa-oftpbqnFovm5ChHQTl8M

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

---

## **CONTESTED MATTERS:**

1. Motion to File Under Seal the Official Committee of Unsecured Creditors' Limited Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially all of the Debtors' Assets [Docket No. 219; Filed 3/15/2023]

    Related Documents:

    A. [SEALED] Limited Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10427600.v1

          Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially all of the Debtors' Assets [Docket No. 213; Filed 3/14/2023]

      B.    [REDACTED] Limited Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially all of the Debtors' Assets [Docket No. 218; Filed 3/15/2023]

Response Deadline:    March 20, 2023 at 10:00 a.m.

Responses Received:

      A.    United States Trustee's Objection to the Motion to File Under Seal the Official Committee of Unsecured Creditors' Limited Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets [Docket No. 232; Filed 3/17/2023]

    Status:    **This matter has been resolved. An unredacted version will be filed.**

2.    Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 13; Filed 1/16/2023]

    Related Documents:

      A.    Declaration of Steven Bremer in Support of Cash Collateral and DIP Motion [Docket No. 14; Filed 1/16/2023]

      B.    Declaration of Alyssa Loyzinski in Support of Cash Collateral and DIP Motion [Docket No. 15; Filed 1/16/2023]

      C.    Declaration of Ken Vanden Berg in Support of Debtors Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]

      D.    Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and

|   |   |
|---|---|
|   | Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54; Entered 1/18/2023] |
| E. | Supplement to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 88; Filed 1/31/2023] |
| F. | Notice of Proposed Final DIP Order [Docket No. 156; Filed 2/21/2023] |
| G. | Second Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 168; Entered 2/27/2023] |
| H. | Notice of Revised Proposed Final DIP Order [Docket No. 237; Filed 3/17/2023] |

Response Deadline:    February 6, 2023 at 4:00 p.m., extended until February 15, 2023 at 4:00 p.m. for Hisun Motors, USA, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors

Responses Received:

|   |   |
|---|---|
| A. | Objection of the United States Trustee to the Debtors Motion for Entry of a Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, And 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [Docket No. 151; Filed 2/16/2023] |
| B. | Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of Order Approving Bidding Procedures for Sale of |

|   |   |   |
|---|---|---|
|   |   | Substantially All of the Debtors' Assets [Docket No. 152; Filed 2/20/2023] |
|   | C. | Debtors' Reply in Further Support of Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 154; Filed 2/21/2023] |
|   | D. | [SEALED] Limited Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets [Docket No. 213; Filed 3/14/2023] |
|   | E. | Supplemental Objection of the United States Trustee to the Debtors' Motion for Entry of a Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507 (I) Authorizing the Debtors to Obtain Senior and Junior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 13, 88, 151] [Docket No. 233; Filed 3/17/2023] |
|   | F. | Debtors' Reply in Further Support of Sale Motion and Debtor in Possession Financing Motion [Docket No. 235; Filed 3/17/2023] |
|   | G. | Kinderhook's Statement in Support of Sale Motion and Debtor in Possession Financing Motion [Docket No. 238; Filed 3/17/2023] |
|   | **H.** | **Declaration of Peter Kravitz in Support of DIP Motion and Sale Motion [Docket No. 253; Filed 3/22/2023]** |
|   | Status: | The Court has extended the Debtors' reply deadline until March 17, 2023 at noon. The Debtors have filed a reply along with related documentation including a revised proposed order. This matter is going forward on March 23, 2023 at 10:00 a.m. (ET). |

3. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment

4

of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 1/16/2023]

Related Documents:

- A. Declaration of Ken Vanden Berg in Support of Debtors' Chapter 11 Petitions and First Day Motions and Applications [Docket No. 16; Filed 1/16/2023]
- B. Declaration of Steven Bremer in Support of Bid Procedures and Sale Motion [Docket No. 18; Filed 1/16/2023]
- C. Notice of Hearing Regarding Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 56; Filed 1/19/2023]
- D. Notice of Revised Proposed Bid Procedures Order [Docket No. 155; Filed 2/21/2023]
- E. Second Notice of Revised Proposed Bid Procedures Order [Docket No. 158; Filed 2/21/2023]
- F. Notice of Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 167; Filed 2/24/2023]
- G. Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief [Docket No. 169; Entered 2/27/2023]
- H. Notice of Stalking Horse Bid, Bidding Procedures, Auction, and Sale Hearing [Docket No. 171; Filed 2/27/2023]

    I.      Proof of Publication [Docket No. 196; Filed 3/6/2023]

    J.      Notice of Amended Restated Stalking Horse Agreement [Docket No. 197; Filed 3/6/2023]

    K.     Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Successful Bidder in Connection With the Sale of Substantially All of the Debtors' Assets [Docket No. 198; Filed 3/8/2023]

    L.      Notice of Proposed Sale Order [Docket No. 206; Filed 3/10/2023]

    M.    Notice of Proposed Transition Services Agreement [Docket No. 221; Filed 3/15/2023]

    N.     Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief [Docket No. 236; Filed 3/17/2023]

    O.     Notice of Further Amended and Restated Stalking Horse Agreement [Docket No. 240; Filed 3/17/2023]

    P.     Notice of Revised Proposed Sale Order [Docket No. 241; Filed 3/17/2023]

    **Q.**    **Notice of Revised Proposed Sale Order [Docket No. 254; Filed 3/22/2023]**

Response Deadline:   March 10, 2023 at 4:00 p.m.; extended for the Official Committee of Unsecured Creditors until March 14, 2023

Responses Received:

    A.     Reservation of Rights of Twin Brook Capital Partners, LLC, as Agent for the Secured Lenders, to the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 108; Filed 2/8/2023]

B. Objection of the United States Trustee to the Motion of Debtors for Entry of: (I) An Order (A) Approving Bid Procedures in Connection With the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry Into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief [Docket No. 150; Filed 2/16/2023]

C. Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of Order Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets [Docket No. 152; Filed 2/20/2023]

D. Debtors' Reply in Further Support of Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (H) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 153; Filed 2/21/2023]

E. Oracle's Limited Objection To, and Reservation of Rights Regarding, Debtors' Sale Motion and Assumption Notice [Docket No. 205; Filed 3/10/2023]

F. Limited Objection and Reservation of Rights of Creditor Richard Godfrey to Debtors' Motion for Order Approving the Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests [Docket No. 207; Filed 3/10/2023]

G. Oracle America's Limited Objection to and Reservation of Rights Regarding (1) Motion of Debtors for Entry of: (1) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially all Assets, (B) Approving the Bid Protections to the Stalking Horse Bidder, (C) Scheduling an Auction and a Sale Hearing, (D) Approving the Form and Manner of Notice Thereof, (E) Authorizing Entry into the Stalking Horse Agreement, (F) Approving Bid Protections, (G) Approving Procedures for the Assumption and Assignment of

7

    Contracts and Leases, and (H) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Dkt. No. 17] ("Sale Motion"); and (2) Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 208; Filed 3/10/2023]

 H. DG Mesquite Airport Property Owner's Objection to Proposed Assumption and Assignment of the Lease [Docket No. 211; Filed 3/14/2023]

 I. Declaration of Thomas Dudney in Support of DG Mesquite Airport Property Owner's Objection to Proposed Assumption and Assignment of the Lease [Docket No. 212; Filed 3/14/2023]

 J. [SEALED] Limited Omnibus Objection of The Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets [Docket No. 213; Filed 3/14/2023]

 K. Debtors' Reply in Further Support of Sale Motion and Debtor in Possession Financing Motion [Docket No. 235; Filed 3/17/2023]

 L. Kinderhook's Statement in Support of Sale Motion and Debtor in Possession Financing Motion [Docket No. 238; Filed 3/17/2023]

 **M.** **Supplemental Declaration of Steven W. Bremer in Support of Bid Procedures and Sale Motion [Docket No. 252; Filed 3/22/2023]**

 **N.** **Declaration of Peter Kravitz in Support of DIP Motion and Sale Motion [Docket No. 253; Filed 3/22/2023]**

Status: The Court has extended the Debtors' reply deadline until March 17, 2023 at noon. The Debtors have filed a reply along with related documentation including a further revised Stalking Horse Agreement and revised proposed sale order. The objections of Oracle (responses E and G) have been resolved. The objection of DG Mesquite (responses H and I) has been resolved with respect to the sale order and adjourned until March 29, 2023 at 2:30 p.m., if needed, with respect to the adequate assurance determination. This matter is going forward on March 23, 2023 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: **March 22, 2023**<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:     (302) 426-1189<br>Email:  dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:     (215) 569-3007<br>Email: mbranzburg@klehr.com<br><br>*Counsel to the Debtors and Debtors in Possession* |