**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 219** |

**NOTICE OF WITHDRAWAL OF MOTION TO FILE UNDER SEAL THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' (I) MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING AND (II) MOTION FOR ENTRY OF AN ORDER APPROVING THE SALE OF SUBSTANTIALLY <u>ALL OF THE DEBTORS' ASSETS</u>**

The Official Committee of Unsecured Creditors of Performance Powersports Group Investor, LLC, *et al.*, by and through its undersigned counsel, hereby withdraws the *Motion to File Under Seal the Official Committee of Unsecured Creditors' Limited Omnibus Objection of The Official Committee of Unsecured Creditors to the Debtors' (I) Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing and (II) Motion for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets* [Docket No. 219], filed on March 15, 2023, as moot.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

Dated: March 22, 2023
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean (No. 6403)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
mfitzpatrick@coleschotz.com

-and-

Seth Van Aalten, Esq. (admitted *pro hac vice*)
Sarah A. Carnes, Esq. (admitted *pro hac vice*)
Bryant P. Churbuck, Esq. (admitted pro hac vice)
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
scarnes@coleschotz.com
bchurbuck@coleschotz.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

2