# Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10047 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF A CERTAIN UNEXPIRED LEASE AND THE ABANDONMENT OF ANY RELATED PERSONAL PROPERTY**

Upon the motion (the "***Motion***")[2] of the Debtors for entry of an order authorizing the rejection of the Lease, as specified on **Exhibit 1** annexed hereto, effective as of March 31, 2023, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon consideration of the record and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and that the legal and factual bases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtors' rejection of the Lease included on **Exhibit 1** as of March 31, 2023 (the "Effective Date") is approved.

3. The Debtors have abandoned the Personal Property, if any, remaining on the premises subject to the Lease included on **Exhibit 1**, effective as of the Effective Date.

4. The Landlord for the Lease and the Debtors are absolved of any and all liability to third parties for the disposal of any Personal Property abandoned by the Debtors on the premises subject to the Lease.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# **<u>EXHIBIT 1</u>**

| **Debtor** | **Counterparty** | **Description** | **Date of Agreement** |
|---|---|---|---|
| Performance Powersports Group, Inc. | Metro East Valley Holdings Phase Three, LLC<br>c/o Metro Commercial Properties, Inc.<br>1230 West Washington St., Suite 203<br>Tempe, AZ 85281 | Lease of property located at 1907 S. Hobson, 1908 S. Horne, and 634-730 E. Baseline, Mesa Arizona 85204 | 1/26/2022 |