# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. _____ |

### ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon the motion (the "***Motion***")[2] of the Debtors for entry of an order authorizing the rejection of the Contracts, as specified on **Exhibit 1** annexed hereto, effective as of March 31, 2023, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon consideration of the record and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and that the legal and factual

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtors' rejection of the Contracts included on **Exhibit 1** as of March 31, 2023 (the "Rejection Date") is approved.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# **<u>EXHIBIT 1</u>**

| Debtor | Counterparty | Description | Rejection Date |
|---|---|---|---|
| Performance Powersports Group, Inc. | Alliance Funding Group<br>17542 17th Street., Ste. 200<br>Tustin, CA 92780<br><br>Alliance Funding Group<br>3745 W Chapman Ave., Ste. 200<br>Orange, CA 92868<br><br>Pawnee Leasing Corporation<br>3801 Automation Way., Ste. 207<br>Fort Collins, CO 80525 | Lease of Star Evobend 450CN3 CW Rotary Draw Bender SN: 223194501015 | 3/31/2023 |
| Performance Powersports Group, Inc. | Alliance Funding Group<br>17542 17th Street., Ste. 200<br>Tustin, CA 92780 | OTC Weld Cell with A/B TIL & Rotate Tables and Dual 72" Center Trunions SN 505009<br><br>AR 1440 Miller Equipment from Yaskawa SN 818127-1-1 | 3/31/2023 |