**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP | ) Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 270** |

### NOTICE OF APPEAL

Creditors Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited (collectively, "Huansong"), by and through their undersigned counsel, hereby submit this Notice of Appeal of the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing and Approving Sale of Substantially All Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Consummate the Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 270] (the "Sale Order"), which was entered on March 27, 2023.  A copy of the Sale Order is attached hereto as **Exhibit A**.  The names of other parties to the Sale Order and the names, addresses, telephone numbers and emails of their attorneys are as follow:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

| PARTY | COUNSEL |
|---|---|
| *APPELLANTS:*<br>Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited (collectively, "Huansong") | Mark Minuti, Esquire<br>**Saul Ewing LLP**<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6840<br>Email: mark.minuti@saul.com<br><br>-and-<br><br>Kevin J. Carey, Esquire<br>**Hogan Lovells US LLP**<br>1735 Market Street, Floor 23<br>Philadelphia, PA 19103<br>Telephone: (267) 675-4600<br>Email: kevin.carey@hoganlovells.com<br><br>-and-<br><br>Christopher R. Donoho III, Esquire<br>John D. Beck, Esquire<br>Jennifer Y. Lee, Esquire<br>**Hogan Lovells US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Email: chris.donoho@hoganlovells.com<br>john.beck@hoganlovells.com<br>jennifer.lee@hoganlovells.com |
| ***OTHER PARTIES:*** | |
| The Debtors | Domenic E. Pacitti, Esquire<br>Michael W. Yurkewicz, Esquire<br>Sally E. Veghte, Esquire<br>**Klehr Harrison Harvey Branzburg LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>myurkewicz@klehr.com<br>sveghte@klehr.com<br><br>-and- |

| | Morton R. Branzburg, Esquire<br>**Klehr Harrison Harvey Branzburg LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Telephone: (215) 569-3007<br>Email: mbranzburg@klehr.com |
|---|---|
| The United States Trustee for Regions 3 and 9 | Richard L. Schepacarter, Esquire<br>United States Department of Justice<br>**Office of the United States Trustee**<br>J. C. Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Email: richard.schepacarter@usdoj.gov |
| The Official Committee of Unsecured Creditors | G. David Dean, Esquire<br>Michael E. Fitzpatrick, Esquire<br>**Cole Schotz P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Email: ddean@coleschotz.com<br>mfitzpatrick@coleschotz.com<br><br>-and-<br><br>Seth Van Aalten, Esquire<br>Sarah A. Carnes, Esquire<br>Bryant P. Churbuck, Esquire<br>**Cole Schotz P.C.**<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Email: svanaalten@coleschotz.com<br>scarnes@coleschotz.com<br>bchurbuck@coleschotz.com |

| | |
|---|---|
| COPA USA Acquisition, LLC and Tankas Funding VI LLC (collectively, "<u>Kinderhook</u>") | Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Edward A. Corma, Esquire<br>**Pachulski Stang Ziehl & Jones LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>-and-<br><br>Brian Schartz, P.C.<br>Allyson Smith, Esquire<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 909-3217<br>Email: brian.schartz@kirkland.com<br>allyson.smith@kirkland.com<br><br>-and-<br><br>William E. Arnault, Esquire<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: william.arnault@kirkland.com |
| Twin Brook Capital Partners, LLC | Andrew L. Magaziner, Esquire<br>**Young Conaway Stargatt & Taylor, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 576-3592<br>Email: amagaziner@ycst.com<br><br>-and- |

| | |
|---|---|
| | Gregory M. Gartland, Esquire<br>Emma Fleming, Esquire<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Email: ggartland@winston.com<br>efleming@winston.com<br><br>-and-<br><br>Laura Krucks, Esquire<br>**Winston & Strawn LLP**<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Email: lkrucks@winston.com |
| Oracle America, Inc. | James E. Huggett, Esquire<br>**Margolis Edelstein**<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 888-1112<br>Email: jhuggett@margolisedelstein.com<br><br>-and-<br><br>Amish R. Doshi, Esquire<br>**Doshi Legal Group, P.C.**<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Telephone: (516) 622-2335<br>Email: amish@doshilegal.com<br><br>-and-<br><br>Shawn M. Christianson, Esquire<br>Valerie Bantner Peo, Esquire<br>**Buchalter, A Professional Corporation**<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-2491<br>Telephone: (415) 227-0900<br>Email: schristianson@buchalter.com<br>vbantnerpeo@buchalter.com<br><br>-and- |

| | |
|---|---|
| | Peggy Bruggman, Esquire<br>Benjamín Wheeler, Esquire<br>**Oracle America, Inc.**<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: (650) 506-5200 |
| Richard Godfrey | Donald J. Detweiler, Esquire<br>Matthew P. Ward, Esquire<br>**Womble Bond Dickinson**<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Email: don.detweiler@wbd-us.com<br>matthew.ward@wbd-us.com<br><br>-and-<br><br>Peter J. Barrett, Esquire<br>Tim S. Baird, Esquire<br>Jeremy S. Williams, Esquire<br>**Kutak Rock LLP**<br>901 East Byrd Street, Suite 1000<br>Richmond, VA 23219<br>Telephone: (804) 644-1700<br>Email: peter.barrett@kutakrock.com<br>tim.baird@kutakrock.com<br>jeremy.williams@kutakrock.com |
| DG Mesquite Airport Property Owner, L.P. | Leslie C. Heilman, Esquire<br>Lauren D. Roglen, Esquire<br>Margaret A. Vesper, Esquire<br>**Ballard Spahr LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Telephone: (302) 252-4465<br>Email: heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br><br>-and- |

| | |
|---|---|
| | Dustin P. Branch, Esquire<br>Nahal Zarnighian, Esquire<br>**Ballard Spahr LLP**<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>Telephone: (424) 204-4400<br>Email: branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br><br>-and-<br><br>Harold D. Israel, Esquire<br>Heidi M. Hockberger, Esquire<br>**Levenfeld Pearlstein, LLC**<br>120 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60602<br>Telephone: (312) 346-8380<br>Email: hisrael@lplegal.com<br>hhockberger@lplegal.com |

[*Remainder of page intentionally left blank*]

Dated: April 10, 2023

/s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Email: mark.minuti@saul.com

-and-

Kevin J. Carey (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, Floor 23
Philadelphia, PA 19103
Telephone: (267) 675-4600
Email: kevin.carey@hoganlovells.com

-and-

Christopher R. Donoho III (admitted *pro hac vice*)
John D. Beck (admitted *pro hac vice*)
Jennifer Y. Lee (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Email: chris.donoho@hoganlovells.com
        john.beck@hoganlovells.com
        jennifer.lee@hoganlovells.com

*Counsel for Huansong*