IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-10047 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 19, 2023 AT 2:00 P.M. (ET)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

WITHDRAWN MATTERS:

1. Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief [Docket No. 236; Filed 3/17/2023]

    Related Documents:

    A. Notice of Withdrawal of Debtors' Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief [Docket No. 312; Filed 4/14/2023]

    Response Deadline:    April 12, 2023 at 4:00 p.m.

    Responses Received:  None

    Status:    This matter has been withdrawn.

UNCONTESTED MATTERS WITH A CNO:

2. Debtors' Motion for Entry of an Order Authorizing the Rejection of a Certain Unexpired Lease and the Abandonment of any Related Personal Property [Docket No. 284; Filed 3/30/2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10468542.v1

    Related Documents:

        A.    Certificate of No Objection Regarding Docket No. 284 [Docket No. 310; Filed 4/14/2023]

        B.    Proposed Order

    **Status:**    **An Order on this matter has been entered.**

3. Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts Effective as of the Rejection Date [Docket No. 288; Filed 3/31/2023]

    Related Documents:

        A.    Certificate of No Objection Regarding Docket No. 288 [Docket No. 311; Filed 4/14/2023]

        B.    Proposed Order

    **Status:**    **An Order on this matter has been entered.**

Dated: April 17, 2023  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:    (302) 426-1189  
Email: dpacitti@klehr.com  
        myurkewicz@klehr.com  
        sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone:    (215) 569-3007  
Email: mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*