# **EXHIBIT 1**

| Debtor | Counterparty | Description | Date of Agreement |
|---|---|---|---|
| Performance Powersports Group, Inc. | Metro East Valley Holdings Phase Three, LLC<br>c/o Metro Commercial Properties, Inc.<br>1230 West Washington St., Suite 203<br>Tempe, AZ 85281 | Lease of property located at 1907 S. Hobson, 1908 S. Horne, and 634-730 E. Baseline, Mesa Arizona 85204 | 1/26/2022 |