**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objections Due: May 31, 2023 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: June 7, 2023 at 10:00 a.m. (ET)** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN**
**ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED**
**LEASES AND THE ABANDONMENT OF ANY RELATED PERSONAL PROPERTY**

**PLEASE TAKE NOTICE THAT** on May 17, 2023, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and the Abandonment of any Related Personal Property* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received **on or before 4:00 p.m. on May 31, 2023**.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the application without further notice or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedure, a hearing will be held on **June 7, 2023 at 10:00 a.m.** before the Honorable Chief Judge Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Court Room #2, Wilmington, Delaware 19801.  Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

Dated: May 17, 2023  
Wilmington, Delaware

    /s/ *Michael W. Yurkewicz*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:  (302) 426-1189  
Facsimile:  (302) 426-9193  
Email:  dpacitti@klehr.com  
       myurkewicz@klehr.com  
       sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone:  (215) 569-2700  
Facsimile:  (215) 568-6603  
Email:  mbranzburg@klehr.com

*Counsel for the Debtors and Debtors in Possession*