**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**IN RE:**

| | | |
|---|---|---|
| **PERFORMANCE POWERSPORTS GROUP** | : | **CHAPTER 11** |
| **PURCHASER, INC.; PERFORMANCE** | : | |
| **POWERSPORTS GROUP, INC.;** | : | |
| **PERFORMANCE POWERSPORTS GROUP** | : | **CASE NO.  23-10047** |
| **HOLDINGS, INC.; PERFORMANCE** | : | |
| **POWERSPORTS GROUP INVESTOR, LLC** | : | **MOTION NO. 1** |
| | : | |
| **Debtors** | : | **Objections due by:    May 31, 2023** |
| | : | **Hearing Date:         June 7, 2023** |

**NOTICE OF MOTION OF MARTIN KLEINMAN, ESQ.,**
**REPRESENTATIVE OF THE ESTATE OF MALIK WILLIAMS., DECEASED,**
<u>**FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**</u>

TO:    Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg, LLP
919 N Market St, Suite 1000
Wilmington, DE 19801

Seth Van Aalten, Esquire                    Richard Schepacarter, Esquire
Cole Schotz, PC                                    J. Caleb Boggs Building
1325 Avenue of the Americas            844 King St, Suite 2207, Lockbox 35
19th Floor                                              Wilmington, DE 19801
New York, NY 10019

Martin Kleinman, Esquire, Representative of the Estate of Malik Williams, Jr., Deceased, has filed a Motion for Relief from Stay which seeks the following relief:

Termination of the Automatic Stay provision(s) that is / are impairing continued litigation of a personal injury action filed in Pennsylvania.

HEARING ON THE MOTION WILL BE HELD ON JUNE 7, 2023 AT 10:00 A.M.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Eric G. Zajac, Esquire
Zajac & Padilla, LLC
32 Parking Plaza, Suite 401
Ardmore, PA 19003
eric@teamlawyers.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**ZAJAC & PADILLA, LLC**

BY: _____

Eric G. Zajac, Esquire
*Attorney for Movant*

DATED:  May 19, 2023