# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket Nos. 243, 353** |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION GRANTING RELIEF FROM THE AUTOMATIC STAY

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies to the following:

1. On March 17, 2023, Markin Kleinman, Esq. as Administrator of the Estate of Malik Williams (the "Movant") filed the *Motion of the Estate of Malik S. Williams, Jr., Deceased for Relief From Automatic Stay* [Docket No. 243] (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

2. On May 19, 2023, Movant filed the *Notice of Motion of Martin Kleinman, Esq., Representative of the Estate of Malik Williams, Deceased, for Relief From Stay Under Section 362 of the Bankruptcy Code* [Docket No. 353] (the "Notice of Hearing").

3. The Notice of Hearing set a deadline to respond to the Motion as May 31, 2023 (the "Objection Deadline").

4. The undersigned has reviewed the docket in these cases and confirmed that no

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

objection to the Motion appears thereon and has confirmed with counsel to Movant that no informal objections or responses have been received, other than as set forth in this certification of counsel.

5. The Debtors and Movant have agreed, subject to the entry of an order by the Bankruptcy Court, to modify the automatic stay on the terms and conditions set forth in the stipulation (the "Stipulation") attached as **Exhibit 1** to the proposed order (the "Proposed Order") attached hereto as **Exhibit A**.

WHEREFORE, for the reasons set forth herein, in the Motion, and the Stipulation, the Debtors request that the Court enter the Proposed Order approving the Stipulation at its convenience.

| | |
|---|---|
| Dated:  June 1, 2023<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:     (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            myurkewicz@klehr.com<br>            sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:    (215) 569-3007<br>Facsimile:     (215) 568-6603<br>Email:           mbranzburg@klehr.com<br><br>*Counsel to the Debtors and Debtors in Possession* |