IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Related to Docket No. 335** |

**NOTICE OF REVISED PROPOSED ORDER RELATING TO MOTION
OF THE DEBTORS FOR AN ORDER (I) APPROVING THE DISCLOSURE
STATEMENT; (II) FIXING THE VOTING RECORD DATE; (III) APPROVING
THE NOTICE AND OBJECTION PROCEDURES IN RESPECT OF CONFIRMATION
OF THE PLAN; (IV) APPROVING SOLICITATION PACKAGES AND PROCEDURES
FOR DISTRIBUTION THEREOF; (V) APPROVING THE FORMS OF BALLOTS
AND ESTABLISHMENT OF PROCEDURES FOR VOTING ON THE PLAN;
(VI) APPROVING THE FORMS OF NOTICES TO NON-VOTING CLASSES
UNDER THE PLAN; (VII) FIXING THE VOTING DEADLINE TO ACCEPT
OR REJECT THE PLAN; AND (VIII) APPROVING PROCEDURES FOR
VOTE TABULATIONS IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE THAT** on May 2, 2023, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion of the Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith* (Docket No. 335, the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed form of order relating to the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10529925.v1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blacklined proposed form of order reflecting the changes between the proposed form of order originally filed with the motion and **Exhibit A**.

| | |
|---|---|
| Dated: June 4, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:   (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            myurkewicz@klehr.com<br>            sveghte@klehr.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |