# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 7, 2023 AT 10:00 A.M. (ET)

> This hearing will be conducted in-person. Any exceptions must be approved by chambers.
>
> Parties may observe the hearing remotely by registering with the Zoom link below no later than June 7, 2023 at 8:00 a.m.:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscuyopzkoE6HlOVDyH1mNIsGPdlm7zjY
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

## CONTINUED MATTERS

1.  Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contract Effective as of the Rejection Date [Docket No. 327; Filed 4/28/2023]

    Response Deadline:   May 12, 2023 at 4:00 p.m.

    Responses Received:

        A.  IGL Logistics, Inc. Objection to Debtors' Motion for Entry of an Order Authorizing the Rejection of a Certain Executory Contract Effective as of the Rejection Date [Docket No. 346; Filed 5/11/2023]

    Status:   The parties have agreed to adjourn this matter until a date to be determined and acceptable to the Court, but no later than the next omnibus hearing date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

## UNCONTESTED MATTERS UNDER COC/CNO

2. Motion of the Estate of Malik S. Williams, Jr., Deceased for Relief from Automatic Stay [Docket No. 243; Filed 3/17/2023]

    Related Documents:

    A. Notice of Hearing Regarding Motion of the Estate of Malik S. Williams, Jr., Deceased for Relief from Automatic Stay [Docket No. 353; Filed 5/19/2023]

    B. Certification of Counsel Regarding Stipulation Granting Relief from the Automatic Stay [Docket No. 362; Filed 6/1/2023]

    C. Proposed Order

    Response Deadline:    May 31, 2023 at 4:00 p.m.

    Status:    A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by the Court.

3. Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and the Abandonment of any Related Personal Property [Docket No. 349; Filed 5/17/2023]

    Related Documents:

    A. Certificate of No Objection Regarding Docket No. 349 [Docket No. 361; Filed 6/1/2023]

    B. Proposed Order

    Response Deadline:    May 31, 2023 at 4:00 p.m.

    Status:    A Certificate of No Objection has been filed.  This matter is going forward unless otherwise directed by the Court.

## UNCONTESTED MATTERS

4. Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated May 2, 2023 [Docket 334; Filed 5/2/2023]

    Related Documents:

    A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated May 2, 2023 [Docket No. 333; Filed 5/2/2023]

        B.        Notice of Disclosure Statement Hearing [Docket No. 336; Filed 5/2/2023]

        C.        Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 4, 2023 [Docket No. 363; Filed 6/4/2023]

        D.        [REDLINED] Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 4, 2023 [Docket No. 364; Filed 6/4/2023]

        E.        Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 4, 2023 [Docket No. 365; Filed 6/4/2023]

        F.        [REDLINED] Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 4, 2023 [Docket No. 366; Filed 6/4/2023]

Response Deadline:    May 30, 2023 at 4:00 p.m.

Responses Received:    Informal comments from the Office of the United States Trustee.

Status:    This matter is going forward. The Debtors received informal comments from the Office of the United States Trustee and incorporated the comments in the revised pleadings filed with the Court.

5. Motion of the Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 335; Filed 5/2/2023]

Related Documents:

        A.        Notice of Revised Proposed Order Relating to Motion of Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 367; Filed 6/4/2023]

10494859.v1

Response Deadline:   May 30, 2023 at 4:00 p.m.

Responses Received:  Informal comments from the Office of the United States Trustee.

Status:   This matter is going forward.  The Debtors received informal comments from the Office of the United States Trustee and incorporated the comments in the revised pleadings filed with the Court.

Dated:  June 5, 2023  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:    (302) 426-1189  
Email: dpacitti@klehr.com  
          myurkewicz@klehr.com  
          sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone:    (215) 569-3007  
Email: mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*