# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTORS, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING SETTLEMENT TERM SHEET

This stipulation (the "Stipulation")[2] is made by and among the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), Kinderhook Industries, LLC, CPS USA Acquisition, LLC, Kinderhook Capital Fund VI, L.P., Kinderhook Capital Fund VI-B, L.P., Tankas Funding VI, LLC and/or any of their affiliates or funds (collectively, "Kinderhook"), Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., Vietnam New Century Industrial Company Limited, and Hisun Motors Corp. USA and/or any of its controlled subsidiaries, affiliates, or related individuals (collectively, "Hisun" and each, a "Party" and together with the Debtors and Kinderhook, the "Parties"). The Parties hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms used but not defined in this Stipulation shall have the meanings ascribed to them in the *Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* dated June 12, 2023 (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Second Amended Plan").

## RECITALS

**WHEREAS**, on January 16, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Court"), which cases have been jointly consolidated for administrative purposes only (the "Chapter 11 Cases");

**WHEREAS**, on January 16, 2023, the Debtors and Kinderhook entered not that certain asset purchase agreement (the "Asset Purchase Agreement") for substantially all of the Debtors' assets;

**WHEREAS**, on March 27, 2023, the Court entered the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing and Approving Sale of Substantially All Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Consummate the Transactions Related to the Above; and (V) Granting Related Relief* [Docket No. 270] (the "Sale Order"), thereby approving entry into the Asset Purchase Agreement and consummation of all transaction contemplated thereunder;

**WHEREAS**, on March 31, 2023, the sale contemplated under the Asset Purchase Agreement closed;

**WHEREAS**, on April 10, 2023, Hisun filed a notice of appeal (the "Appeal") of the Sale Order;

**WHEREAS**, on May 2, 2023, the Debtors filed the *Debtors' Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 333] (the "Initial Plan"), the *Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 334] (the "Initial Disclosure Statement") and the *Motion of*

*the Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith* [Docket No. 335] (the "Disclosure Statement Motion")*;*

**WHEREAS**, on June 4, 2023, the Debtors filed the *Debtors' Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 363] (the "First Amended Plan") and the *Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 365] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "First Amended Disclosure Statement");

**WHEREAS**, on June 12, 2023, the Debtors filed the *Debtors' Amended Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* (the "Second Amended Plan") and the *Disclosure Statement with Respect to Debtors' Amended Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Second Amended Disclosure Statement");

**WHEREAS**, the Parties have agreed to a settlement regarding all open and disputed plan confirmation and Sale Order issues between and among them, as set forth and contemplated by (a) this Stipulation and (b) the Second Amended Plan; and

3

10537533.v5

**WHEREAS**, the Parties have agreed to support the confirmation of the Second Amended Plan, to the extent of and subject to the terms and conditions set forth herein and upon entry of an order by the Court approving this Stipulation.

**NOW, THEREFORE,** it is hereby agreed and stipulated by and between the Parties as follows:

### STIPULATION

1. The foregoing recitals are incorporated herein.

2. The Parties shall promptly jointly seek a stay of the Appeal pending the Effective Date, at which time Hisun shall promptly withdraw the Appeal with prejudice.

3. This Stipulation shall terminate on the earlier of (a) the Effective Date or (b) the date that is 90 days from the date hereof.

4. The Parties agree to support the Plan at any hearing before the Court and take all actions reasonably necessary or reasonably requested by the Debtors to facilitate the implementation of the Second Amended Plan.

5. Each Party, subject to the terms and conditions hereof, will not directly or indirectly object to, delay, impede, or take any other action to interfere with the acceptance, confirmation, consummation, and implementation of the Second Amended Plan, as applicable.

6. The Parties shall, in good faith, (a) negotiate all definitive documentation (including the Second Amended Plan and Confirmation Order); (b) work toward timely confirmation of the Second Amended Plan and consummation of the Restructuring Transactions (as defined therein); and (c) endeavor to reach the Effective Date no later than August 31, 2023.

7. To the extent any Party holds a Claim against the Debtors entitling such Party to vote to accept or reject the Second Amended Plan, such Party shall vote all such Claims to accept the Second Amended Plan (upon proper solicitation) provided, that, for the avoidance of doubt, it

may indicate on its ballot that it is opting out of providing any releases under the Second Amended Plan.

8. No Party shall make any public statement, whether in a pleading filed with the Court, a press release, or otherwise, that is inconsistent with this Stipulation and the obligations hereunder in any respect.

9. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Stipulation.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

[*Remainder of page intentionally left blank*]

**STIPULATED AND AGREED TO:**

Dated: June 12, 2023

<div style="columns:2">

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email:  mark.minuti@saul.com

-and-

John D. Beck (admitted *pro hac vice*)
Jennifer Y. Lee (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Email: john.beck@hoganlovells.com
       jennifer.lee@hoganlovells.com

*Counsel to Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited*

**CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin (DE Bar No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Email: dastin@ciardilaw.com

-and-

Albert A. Ciardi III
Walter W. Gouldsbury III
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Email: aciardi@ciardilaw.com
       wgouldsbury@ciardilaw.com

*Counsel to Hisun Motors Corp. USA*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
919 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Email:  dpacitti@klehr.com
        myurkewicz@klehr.com
        sveghte@klehr.com

-and-

Morton R. Branzburg, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3007
Email: mbranzburg@klehr.com

*Counsel to the Debtors*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       ecorma@pszjlaw.com

-and-

</div>

Brian Schartz, P.C.
Allyson Smith, Esquire
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3217
Email: brian.schartz@kirkland.com
allyson.smith@kirkland.com

-and-

William E. Arnault, Esquire
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email: william.arnault@kirkland.com

*Counsel to Kinderhook*

2

10537533.v5