**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTORS, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | **Obj. Deadline: September 27, 2023 at 4:00 p.m.**<br>**Hearing Date: October 4, 2023 at 10:00 a.m.** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (A) TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES AND (B) AMENDMENT OF PLAN VOTE AMOUNT PURSUANT TO BANKRUPTCY RULE 3018**

**PLEASE TAKE NOTICE THAT** on September 15, 2023, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received **on or before 4:00 p.m. on September 27, 2023**.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the application without further notice or hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedure, a hearing will be held on **October 4, 2023 at 10:00 a.m.** before the Honorable Chief Judge Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Court Room #2, Wilmington, Delaware 19801.  Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

Dated:  September 15, 2023
Wilmington, Delaware

/s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:   dpacitti@klehr.com
         myurkewicz@klehr.com
         sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:     (215) 568-6603
Email:   mbranzburg@klehr.com

*Counsel for the Debtors and Debtors in Possession*