# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTORS, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
|  | ) |
| Debtors. | ) |
|  | ) Related to Docket Nos. 385 and 463 |

## NOTICE OF CONTINUED CONFIRMATION HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On June 12, 2023, the Court entered the *Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith* [Docket No. 383] (the "DS/Solicitation Procedures Order").[2]

2.

3.  On June 15, 2023, the Debtors filed the solicitation version of the *Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023* [Docket No. 385] and the *Disclosure Statement with Respect to Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023* [Docket No. 386].

4.  On September 15, 2023, the Debtors filed the *Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023* [Docket No. 463] (as amended, modified, or supplemented, the "Plan").

5.  Consistent with the Disclosure Statement/Solicitation Procedures Order, the Debtors, with permission of the Cout, have continued the Confirmation Hearing with respect to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized words not otherwise defined herein shall have the same meaning as set forth in the Plan.

the Plan, previously scheduled for September 11, 2023 at 2:00 p.m. (ET), to **October 4, 2023 at 10:00 a.m. (ET)**

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: dpacitti@klehr.com<br>myurkewicz@klehr.com<br>sveghte@klehr.com<br><br>*Counsel for the Debtors and Debtors in Possession* |