## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP | ) Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### DECLARATION OF KIM D. STEVERSON OF OMNI AGENT SOLUTIONS, INC. REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS ON THE DEBTORS' SECOND AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

I, Kim D. Steverson, hereby submit this declaration (the "Declaration") and declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Vice President of Corporate Restructuring Services for Omni Agent Solutions, Inc. ("Omni"), a chapter 11 administrative services firm, whose offices are located at 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367, and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. I am over the age of eighteen years and not a party to the above-captioned action. I am duly authorized to submit this Declaration on behalf of Omni.

2.      Prior to the commencement of the above-captioned chapter 11 cases, the above-captioned debtors and debtors in possession (collectively, the "Debtors") engaged Omni as their Claims, Noticing, and Administrative Agent to assist with, among other things, (a) serving

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

solicitation materials to the parties entitled to vote to accept or reject the Plan (as defined below) and (b) tabulating votes cast with respect thereto.

3.      Omni's employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

4.      This Court authorized Omni's retention (a) as the Debtors' Claims and Noticing pursuant to the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date* [Docket No. 41], and (b) as the Debtors' Administrative Agent pursuant to the *Order Authorizing Debtors to Employ and Retain Omni Agent Solutions as Administrative Agent Effective as of the Petition Date* [Docket No. 127].

5.      I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 463] (and as further amended, modified, or supplemented from time to time, the "Plan").[2]

6.      Except as otherwise noted in this Declaration, all facts set forth herein are based on my personal knowledge, information supplied to me or verified by other employees of Omni, my review of relevant documents, and/or my opinion based upon my experience.

7.      The procedures adhered to by Omni for the solicitation and tabulation of votes (the "Solicitation Procedures") are outlined in the *Order (I) Approving Disclosure Statement; (II) Fixing Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan*; *(IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the*

---

[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Plan and the Disclosure Statement Order.

*Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulation in Connection Therewith* [Docket No. 383] (the "Disclosure Statement Order").

8.      The Disclosure Statement Order established June 7, 2023, as the record date (the "Voting Record Date") for determining which Holders of Claims in the Voting Classes were entitled to vote on the Plan. Pursuant to the Solicitation Procedures, only Holders with Claims in Class 4 (2021 Credit Agreement Claims), Class 5 (General Unsecured Claims), Class 7 (Subordinated Claims), and Class 8 (Interests) as of the Voting Record Date (the "Voting Classes") were entitled to vote to accept or reject the Plan.

9.      In accordance with the Solicitation Procedures, Omni worked closely with the Debtors and their advisors to identify the Holders of Claims in the Voting Classes as of the Voting Record Date and to coordinate the distribution to such Holders of (a) the Disclosure Statement Order (without exhibits), (b) the Confirmation Hearing Notice, (c) the appropriate form of Ballot to accept or reject the Plan with instructions and a prepaid and pre-addressed return envelope, and (v) the Plan and Disclosure Statement (collectively, the "Solicitation Package").  A detailed description of Omni's distribution of the Solicitation Package is set forth in the *Affidavits of Service* filed at Docket Nos. 392 and 416.

10.     In accordance with the Solicitation Procedures, Omni reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was date-stamped, scanned, entered in Omni's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder (or such Holder's authorized representative) entitled to vote on the Plan, (c) returned to

Omni *via* an approved method of delivery as set forth in the Solicitation Procedures, and (d) received by Omni by 4:00 p.m. (prevailing Eastern Time) on July 17, 2023.

11.     There were no ballots received in Class 7 (Subordinated Claims) or Class 8 (Interests).

12.     The final tabulation of timely and properly completed Ballots in Class 4 (2021 Credit Agreement Claims) and Class 5 (General Unsecured Claims) [3] is attached hereto as <u>Exhibit A</u> (the "<u>Final Tabulation</u>"). Set forth below is a summary of the Final Tabulation:

| Class 4 (2021 Credit Agreement Claims) | | Result |
|---|---|---|
| **Tabulated Ballots Received** | **1** | **ACCEPTED** |
| **Accept** | **100% in number of votes accepting the Plan**<br><br>**100% in dollar amount accepting the Plan ($52,220,800.00)** | |
| **Reject** | **0% in number of votes rejecting the Plan**<br><br>**0% in dollar amount rejecting the Plan ($0.00)** | |
| | | |

---

[3] Tabulation of the vote cast by Richard Godfrey in Class 5 (General Unsecured Claims) is in compliance with the terms of the *Stipulation Between Performance Powersports Group Investor, LLC and Richard Godfrey and Kinderhook Industries, LLC its Affiliated Companies With Respect to (I) the Debtors' (A) Objection to Proof of Claim No. 27 Filed by Richard Godfrey and (B) Motion to Designate Plan Vote of Richard Godfrey Pursuant to 11 U.S.C. § 1126(e), (II) Objection and Reservation of Rights of Creditor Richard Godfrey to Confirmation of Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and (III) the Discovery Related Thereto* [Docket No. 462] and in anticipation of approval of the *Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim For Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018* [Docket No. 465].

| Class 5 (General Unsecured Claims) | | Result |
|---|---|---|
| **Tabulated Ballots Received** | 12 | |
| **Accept** | **83.33% in number of votes accepting the Plan**<br><br>**83.35% in dollar amount accepting the Plan ($113,903,603.81)** | **ACCEPTED** |
| **Reject** | **16.67% in number of votes rejecting the Plan**<br><br>**16.65% in dollar amount rejecting the Plan ($22,750,000.00)** | |
| | | |

13.     A list of undeliverable Solicitation Packages and Confirmation Hearing Notices is attached hereto as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 27, 2023

*/s/ Kim D. Steverson*

Kim D. Steverson
Vice President, Corporate Restructuring
Services Omni Agent Solutions, Inc.

**<u>Exhibit A</u>**

**Voting Tabulation Report**

# Debtor: Performance Powersports Group Investor, LLC, et al.
## Case No. 23-10047

## Claims Ballot Detail Results
## Class 4 - 2021 Credit Agreement Claims

## Class Summary    Voting Outcome:    **Accepted**

| | Total Received | | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | | 1 | 1 | 0 | 0 |
| Vote %: | | | | 100.00% | 0.00% | |
| Amt: | | | $52,220,800.00 | $52,220,800.00 | $0.00 | |
| Amt %: | | | | 100.00% | 0.00% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| TWIN BROOK CAPITAL PARTNERS, LLC AS AGENT UNDER THE PREPETITION CREDIT AGREEMENT | 4808 | C18 | 7/14/2023 | $52,220,800.00 | $52,220,800.00 | Accept | ☐ | |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Performance Powersports Group Investor, LLC, et al.
## Case No. 23-10047
## Claims Ballot Detail Results
## Class 5 - General Unsecured Claims

**Class Summary**  Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 22 | 12 | 10 | 2 | 10 |
| Vote %: |  |  | 83.33% | 16.67% |  |
| Amt: |  | $136,653,603.81 | $113,903,603.81 | $22,750,000.00 |  |
| Amt %: |  |  | 83.35% | 16.65% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ALLIANCE FUNDING GROUP | 4843 | C11 | 6/29/2023 | $73,730.56 | $73,730.56 | Accept | ☐ | Claimant wrote in $73,370.56 as ballot amount, tabulated at filed claim amount |
| CHONGQING HUANSONG SCIENCE AND TECHNOLOGY INDUSTRIAL CO, LTD | 4897 | C7 | 7/11/2023 | $21,711,662.29 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |
| CHONGQING HUANSONG SCIENCE AND TECHNOLOGY INDUSTRIAL CO, LTD | 4838 | C7 | 7/11/2023 | $21,711,662.29 | $21,711,662.29 | Accept | ☑ |  |
| HILL, STEVEN S | 4800 | S4823 | 7/1/2023 | $25,871.00 | $25,871.00 | Accept | ☐ |  |
| HISUN MOTORS CORP, USA | 4826 | C4 | 7/14/2023 | $3,511,368.78 | $14,045,475.12 | Accept | ☑ | Ballot amount has been aggregated |
| HISUN MOTORS CORP, USA | 4891 | C4 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |
| HISUN MOTORS CORP, USA | 4831 | C2 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Amount was aggregated on Ballot ID 4826 |
| HISUN MOTORS CORP, USA | 4887 | C2 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |
| HISUN MOTORS CORP, USA | 4885 | C1 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |
| HISUN MOTORS CORP, USA | 4837 | C5 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Amount was aggregated on Ballot ID 4826 |
| HISUN MOTORS CORP, USA | 4894 | C5 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |
| HISUN MOTORS CORP, USA | 4828 | C1 | 7/14/2023 | $3,511,368.78 | $0.00 | Invalid | ☑ | Amount was aggregated on Ballot ID 4826 |
| IGL LOGISTICS, INC | 4815 | C17 | 7/17/2023 | $1.00 | $1.00 | Accept | ☑ | Claimant wrote in $517,500.00 as ballot amount, tabulated at unliquidated $1.00 amount |
| LABELS NOW, INC | 4844 | C12 | 6/26/2023 | $679.00 | $679.00 | Accept | ☐ |  |
| NORTHERN GROUP, INC. | 4914 | C21 | 7/17/2023 | $1.00 | $1.00 | Accept | ☑ |  |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Performance Powersports Group Investor, LLC, et al.
## Case No. 23-10047

## Claims Ballot Detail Results

## Class 5 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| PACIFIC COAST CARTAGE, INC | 4834 | C6 | 7/14/2023 | $8,004,017.98 | $8,808,035.96 | Accept | ☐ | Ballot amount has been aggregated. Claimant wrote in $804,017.98 as ballot amount |
| PACIFIC COAST CARTAGE, INC | 4835 | C6 | 7/14/2023 | $804,017.98 | $0.00 | Invalid | ☐ | Amount was aggregated on Ballot ID 4834 |
| RICHARD GODFREY | 4824 | C27 | 7/11/2023 | $22,500,000.00 | $22,500,000.00 | Reject | ☑ | |
| ROBINSON MATTER | 4845 | C12 | 7/6/2023 | $100,000.00 | $100,000.00 | Accept | ☑ | |
| TODD BALAN | 4880 | C5 | 7/5/2023 | $250,000.00 | $250,000.00 | Reject | ☑ | |
| VIETNAM NEW CENTURY INDUSTRIAL COMPANY LIMITED | 4839 | C8 | 7/11/2023 | $69,138,147.88 | $69,138,147.88 | Accept | ☑ | |
| VIETNAM NEW CENTURY INDUSTRIAL COMPANY LIMITED | 4900 | C8 | 7/11/2023 | $69,138,147.88 | $0.00 | Invalid | ☑ | Duplicate conflicting ballot |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**<u>Exhibit B</u>**

**Undeliverable Solicitation Packages and Confirmation Hearing Notices**

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| 1 Small Engine | 08/05/23 | Confirmation Hearing Notice |
| 360 Media, Inc | 06/30/23 | Confirmation Hearing Notice |
| A Best Deal Co | 07/17/23 | Confirmation Hearing Notice |
| A Machinehead Small Engine Repair | 07/08/23 | Confirmation Hearing Notice |
| Ace Motorsports | 06/27/23 | Confirmation Hearing Notice |
| Aces Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Acme Freight Services | 07/01/23 | Confirmation Hearing Notice |
| Action Small Engine Repair | 08/05/23 | Confirmation Hearing Notice |
| All Engines Possible, LLC | 08/18/23 | Confirmation Hearing Notice |
| All Season Motorsports | 07/03/23 | Confirmation Hearing Notice |
| All Seasons Marine | 07/14/23 | Confirmation Hearing Notice |
| Allegiant | 07/03/23 | Confirmation Hearing Notice |
| Allen Felkins | 07/05/23 | Confirmation Hearing Notice |
| Allen's Small Engines | 07/05/23 | Confirmation Hearing Notice |
| Al's Small Engines | 07/11/23 | Confirmation Hearing Notice |
| American Bank Note Co | 07/07/23 | Confirmation Hearing Notice |
| American Lumping Associates, Inc | 06/29/23 | Confirmation Hearing Notice |
| Amr Motorsports | 07/08/23 | Confirmation Hearing Notice |
| Anais R Ilunga | 07/05/23 | Confirmation Hearing Notice |
| Anderson's Customs Cycles | 07/08/23 | Confirmation Hearing Notice |
| Angelique R Nelson | 07/03/23 | Confirmation Hearing Notice |
| Angry Orange Motorsports | 07/03/23 | Confirmation Hearing Notice |
| Apex Fabrication & Repair | 07/05/23 | Confirmation Hearing Notice |
| Apple Powersports | 09/05/23 | Confirmation Hearing Notice |
| Arctic Green LLC | 06/28/23 | Confirmation Hearing Notice |
| Atelier De La Moto Granby | 07/11/23 | Confirmation Hearing Notice |
| Atv's Unlimited | 07/10/23 | Confirmation Hearing Notice |
| Audie's Small Engine | 06/30/23 | Confirmation Hearing Notice |
| Aurora Marine | 06/30/23 | Confirmation Hearing Notice |
| Austin Boat Clinic | 07/07/23 | Confirmation Hearing Notice |
| Austin Boat Clinic | 07/21/23 | Confirmation Hearing Notice |
| Authority Hvac | 06/27/23 | Confirmation Hearing Notice |
| Auto Marine Specialties Ltd | 07/26/23 | Confirmation Hearing Notice |
| Auto Outfitters | 07/08/23 | Confirmation Hearing Notice |
| B&D Small Engines Ltd | 09/06/23 | Confirmation Hearing Notice |
| B&G Equipment Sales | 07/10/23 | Confirmation Hearing Notice |
| Ba Powersports | 07/08/23 | Confirmation Hearing Notice |
| BA Wolfe Powersports | 08/22/23 | Confirmation Hearing Notice |
| Backwoods Powersports LLC | 07/19/23 | Confirmation Hearing Notice |
| Badlands Powersports | 08/18/23 | Confirmation Hearing Notice |
| Basic Cycle | 07/05/23 | Confirmation Hearing Notice |
| Batz Engine Repair | 07/08/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Best Auto Rv & Truck Repair | 07/03/23 | Confirmation Hearing Notice |
| Big Boyz Performance | 07/05/23 | Confirmation Hearing Notice |
| Bjs Dirt Bikes & Atvs | 07/24/23 | Confirmation Hearing Notice |
| Blue Cross Blue Shield of Arizona | 06/29/23 | Confirmation Hearing Notice |
| Boat Doctors | 07/19/23 | Confirmation Hearing Notice |
| Boat Doctors of Ft Worth | 07/19/23 | Confirmation Hearing Notice |
| Boulder Marine | 07/10/23 | Confirmation Hearing Notice |
| Boundless Network | 07/07/23 | Confirmation Hearing Notice |
| Bowersox Equipment Co | 07/15/23 | Confirmation Hearing Notice |
| Brady's Marine Sales & Service, Inc | 07/20/23 | Confirmation Hearing Notice |
| Brandon S Black | 07/01/23 | Confirmation Hearing Notice |
| Brian J Clark | 06/27/23 | Confirmation Hearing Notice |
| Brianca Mcghee | 07/18/23 | Confirmation Hearing Notice |
| Browns Small Engine Repair | 07/11/23 | Confirmation Hearing Notice |
| Bryzytte L Hudspeth | 07/01/23 | Confirmation Hearing Notice |
| Buck Repair Shop | 07/14/23 | Confirmation Hearing Notice |
| Buckethead | 06/30/23 | Confirmation Hearing Notice |
| Butte Motors & Farm Supply Ltd | 07/27/23 | Confirmation Hearing Notice |
| Bv Powersports, LLC | 08/08/23 | Confirmation Hearing Notice |
| Bv Powersports-Parts | 07/07/23 | Confirmation Hearing Notice |
| Bvh Capital Inc | 07/05/23 | Confirmation Hearing Notice |
| Cabela's | 07/07/23 | Confirmation Hearing Notice |
| Cahill's Motorsports | 07/17/23 | Confirmation Hearing Notice |
| Cahill's of North Tampa | 07/08/23 | Confirmation Hearing Notice |
| Caliber | 08/02/23 | Confirmation Hearing Notice |
| Canyon State Box | 07/03/23 | Confirmation Hearing Notice |
| Carla M Escarcega | 06/27/23 | Confirmation Hearing Notice |
| Carolina Golf Carts | 07/10/23 | Confirmation Hearing Notice |
| Carolina Kustomz | 07/27/23 | Confirmation Hearing Notice |
| Cart Masters | 07/10/23 | Confirmation Hearing Notice |
| Ccc Powersports | 07/24/23 | Confirmation Hearing Notice |
| Centennial Lube & Small Engine Service | 07/06/23 | Confirmation Hearing Notice |
| Century Boatland | 07/10/23 | Confirmation Hearing Notice |
| Chaisson's Small Engine Repair | 07/03/23 | Confirmation Hearing Notice |
| Charleston Marine | 09/05/23 | Confirmation Hearing Notice |
| Christopher Curtis Perez | 09/02/23 | Confirmation Hearing Notice |
| Cj's Small Engine | 07/17/23 | Confirmation Hearing Notice |
| Clair W Lane, Ltd | 07/03/23 | Confirmation Hearing Notice |
| Claudia V Yepiz Guzman | 06/30/23 | Confirmation Hearing Notice |
| Cliff's Small Engine & Hardware | 07/25/23 | Confirmation Hearing Notice |
| Cmm Powersports | 07/10/23 | Confirmation Hearing Notice |
| Cms | 07/13/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Coastal Enginuity | 08/02/23 | Confirmation Hearing Notice |
| Coeymans Landing Marine Svc | 07/08/23 | Confirmation Hearing Notice |
| Collins Tire & Service Center | 07/01/23 | Confirmation Hearing Notice |
| Complete Repair Service | 07/03/23 | Confirmation Hearing Notice |
| Complete Repair Service | 07/08/23 | Confirmation Hearing Notice |
| Constantines Small Engine Repair | 07/03/23 | Confirmation Hearing Notice |
| Cook's Cycle | 07/12/23 | Confirmation Hearing Notice |
| Copeland's Custom Carts | 07/15/23 | Confirmation Hearing Notice |
| Corbin Mower | 09/01/23 | Confirmation Hearing Notice |
| Cory Hailey | 07/03/23 | Confirmation Hearing Notice |
| Craig's Inc | 07/15/23 | Confirmation Hearing Notice |
| Crestview Motorsports LLC | 08/05/23 | Confirmation Hearing Notice |
| Ct Tnhh Mtv Dl Va Xnk Dai Uyen (Dan) | 08/29/23 | Confirmation Hearing Notice |
| Curly's Leisure Sports | 07/08/23 | Confirmation Hearing Notice |
| Custom Carts & Coatings | 07/08/23 | Confirmation Hearing Notice |
| Cutting Edge Sport & Power Inc | 07/05/23 | Confirmation Hearing Notice |
| Cycle Enterprises II | 07/08/23 | Confirmation Hearing Notice |
| Cycle Wizards | 08/02/23 | Confirmation Hearing Notice |
| Cycles & Sleds | 07/01/23 | Confirmation Hearing Notice |
| Cyclezona | 07/03/23 | Confirmation Hearing Notice |
| D&D Mobile Marine | 07/05/23 | Confirmation Hearing Notice |
| Damon Hunt | 06/29/23 | Confirmation Hearing Notice |
| Dave's Outdoor Power Equipment Inc | 07/08/23 | Confirmation Hearing Notice |
| David Bailey Small Engine Repair | 07/15/23 | Confirmation Hearing Notice |
| David Small Engine | 07/08/23 | Confirmation Hearing Notice |
| Davidson Marine | 07/01/23 | Confirmation Hearing Notice |
| Dawn Smothers | 06/27/23 | Confirmation Hearing Notice |
| Deans Small Engine | 07/05/23 | Confirmation Hearing Notice |
| Debary Mower Service | 08/01/23 | Confirmation Hearing Notice |
| Deep South Cycles | 07/24/23 | Confirmation Hearing Notice |
| Des Unemployment Tax | 07/18/23 | Confirmation Hearing Notice |
| Dfw Scooters & Atv's | 07/14/23 | Confirmation Hearing Notice |
| Dirt Cheap Fun Motorsports | 07/19/23 | Confirmation Hearing Notice |
| Discount Forklift Phoenix | 07/03/23 | Confirmation Hearing Notice |
| Discount Maintenance Marine | 07/10/23 | Confirmation Hearing Notice |
| Dixon Powersports | 07/11/23 | Confirmation Hearing Notice |
| Dmp Motorsports | 07/01/23 | Confirmation Hearing Notice |
| Dnd Marine | 07/07/23 | Confirmation Hearing Notice |
| Dnd Marine | 08/02/23 | Confirmation Hearing Notice |
| Doc's Scooter Service | 06/29/23 | Confirmation Hearing Notice |
| Dolphin Logistics Inc | 07/11/23 | Confirmation Hearing Notice |
| Driscoll's Way Small Egnine & Marine | 08/24/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Duncan Marine | 07/15/23 | Confirmation Hearing Notice |
| Dunn's Outdoor Power | 07/10/23 | Confirmation Hearing Notice |
| Dylan M Garcia | 07/10/23 | Confirmation Hearing Notice |
| Dynasty Cycles | 07/05/23 | Confirmation Hearing Notice |
| Eagle Air, LLC | 06/29/23 | Confirmation Hearing Notice |
| East Coast Tire & Small Engine | 07/24/23 | Confirmation Hearing Notice |
| Edge Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Edward Lurch | 08/10/23 | Confirmation Hearing Notice |
| Edward's Mechanical | 08/02/23 | Confirmation Hearing Notice |
| Edward's Small Engine | 07/12/23 | Confirmation Hearing Notice |
| Elite Power Sportz | 07/07/23 | Confirmation Hearing Notice |
| Elite Powersports | 07/26/23 | Confirmation Hearing Notice |
| Elkhorn Valley Small Engine | 07/10/23 | Confirmation Hearing Notice |
| Eml Motorsports | 07/24/23 | Confirmation Hearing Notice |
| Evans Marine Service LLC | 06/30/23 | Confirmation Hearing Notice |
| Extreme Sales & Marketing | 08/03/23 | Confirmation Hearing Notice |
| Extreme Torque Motorsports | 07/24/23 | Confirmation Hearing Notice |
| Exum Power Equipment Center | 07/08/23 | Confirmation Hearing Notice |
| F & M Repairs | 07/18/23 | Confirmation Hearing Notice |
| F&G Mower Shop | 07/05/23 | Confirmation Hearing Notice |
| Father & Sons Power Equipment | 07/17/23 | Confirmation Hearing Notice |
| Field Agent, Inc | 07/24/23 | Confirmation Hearing Notice |
| Finch Services, Inc | 08/07/23 | Confirmation Hearing Notice |
| First Community Financial | 06/29/23 | Confirmation Hearing Notice |
| First Insurance Funding | 08/18/23 | Confirmation Hearing Notice |
| Flomaton Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Foothills Cycle Works | 07/17/23 | Confirmation Hearing Notice |
| Foster Swift Collins & Smith PC | 09/05/23 | Confirmation Hearing Notice |
| Franck Ombede | 06/30/23 | Confirmation Hearing Notice |
| Frank's Power & Sports Equipment | 07/05/23 | Confirmation Hearing Notice |
| Frontier Solutions | 08/04/23 | Confirmation Hearing Notice |
| Full On Auto & Marine | 07/11/23 | Confirmation Hearing Notice |
| G S Powersports | 08/02/23 | Confirmation Hearing Notice |
| G&M Repair | 07/01/23 | Confirmation Hearing Notice |
| Gage Redman | 07/03/23 | Confirmation Hearing Notice |
| Garage Classics, LLC | 06/29/23 | Confirmation Hearing Notice |
| Garden Tools | 07/10/23 | Confirmation Hearing Notice |
| Garrett's Small Motors | 08/11/23 | Confirmation Hearing Notice |
| Gary's Small Engine Repair | 07/11/23 | Confirmation Hearing Notice |
| Ghc Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Go Mopeds | 07/17/23 | Confirmation Hearing Notice |
| Go-Kart World | 07/17/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Gold Nugget of Brookhave | 07/07/23 | Confirmation Hearing Notice |
| Goldenvale Inc | 07/01/23 | Confirmation Hearing Notice |
| Gr Full Throttle | 07/08/23 | Confirmation Hearing Notice |
| Greg's Repair | 07/08/23 | Confirmation Hearing Notice |
| Greysons Small Engine Repair | 07/20/23 | Confirmation Hearing Notice |
| Grove Lawn & Marine | 07/18/23 | Confirmation Hearing Notice |
| Gs1 | 08/12/23 | Confirmation Hearing Notice |
| Guys Cycle Inc | 07/10/23 | Confirmation Hearing Notice |
| Guy's Outdoor Equipment | 07/03/23 | Confirmation Hearing Notice |
| H D Marine, Inc | 07/17/23 | Confirmation Hearing Notice |
| H&H Marine | 08/02/23 | Confirmation Hearing Notice |
| H&H Powersports | 07/15/23 | Confirmation Hearing Notice |
| H&R Agri-Power | 07/11/23 | Confirmation Hearing Notice |
| Haley Hinds | 07/01/23 | Confirmation Hearing Notice |
| Hampton Products International Corp | 07/14/23 | Confirmation Hearing Notice |
| Harbor Sports & Cycle | 08/02/23 | Confirmation Hearing Notice |
| Hayes Marine | 09/20/23 | Confirmation Hearing Notice |
| Hayter Communications, Inc | 06/29/23 | Confirmation Hearing Notice |
| Henry's Small Engine Repair LLC | 07/11/23 | Confirmation Hearing Notice |
| Henson's Dry Dock | 06/30/23 | Confirmation Hearing Notice |
| Hillbilly Extreme Motorsports | 07/24/23 | Confirmation Hearing Notice |
| Holmes Small Engine Repair | 07/05/23 | Confirmation Hearing Notice |
| Hoodlum Motorsports | 07/03/23 | Confirmation Hearing Notice |
| Hurliman Boat Repair | 06/27/23 | Confirmation Hearing Notice |
| Hurliman Boat Repair | 06/27/23 | Confirmation Hearing Notice |
| Hyer Repair & Service | 07/17/23 | Confirmation Hearing Notice |
| Hyer Repair & Service | 07/20/23 | Confirmation Hearing Notice |
| Ian J Henry | 07/01/23 | Confirmation Hearing Notice |
| Ian L Dixson | 07/08/23 | Confirmation Hearing Notice |
| In Record Time, Inc | 08/03/23 | Confirmation Hearing Notice |
| Indeed | 07/21/23 | Confirmation Hearing Notice |
| Industrial Metal Supply Co | 07/03/23 | Confirmation Hearing Notice |
| Installations, Inc | 07/24/23 | Confirmation Hearing Notice |
| Interfreight Logistics Co Ltd | 06/29/23 | Confirmation Hearing Notice |
| International Security Products | 06/26/23 | Confirmation Hearing Notice |
| Interstate Radiator & Small Engine Repair | 09/01/23 | Confirmation Hearing Notice |
| Isaiah Lawn & Electronic Repair | 07/17/23 | Confirmation Hearing Notice |
| J & N Small Engine Repair | 08/15/23 | Confirmation Hearing Notice |
| J Pearson | 09/02/23 | Confirmation Hearing Notice |
| J&M Services | 07/10/23 | Confirmation Hearing Notice |
| Jabez Small Engine Repair | 07/10/23 | Confirmation Hearing Notice |
| Jaguar Powersports | 07/05/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Jason's Cycles Atv & Motorcycle Repair | 07/19/23 | Confirmation Hearing Notice |
| Jay's Small Engine & Appliance Service | 07/12/23 | Confirmation Hearing Notice |
| Jay's Small Engine Repair | 07/05/23 | Confirmation Hearing Notice |
| Jc Outdoors Power | 07/11/23 | Confirmation Hearing Notice |
| Jd Small Engine Repair | 08/02/23 | Confirmation Hearing Notice |
| Jerreth T Ginn-Bratcher | 07/03/23 | Confirmation Hearing Notice |
| Jesse Heinsohn | 07/10/23 | Confirmation Hearing Notice |
| Joel's Outboard Service | 07/05/23 | Confirmation Hearing Notice |
| John C Sacil | 07/27/23 | Confirmation Hearing Notice |
| John Hobbs | 07/22/23 | Confirmation Hearing Notice |
| John W Pumphery Jr | 07/01/23 | Confirmation Hearing Notice |
| Johnson Cleaning | 07/05/23 | Confirmation Hearing Notice |
| Jonzee Washington | 06/29/23 | Confirmation Hearing Notice |
| Joseph R Bahnimptewa | 07/03/23 | Confirmation Hearing Notice |
| Joshua Dallas | 07/03/23 | Confirmation Hearing Notice |
| Jp Products | 07/13/23 | Confirmation Hearing Notice |
| Juan Gallardo | 07/14/23 | Confirmation Hearing Notice |
| Julian A Diaz | 07/08/23 | Confirmation Hearing Notice |
| Justin Tabio | 06/27/23 | Confirmation Hearing Notice |
| Jv Outdoor Power Equipment | 07/03/23 | Confirmation Hearing Notice |
| Kaitlyn A Beckner | 07/25/23 | Confirmation Hearing Notice |
| Kalea K Hughey | 07/03/23 | Confirmation Hearing Notice |
| Ken's Repair | 07/24/23 | Confirmation Hearing Notice |
| Kevin Powell Motorsports | 07/18/23 | Confirmation Hearing Notice |
| Kingman Small Engine Repair | 07/03/23 | Confirmation Hearing Notice |
| King's Equipment Sales | 07/10/23 | Confirmation Hearing Notice |
| Kootenay Marine & Motor Co Inc | 08/16/23 | Confirmation Hearing Notice |
| Kurts Polaris | 07/03/23 | Confirmation Hearing Notice |
| Ky Boat Shop | 07/22/23 | Confirmation Hearing Notice |
| L&M Small Engine Repair | 07/24/23 | Confirmation Hearing Notice |
| Labor Law Compliance Center | 06/30/23 | Confirmation Hearing Notice |
| Lake Area Marine & Small Engine | 07/11/23 | Confirmation Hearing Notice |
| Lakeside Marine | 07/05/23 | Confirmation Hearing Notice |
| Land Marine | 07/15/23 | Confirmation Hearing Notice |
| Lawn Mower Shop | 07/20/23 | Confirmation Hearing Notice |
| Lawnmower & Equipment Parts Sales & Service | 07/05/23 | Confirmation Hearing Notice |
| Lenville's Marine Service | 07/07/23 | Confirmation Hearing Notice |
| LET Power Sports Services Inc | 07/27/23 | Confirmation Hearing Notice |
| LET Powersports Services | 07/17/23 | Confirmation Hearing Notice |
| Lewis Small Engine & Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Lindahl's Small Engine Repair | 07/24/23 | Confirmation Hearing Notice |
| Longoria's Repair All | 07/11/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Louisiana Motor Vehicle Commission | 07/24/23 | Confirmation Hearing Notice |
| Louisiana Small Engine Repair | 07/10/23 | Confirmation Hearing Notice |
| Lubbock Power & Lawn | 07/21/23 | Confirmation Hearing Notice |
| M & K Outdoor Products | 07/05/23 | Confirmation Hearing Notice |
| M&C Powersports | 07/05/23 | Confirmation Hearing Notice |
| M&D Automotive | 06/30/23 | Confirmation Hearing Notice |
| M&D Small Engine | 08/24/23 | Confirmation Hearing Notice |
| M&M Off-Road | 06/27/23 | Confirmation Hearing Notice |
| Mackay's Motorsports | 07/29/23 | Confirmation Hearing Notice |
| Mackay's Motorsports Ltd | 07/29/23 | Confirmation Hearing Notice |
| Mad Brothers Cycles | 07/07/23 | Confirmation Hearing Notice |
| Maiden Creek Marine Inc | 07/07/23 | Confirmation Hearing Notice |
| Marine Service, LLC | 07/17/23 | Confirmation Hearing Notice |
| Mark's Repair | 07/10/23 | Confirmation Hearing Notice |
| Martin's Marine | 07/18/23 | Confirmation Hearing Notice |
| Matthew Donnelly | 07/12/23 | Confirmation Hearing Notice |
| Mba Enterprises, Inc | 07/21/23 | Confirmation Hearing Notice |
| Megan Behrens | 07/24/23 | Confirmation Hearing Notice |
| Mendez Enterprises | 07/24/23 | Confirmation Hearing Notice |
| Mexico Service Center LLC | 07/08/23 | Confirmation Hearing Notice |
| Mid-States Distributing, LLC | 06/24/23 | Confirmation Hearing Notice |
| Midwest Marine Off-Road, LLC | 07/03/23 | Confirmation Hearing Notice |
| Midwest Marine Off-Road, LLC | 07/10/23 | Confirmation Hearing Notice |
| Midwest Powersports | 07/20/23 | Confirmation Hearing Notice |
| Mike's Mower | 08/05/23 | Confirmation Hearing Notice |
| Minnesota Cars & Powersports Service LLC | 07/03/23 | Confirmation Hearing Notice |
| Mitchell Golf Cart & Equipment Co | 07/11/23 | Confirmation Hearing Notice |
| Mobile Marine Repair Inc | 07/07/23 | Confirmation Hearing Notice |
| Mobile Small Engine | 07/03/23 | Confirmation Hearing Notice |
| Mobile Small Engine Repair | 06/30/23 | Confirmation Hearing Notice |
| Moctar Barro | 07/22/23 | Confirmation Hearing Notice |
| Mondak Motor Sports | 07/03/23 | Confirmation Hearing Notice |
| Monkey Moto | 07/03/23 | Confirmation Hearing Notice |
| Montgomery J Morgan | 06/29/23 | Confirmation Hearing Notice |
| Moorman's Marine | 07/11/23 | Confirmation Hearing Notice |
| Motorcycle Doctor LLC | 07/03/23 | Confirmation Hearing Notice |
| Motorcycle Doctor LLC | 07/03/23 | Confirmation Hearing Notice |
| Motorsport Repair | 07/05/23 | Confirmation Hearing Notice |
| Motorwerks | 07/11/23 | Confirmation Hearing Notice |
| Mountain West Production | 07/05/23 | Confirmation Hearing Notice |
| Mower Man Small Engine | 07/10/23 | Confirmation Hearing Notice |
| Mowers & Motors | 07/19/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Mr Electic | 07/03/23 | Confirmation Hearing Notice |
| Ms Small Engines | 08/22/23 | Confirmation Hearing Notice |
| Mullinax Marine | 07/11/23 | Confirmation Hearing Notice |
| Natziely Rodriguez | 07/10/23 | Confirmation Hearing Notice |
| Neff Motorsports | 07/05/23 | Confirmation Hearing Notice |
| Netsuite Inc | 07/01/23 | Solicitation Package |
| Nick's Marine, LLC | 07/17/23 | Confirmation Hearing Notice |
| Nicole Jacobs Fishing | 07/24/23 | Confirmation Hearing Notice |
| Nmma Payment Center | 08/07/23 | Confirmation Hearing Notice |
| Nora A Grady | 07/12/23 | Confirmation Hearing Notice |
| North Houston Powersports | 07/03/23 | Confirmation Hearing Notice |
| Northeast Motorsports | 07/22/23 | Confirmation Hearing Notice |
| Northern Powersports | 07/03/23 | Confirmation Hearing Notice |
| Octane Toy Box | 06/30/23 | Confirmation Hearing Notice |
| Oegon Power Sports | 07/06/23 | Confirmation Hearing Notice |
| Omak Marine | 07/10/23 | Confirmation Hearing Notice |
| One Off Kustoms | 07/05/23 | Confirmation Hearing Notice |
| One Stop Auto & Cycle LLC | 09/19/23 | Confirmation Hearing Notice |
| Outboard Shop | 07/11/23 | Confirmation Hearing Notice |
| Outdoor Power Equipment | 07/29/23 | Confirmation Hearing Notice |
| Outkast Motorsports | 08/09/23 | Confirmation Hearing Notice |
| Outkast Motorsportz | 07/05/23 | Confirmation Hearing Notice |
| Owens Marine Inc | 07/13/23 | Confirmation Hearing Notice |
| Paintsville Powersports | 09/01/23 | Confirmation Hearing Notice |
| Palm Bay Powersports | 07/11/23 | Confirmation Hearing Notice |
| Patrick Reilly | 07/03/23 | Confirmation Hearing Notice |
| Paul Rice | 06/26/23 | Confirmation Hearing Notice |
| Pauls Small Engine | 07/12/23 | Confirmation Hearing Notice |
| Payne's Power Sports | 09/01/23 | Confirmation Hearing Notice |
| Performance Motorsports | 06/29/23 | Confirmation Hearing Notice |
| Performance Power Sports of Houman | 07/07/23 | Confirmation Hearing Notice |
| Phaedra L Cooke | 08/15/23 | Confirmation Hearing Notice |
| Playpen Recreation Inc | 07/15/23 | Confirmation Hearing Notice |
| Polaris of Palestine | 07/14/23 | Confirmation Hearing Notice |
| Power Sports & Marine | 07/17/23 | Confirmation Hearing Notice |
| Power Wheels | 07/05/23 | Confirmation Hearing Notice |
| Powerful Compliance, LLC | 07/10/23 | Confirmation Hearing Notice |
| Powerwheelz | 07/05/23 | Confirmation Hearing Notice |
| Prattville Powersports | 08/02/23 | Confirmation Hearing Notice |
| Precision Mechanics | 07/22/23 | Confirmation Hearing Notice |
| Premier Scooters | 07/24/23 | Confirmation Hearing Notice |
| Princeton Powersports Atv | 07/15/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Proline | 07/07/23 | Confirmation Hearing Notice |
| Pursley Friese Torgrimson, LLP | 07/08/23 | Confirmation Hearing Notice |
| Quality Material Handling, Inc | 06/30/23 | Confirmation Hearing Notice |
| Quality Tool Repair & Service, Inc | 07/21/23 | Confirmation Hearing Notice |
| Quickbooks Payroll Service | 06/26/23 | Confirmation Hearing Notice |
| R C's Atv & Small Engine Repair | 07/03/23 | Confirmation Hearing Notice |
| R Schubert Properties, LP | 07/12/23 | Confirmation Hearing Notice |
| Raintree Supply | 06/29/23 | Confirmation Hearing Notice |
| Randy's Small Engine Repair | 07/20/23 | Confirmation Hearing Notice |
| Ray A Benally | 06/29/23 | Confirmation Hearing Notice |
| Recon Cycles | 07/12/23 | Confirmation Hearing Notice |
| Red Star Marine | 07/05/23 | Confirmation Hearing Notice |
| Revolution Motorsports | 07/03/23 | Confirmation Hearing Notice |
| Rhinehart Outdoor Equipment | 07/05/23 | Confirmation Hearing Notice |
| Rick's Small Engine Repair | 09/14/23 | Confirmation Hearing Notice |
| Ricky R Canas | 08/03/23 | Confirmation Hearing Notice |
| Riley Reporting & Associates, Inc | 07/11/23 | Confirmation Hearing Notice |
| Rinaldi's Small Engine Repair | 07/11/23 | Confirmation Hearing Notice |
| River City Cycles | 07/10/23 | Confirmation Hearing Notice |
| River Hawk | 07/03/23 | Confirmation Hearing Notice |
| River's Edge Marine, Inc | 07/18/23 | Confirmation Hearing Notice |
| Riverside Sales & Service | 07/21/23 | Confirmation Hearing Notice |
| Robby's Small Engine | 07/07/23 | Confirmation Hearing Notice |
| Rokquest, Inc | 07/22/23 | Confirmation Hearing Notice |
| Ron's Mobile Marine Repair | 07/11/23 | Confirmation Hearing Notice |
| Roy's Shop | 07/05/23 | Confirmation Hearing Notice |
| Rps Marketing | 07/03/23 | Confirmation Hearing Notice |
| Rt 119 Powersports | 07/24/23 | Confirmation Hearing Notice |
| Rural King 133 | 08/02/23 | Confirmation Hearing Notice |
| Rxr Xtreme Rides | 07/08/23 | Confirmation Hearing Notice |
| Rylan Godfrey | 07/15/23 | Confirmation Hearing Notice |
| Samples Powerhouse & Small Engine | 07/11/23 | Confirmation Hearing Notice |
| Sandoval Engine Repair | 07/01/23 | Confirmation Hearing Notice |
| Sarah Miller | 07/03/23 | Confirmation Hearing Notice |
| Scooter City | 07/01/23 | Confirmation Hearing Notice |
| Scott's Turf Equipment of Manassas | 07/03/23 | Confirmation Hearing Notice |
| Sean Mccoy | 07/28/23 | Confirmation Hearing Notice |
| Searing Industries | 06/27/23 | Confirmation Hearing Notice |
| Securities & Exchange Commission | 07/03/23 | Confirmation Hearing Notice |
| Securittee Holloway | 06/29/23 | Confirmation Hearing Notice |
| Service Master | 07/11/23 | Confirmation Hearing Notice |
| Shaffer's Atv Sales | 07/07/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Shore Motorsports | 07/11/23 | Confirmation Hearing Notice |
| Silver State Small Engine | 06/28/23 | Confirmation Hearing Notice |
| Sirius Satellite Radio | 07/03/23 | Confirmation Hearing Notice |
| Small Engine Repairs | 08/01/23 | Confirmation Hearing Notice |
| Smith Boys Marine | 07/13/23 | Confirmation Hearing Notice |
| Source Parts & Equipment | 07/01/23 | Solicitation Package |
| South Coast Ag & Atv | 07/03/23 | Confirmation Hearing Notice |
| South K Lawnmower Rep Shop | 07/17/23 | Confirmation Hearing Notice |
| South Mississippi Marine | 07/17/23 | Confirmation Hearing Notice |
| Southern Swag Off-Road | 07/21/23 | Confirmation Hearing Notice |
| Southpaw Services | 07/07/23 | Confirmation Hearing Notice |
| Southwest General Insurance | 07/03/23 | Confirmation Hearing Notice |
| Southwest General Insurance LLC | 07/15/23 | Confirmation Hearing Notice |
| Southwest Motorsports | 07/01/23 | Confirmation Hearing Notice |
| Southworth Power Equipment | 07/17/23 | Confirmation Hearing Notice |
| Spearfish Powersports | 07/05/23 | Confirmation Hearing Notice |
| Sport Cycle | 07/10/23 | Confirmation Hearing Notice |
| Sportsman's Warehouse | 07/06/23 | Confirmation Hearing Notice |
| Stamps Automotive | 07/01/23 | Confirmation Hearing Notice |
| Stamps.com Endicia | 07/05/23 | Confirmation Hearing Notice |
| Stan Tashman & Associates, Inc | 07/01/23 | Confirmation Hearing Notice |
| Star Island Motor Sports | 06/29/23 | Confirmation Hearing Notice |
| State Auto Insurance Companies | 08/05/23 | Confirmation Hearing Notice |
| State of Montana | 07/03/23 | Confirmation Hearing Notice |
| Steiner Saw & Mower | 07/05/23 | Confirmation Hearing Notice |
| Stephen Duncan | 07/07/23 | Confirmation Hearing Notice |
| Stephen L Nicewander | 07/15/23 | Confirmation Hearing Notice |
| Stockman Motor | 07/03/23 | Confirmation Hearing Notice |
| Sundance GS LLC | 07/11/23 | Confirmation Hearing Notice |
| Sundance GS LLC - Parts | 07/11/23 | Solicitation Package |
| T & S Small Engine Repair | 07/05/23 | Confirmation Hearing Notice |
| Taylor Farm Supply | 07/11/23 | Confirmation Hearing Notice |
| Teneia Yobbe | 07/05/23 | Confirmation Hearing Notice |
| Tennessee Equipment Services | 08/10/23 | Confirmation Hearing Notice |
| Terminal 49 | 06/26/23 | Confirmation Hearing Notice |
| The Lawnmower & Generator Repair Shop | 07/19/23 | Confirmation Hearing Notice |
| The Repair Shop | 07/07/23 | Confirmation Hearing Notice |
| The Vance Store | 08/10/23 | Confirmation Hearing Notice |
| The William & Patricia Grubman Trust | 07/05/23 | Confirmation Hearing Notice |
| Theory House LLC | 08/18/23 | Confirmation Hearing Notice |
| Thomas' Outdoor Power Equipment | 07/10/23 | Confirmation Hearing Notice |
| Throttle Out Performance | 08/10/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Thunder Powersports | 09/05/23 | Confirmation Hearing Notice |
| Timothy R Yobbe | 07/05/23 | Confirmation Hearing Notice |
| Tom Eastvold | 07/15/23 | Confirmation Hearing Notice |
| Tony's Small Engine Repair | 07/12/23 | Confirmation Hearing Notice |
| Top Choice Supply | 07/29/23 | Confirmation Hearing Notice |
| Touch-N-Go | 07/19/23 | Confirmation Hearing Notice |
| Tough Stuff Motosports | 07/11/23 | Confirmation Hearing Notice |
| Transmasters | 06/26/23 | Confirmation Hearing Notice |
| Triangle Small Engines | 07/27/23 | Confirmation Hearing Notice |
| True View Windows & Glass | 07/01/23 | Confirmation Hearing Notice |
| Truecloud | 07/08/23 | Confirmation Hearing Notice |
| Trugrip | 06/30/23 | Confirmation Hearing Notice |
| Twin City Motorsports | 07/10/23 | Confirmation Hearing Notice |
| Twin Small Engine Repair | 07/03/23 | Confirmation Hearing Notice |
| Tyler J Gilmore | 07/03/23 | Confirmation Hearing Notice |
| Ugly Tire Service Dunlop Pro Dealer | 07/08/23 | Confirmation Hearing Notice |
| Ultra Powersports | 08/01/23 | Confirmation Hearing Notice |
| Upstate Equipment Repair | 07/13/23 | Confirmation Hearing Notice |
| Uriah Dixson | 07/11/23 | Confirmation Hearing Notice |
| Uriah L Dixson | 06/29/23 | Confirmation Hearing Notice |
| Utah Car Pros | 07/01/23 | Confirmation Hearing Notice |
| Vaco Arizona LLC | 07/29/23 | Confirmation Hearing Notice |
| Waldrep Chainsaw Co Inc | 07/05/23 | Confirmation Hearing Notice |
| Wasteland Performance Inc | 07/03/23 | Confirmation Hearing Notice |
| Watkins Marine | 08/01/23 | Confirmation Hearing Notice |
| West Mesa Motorsports | 07/03/23 | Confirmation Hearing Notice |
| Western Hills Honda Yamaha | 07/07/23 | Confirmation Hearing Notice |
| Whalen Power Sports | 07/19/23 | Confirmation Hearing Notice |
| Whitey's Small Engine | 07/08/23 | Confirmation Hearing Notice |
| Wiese Repair & Services | 07/03/23 | Confirmation Hearing Notice |
| William C Boettcher | 07/13/23 | Confirmation Hearing Notice |
| Williamsburg Motor Works | 07/10/23 | Confirmation Hearing Notice |
| Wills Marine of Pensacola | 07/13/23 | Confirmation Hearing Notice |
| Wilson's Motorcycles | 07/03/23 | Confirmation Hearing Notice |
| Withrow Powersports, LLC | 07/15/23 | Confirmation Hearing Notice |
| Woodcock Service Center | 07/17/23 | Confirmation Hearing Notice |
| Woodsmen Power Produscts | 07/20/23 | Confirmation Hearing Notice |
| Worland Cycle + Saw LLC | 07/03/23 | Confirmation Hearing Notice |
| Worthington Sports Center | 07/05/23 | Confirmation Hearing Notice |
| Wyatt Fulton | 07/01/23 | Confirmation Hearing Notice |
| Xpo Logistics Freight, Inc | 07/19/23 | Confirmation Hearing Notice |
| Xtreme Performance Powersports | 07/17/23 | Confirmation Hearing Notice |

| CREDITOR | RETURN DATE | DOCUMENT |
|---|---|---|
| Yellow Rose Marine | 07/08/23 | Confirmation Hearing Notice |
| Yerf-Dog Geneva 444 LLC | 07/03/23 | Confirmation Hearing Notice |
| Yuma Cycle Service | 06/27/23 | Confirmation Hearing Notice |
| Zackary Ruttenberg | 07/03/23 | Confirmation Hearing Notice |
| Zackary Ruttenberg | 07/03/23 | Confirmation Hearing Notice |
| Zeus Motorsports LLC | 07/05/23 | Confirmation Hearing Notice |