# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | ) Case No. 23-10047 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 4, 2023, AT 10:00 A.M. (ET)

> This hearing will be conducted in-person. Any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than October 4, 2023 at 8:00 a.m.:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsde2vpzoqGjLqrtzCDgua89R5DYwqTnw
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1.  Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 [Docket No. 465; Filed 9/15/2023]

    Related Documents:

    A.  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim For Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 [Docket No. 477; Filed 9/28/2023]

    Status:   A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

UNCONTESTED MATTERS:

2. Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 463; Filed 9/15/2023]

   Related Documents:

   A. Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023 [Docket 378; Filed 6/12/2023]

   B. Disclosure Statement with Respect to Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023 [Docket No. 380; Filed 6/12/2023]

   C. Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 383; Filed 6/12/2023]

   D. Solicitation Version Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Dated June 12, 2023 [Docket No. 385; Filed 6/15/2023]

   E. Notice of (I) Approval of the Disclosure Statement; (II) Establishment of the Voting Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) for Electing to Opt Out of Plan Release [Docket No. 387; Filed 6/15/2023]

   F. Notice of Filing of Plan Supplement [Docket No. 411; Filed 7/10/2023]

   G. Notice of Continued Confirmation Hearing [Docket No. 466; Filed 9/15/2023]

   H. Declaration of Kim D. Steverson of Omni Agent Solutions, Inc. Regarding Solicitation of Votes and Tabulation of Ballots on the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 472; Filed 9/27/2023]

   I. Notice of Filing of Second Plan Supplement [Docket No. 473; Filed 9/27/2023]

   J. Declaration of Peter Kravitz in Support of Confirmation of the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 474; Filed 9/27/2023]

K.     Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 475; Filed 9/27/2023]

L.     Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 476; Filed 9/27/2023]

M.     **REDLINED Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 464; Filed 9/15/2023]**

Response Deadline:    July 17, 2023 at 4:00 p.m.; extended to August 7, 2023 at 4:00 p.m. for Richard Godfrey.

Responses Received:    None to date.

Status:    This matter is going forward on an uncontested basis. The Debtors' witnesses shall be Kim D. Steverson and Peter Kravitz via submission of their filed declarations listed above as their direct testimony.

| | |
|---|---|
| Dated: October 2, 2023<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com<br>       myurkewicz@klehr.com<br>       sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Email: mbranzburg@klehr.com<br><br>*Counsel to the Debtors and Debtors in Possession* |