# Exhibit 1

## Notice of Confirmation and Effective Date

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PERFORMANCE POWERSPORTS<br>GROUP INVESTORS, LLC, *et al.*,[1]<br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 23-10047 (LSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Related to Docket No. ___** |

**NOTICE OF THE (A) ENTRY OF ORDER CONFIRMING THE DEBTORS' SECOND AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on October [●], 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. ●] (the "Confirmation Order"). Among other things, the Confirmation Order confirmed the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 463], dated September 15, 2023 (as amended, modified, or supplemented from time to time, the "Plan")[2] as satisfying the requirements of the Bankruptcy Code, thereby authorizing the above captioned debtors and debtors in possession (collectively, the "Debtors") to implement the Plan.

PLEASE TAKE FURTHER NOTICE that on [●] [●], 2023, the Effective Date under the Plan occurred, and the transactions contemplated by the Plan were effectuated.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. The Confirmation Order is also available on the internet site of the Debtors' notice and claims agent, Omni Agent Solutions, at https://omniagentsolutions.com/PerformancePowersports or by accessing the Bankruptcy Court's website at https://www.deb.uscourts.gov/. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set for thin in the Plan or Confirmation Order, as applicable.

10670376.v5

PLEASE TAKE FURTHER NOTICE that, except as provided in the Confirmation Order and the Plan, all final requests for payment of Professional Claims incurred in connection with services rendered prior to and including the Effective Date, must be filed with the Bankruptcy Court and served on counsel to the Debtors, counsel to the Litigation Trustee and Plan Administrator, and counsel to the U.S. Trustee no later than [●] [●], 2023, which is the date that is twenty-one (21) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that, if an executory contract or unexpired lease is rejected pursuant to the Plan, the counterparty to such executory contract or unexpired lease must be filed with the Bankruptcy Court and served on counsel to the Debtors, counsel to the Litigation Trustee and Plan Administrator, and counsel to the U.S. Trustee no later than [●] [●], 2023, which is the date that is thirty (30) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order, the Plan and its provisions are binding on the Debtors, any Holder of a Claim or Interest, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity accepted the Plan.

| | |
|---|---|
| Dated: [●] [●], 20231<br>Wilmington, Delaware | */s/ DRAFT*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            myurkewicz@klehr.com<br>            sveghte@klehr.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |