## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP | ) Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | Effective as of the Petition Date, January 16, 2023 |
| Date of Order Approving Retention [Docket No. 135] | February 10, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $55,310.00 (80% $44,248.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,110.00 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is the ninth monthly fee application filed in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

10716017.v1

Prior Applications:

| Date Filed | Period Covered | Requested | | Approved | | Fee Holdback |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | |
|---|---|---|---|---|---|---|
| First Monthly Filed 3/13/2023 DI No. 209 CNO DI No. 303 Filed 4/4/2023 | 1/16/2023-1/31/2023 | $191,265.00 | $2,263.98 | $153,012.00 | $2,263.98 | $38,253.00 |
| Second Monthly Filed 3/21/2023 DI No. 248 CNO DI No. 309 Filed 4/12/2023 | 2/1/2023-2/28/2023 | $312,105.00 | $539.30 | $249,684.00 | $539.30 | $62,421.00 |
| Third Monthly Filed 4/26/2023 DI No. 324 CNO DI No. 350 Filed 5/18/2023 | 3/1/2023-3/31/2023 | $419,125.00 | $3,055.10 | $335,300.00 | $3,055.10 | $83,825.00 |
| Fourth Monthly Filed 5/23/2023 DI No. 357 CNO DI No. 389 Filed 6/21/2023 | 4/1/2023-4/30/2023 | $50,491.00 | $6,962.01 | $40,392.80 | $6,962.01 | $10,098.20 |
| Fifth Monthly Filed 6/21/2023 DI No. 391 CNO DI No. 420 Filed 7/19/2023 | 5/1/2023-5/31/2023 | $56,995.00 | $1,220.80 | $45,596.00 | $1,220.80 | $11,399.00 |
| Sixth Monthly Filed 7/25/2023 DI No. 428 CNO DI No. 448 Filed 8/17/2023 | 6/1/2023-6/30/2023 | $55,797.00 | $531.70 | $44,637.60 | $531.70 | $11,159.40 |
| Seventh Monthly Filed 8/22/2023 DI No. 451 CNO DI No. 467 Filed 9/15/2023 | 7/1/2023-7/31/2023 | $36,266.00 | $926.98 | $29,012.80 | $926.98 | $7,253.20 |
| Eighth Monthly Filed 9/25/2023 DI No. 470 CNO DI 507 Filed 10/17/2023 | 8/1/2023-8/31/2023 | $47,763.50 | $128.70 | $38,210.80 | $128.70 | $9,552.70 |

**TIME AND COMPENSATION BREAKDOWN**
**SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Bankruptcy & Restructuring Partner Admitted to Bar 1987 | $785.00 | 58.20 | $45,687.00 |
| Michael W. Yurkewicz | Bankruptcy & Restructuring Partner Admitted to Bar 1998 | $560.00 | 7.50 | $4,200.00 |
| Ryan M. Moore | Litigation Partner Admitted to Bar 2012 | $525.00 | 0.60 | $315.00 |
| Christopher P. Orrin | Litigation Associate Admitted to Bar 2015 | $385.00 | 0.80 | $308.00 |
| Melissa K. Hughes | Bankruptcy & Restructuring Paralegal | $320.00 | 15.00 | $4,800.00 |
| **TOTALS** | | | **82.10** | **$55,310.00** |
| **BLENDED RATE** | | | | **$673.69** |

### COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | AL | 0.30 | $96.00 |
| Case Administration | CS | 8.10 | $2,758.50 |
| Employment and Fee Applications | EF | 3.10 | $1,224.50 |
| Litigation:  Contested Matters and Adversary Proceedings | LC | 7.80 | $5,467.00 |
| Plan and Disclosure Statement | PD | 61.20 | $44,868.00 |
| Reporting | RG | 0.70 | $392.00 |
| Relief from Stay and Adequate Protection | RS | 0.90 | $504.00 |
| **TOTAL** | | **82.10** | **$55,310.00** |

### EXPENSE SUMMARY
### SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| EXPENSE CATEGORY | TOTAL COMPENSATION |
|---|---|
| Litigation Support Services | $2,110.00 |
| **TOTAL** | **$2,110.00** |

10716017.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PERFORMANCE POWERSPORTS GROUP | ) | Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NINTH MONTHLY FEE APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), counsel to Performance Powersports Group Investor, LLC, *et al.* and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its ninth monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from September 1, 2023 through September 30, 2023. In support hereof, Klehr Harrison respectfully represents as follows:

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.  The statutory

predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II.  **BACKGROUND**

2.      On January 16, 2023, (the "Petition Date"), the Debtors each filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the

management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108

of the Bankruptcy Code.

3.      On January 30, 2023, the United States Trustee appointed an Official Committee

of Unsecured Creditors (the "Committee") in these cases.

4.      On February 10, 2023, this Court entered an *Order Authorizing the Retention and

Employment of Klehr Harrison Harvey Branzburg LLP as Counsel for the Debtors and Debtors

in Possession Effective as of the Petition Date* [Docket No. 132] approving the retention of Klehr

Harrison as counsel to the Debtors.

5.      On February 10, 2023, the Court entered the *Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Retained Professionals Compensation

Procedures* [Docket No. 135] (the "Administrative Order").

6.      Klehr Harrison has continuously rendered services on behalf of the Debtors for the

period from September 1, 2023 through September 30, 2023 (the "Compensation Period"), totaling

82.10 hours of professional time.

7.      Attached hereto as Exhibit "A" is a full and detailed statement describing the

professional services rendered by each Klehr Harrison attorney and paraprofessional during the

Compensation Period.

8.      The total sum due to Klehr Harrison for professional services rendered on behalf of

the Debtors for the Compensation Period is $55,310.00.  Klehr Harrison submits that the

professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

9.      Klehr Harrison also expended costs on behalf of the Debtors in the sum of $2,110.00 during the Compensation Period.  Attached hereto as <u>Exhibit "B"</u> is an itemized list of expenses incurred during the Compensation Period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

10.      Klehr Harrison accordingly seeks allowance of the sum of $55,310.00 in fees and $2,110.00 in expenses, for a total of $57,420.00.

11.      The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (a) allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $55,310.00 and reimbursement of actual and necessary expenses incurred in the sum of $2,110.00 for the period from September 1, 2023 through September 30, 2023; (b) payment in the total amount of $46,358.00, which represents (i) 80% of the total fees billed ($44,248.00) and (ii) 100% of the expenses incurred ($2,110.00) during the Application Period, as provided under the Interim Compensation Order; and (c) such other relief as this Court deems just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 24, 2023
Wilmington, Delaware

/s/ Domenic E. Pacitti

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193
Email:  dpacitti@klehr.com
          myurkewicz@klehr.com
          sveghte@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:  (215) 568-6603
Email:  mbranzburg@klehr.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PERFORMANCE POWERSPORTS GROUP | ) Case No. 23-10047 (LSS) |
| INVESTOR, LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATION OF DOMENIC E. PACITTI

I, Domenic E. Pacitti, under penalty of perjury, declare as follows:

1.    I am a partner in the firm of Klehr Harrison Harvey Branzburg LLP ("<u>Klehr Harrison</u>"), Counsel to the Debtors and Debtors in Possession in these cases (the "<u>Debtors</u>").

2.    I have read the foregoing *Ninth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtors for the Period from September 1, 2023 through September 30, 2023* and know the contents thereof.  The same contents are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Klehr Harrison and am thoroughly familiar with all other work performed on behalf of the Debtors by the attorneys and paraprofessionals in Klehr Harrison.

3.    In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Section 504 of Title 11, United States Code, no agreement or understanding exists between Klehr

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380).  The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 85281.

Harrison and any other person for the sharing of compensation to be received in connection with the above-captioned cases.

4.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, this Application complies with Local Rule 2016-2.

5.      Klehr Harrison did not agree to any variations from, or alternatives to, its standard and customary billing arrangements for the proposed engagement by the Debtors pursuant to the Application.

6.      None of the professionals at Klehr Harrison included in the proposed engagement by the Debtors pursuant to the Application vary their rates based on geographic location of the bankruptcy case.

7.      Other than an annual rate increase effective January 1 of each calendar year, during the twelve months prior to the filing of the Debtors' chapter 11 petitions, the billing rates of Klehr Harrison with respect to the Debtors was not different than those sought under the Application. The rates effective as of January 1, 2023 are the rates charged to the Debtors in the Application.

8.      The Application does not include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2023                    _/s/ Domenic E. Pacitti_____
                                                Domenic E. Pacitti (DE Bar No. 3989)

EXHIBIT A



**KLEHR HARRISON**
**HARVEY BRANZBURG** LLP

919 N. Market Street | Suite 1000
Wilmington, DE 19801
t 302.426.1189  f 302.426.9193
www.klehr.com

October 3, 2023

Jay Pearson, CEO
Performance Powersports Group
1775 East University Drive
Tempe, AZ  85281

Invoice #:        496346
Client #:          22647
Matter #:          0001

For professional services through September 30, 2023:

**RE:   Restructuring**

**PROFESSIONAL SERVICES**

**Assumption and Rejection of Leases and C**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/28/23 | MKH | Revise and upload proposed order re Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 with Bankruptcy Court | .30 | 320.00 | 96.00 |

**Task Total:**                                                                  **$ 96.00**

**Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/06/23 | MKH | Draft agenda for September 11, 2023 hearing and prepare email to counsel for review | 1.60 | 320.00 | 512.00 |
| 9/06/23 | MKH | Draft Certification of Counsel re omnibus and confirmation hearing and prepare email to counsel attaching same for review | .50 | 320.00 | 160.00 |
| 9/07/23 | DEP | Review  Certification of Counsel Regarding Omnibus and Continued Plan Confirmation Hearing Date | .10 | 785.00 | 78.50 |
| 9/07/23 | MKH | Revise and finalize Certification of Counsel Regarding Omnibus and Continued Plan Confirmation Hearing Date/proposed order for filing and efile same with Bankruptcy Court; upload proposed order re same | .50 | 320.00 | 160.00 |

22647: Performance Powersports Group

0001: Restructuring

October 3, 2023

Invoice #: 496346

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/07/23 | MKH | Finalize and prepare agenda for September 11, 2023 hearing for filing and efile same with Bankruptcy Court | .70 | 320.00 | 224.00 |
| 9/07/23 | MWY | Work on agenda and hearing issues | .50 | 560.00 | 280.00 |
| 9/15/23 | MKH | Revise and finalize Stipulation Between Performance Powersports Group Investor, LLC and Richard Godfrey and Kinderhook Industries, LLC and its Affiliated Companies for filing and efile same with Bankruptcy Court | .50 | 320.00 | 160.00 |
| 9/15/23 | MKH | Draft Notice re Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 and email same to D. Pacitti for review | .60 | 320.00 | 192.00 |
| 9/26/23 | MKH | Update case calendar re upcoming critical dates and deadlines | .20 | 320.00 | 64.00 |
| 9/27/23 | MKH | Draft agenda for October 4, 2023 confirmation hearing | 1.60 | 320.00 | 512.00 |
| 9/29/23 | MKH | Revise agenda for October 4, 2023 hearing | 1.30 | 320.00 | 416.00 |

**Task Total:**                                                                                           **$ 2,758.50**

### Employment and Fee Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/15/23 | MKH | Review case docket; draft and prepare CNO re Seventh Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2023 through July 31, 2023 for filing and efile same with Bankruptcy Court | .60 | 320.00 | 192.00 |
| 9/25/23 | DEP | Review and revise the  Eighth Monthly Fee Application of Klehr Harrison | .50 | 785.00 | 392.50 |
| 9/25/23 | MKH | Draft Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors/Charts/Notice/Exhibits and prepare email to D. Pacitti attaching same for review | 1.30 | 320.00 | 416.00 |
| 9/25/23 | MKH | Revise and finalize Eighth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors/Charts/Notice/Exhibits for filing and efile same with Bankruptcy Court; coordinate service of same | .70 | 320.00 | 224.00 |

**Task Total:**                                                                                           **$ 1,224.50**

**Litigation: Contested Matters and Advers**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/01/23 | DEP | Draft Kinderhook/Godfrey settlement agreement (1.20) / email with P. Kravitz re: same (.30) | 1.50 | 785.00 | 1,177.50 |
| 9/01/23 | DEP | Email J. Williams re: draft Kinderhook/Godfrey settlement agreement | .20 | 785.00 | 157.00 |
| 9/01/23 | CO | Search Outlook and collect relevant Klehr communications. | .20 | 385.00 | 77.00 |
| 9/04/23 | CO | Search Outlook and collect relevant Klehr communications. | .20 | 385.00 | 77.00 |
| 9/05/23 | DEP | Call with R. Schepacarter re: Kinderhook/Godfrey settlement agreement | .30 | 785.00 | 235.50 |
| 9/05/23 | MWY | Address Godfrey settlement | .80 | 560.00 | 448.00 |
| 9/05/23 | CO | Search Outlook and collect relevant Klehr communications. | .20 | 385.00 | 77.00 |
| 9/06/23 | DEP | Emails with  Kinderhook counsel re: motion to implement Kinderhook/Godfrey settlement agreement | .30 | 785.00 | 235.50 |
| 9/06/23 | DEP | Emails with Godfrey counsel re: motion to implement Kinderhook/Godfrey settlement agreement | .20 | 785.00 | 157.00 |
| 9/10/23 | DEP | Review comments to 3018 motion form Kinderhook and Godfrey counsel (.50) / email exchanges with Kinderhook and Godfrey counsel  re: same (.50) | 1.00 | 785.00 | 785.00 |
| 9/11/23 | DEP | Work on Godfrey/Kinderhook/Debtor stipulation | .40 | 785.00 | 314.00 |
| 9/11/23 | DEP | Emails with A. Smith re: work on Godfrey/Kinderhook/Debtor stipulation | .30 | 785.00 | 235.50 |
| 9/11/23 | DEP | Emails with P. Kravitz re: work on Godfrey/Kinderhook/Debtor stipulation | .30 | 785.00 | 235.50 |
| 9/11/23 | DEP | Email exchanges with J. Williams and A. Smith re: work on Godfrey/Kinderhook/Debtor stipulation and changes thereto | .50 | 785.00 | 392.50 |
| 9/12/23 | RMM | Status update regarding state of dispute and discovery needs. | .20 | 525.00 | 105.00 |
| 9/14/23 | DEP | Email with M. Minuti re: status report to district court on appeal and review of same | .30 | 785.00 | 235.50 |
| 9/15/23 | RMM | Review and analyze issues in connection with sharing production documents with Kirkland. Discuss the same with case team and independent director. | .20 | 525.00 | 105.00 |
| 9/20/23 | DEP | Emails with M. Minuti re: status report to district court on appeal and review of same | .30 | 785.00 | 235.50 |
| 9/21/23 | CO | Review and analyze UCC materials and HiSun productions. Confer with R. Moore re same. | .20 | 385.00 | 77.00 |
| 9/21/23 | RMM | Call with C. Orrin regarding document collection for ongoing NY litigation. | .20 | 525.00 | 105.00 |

**Task Total:**                                                    **$ 5,467.00**

**Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/05/23 | DEP | Research 3018 motion issues | 2.50 | 785.00 | 1,962.50 |
| 9/06/23 | DEP | Draft 3018 motion for implementation of Kinderhook/Godfrey settlement agreement | 2.80 | 785.00 | 2,198.00 |
| 9/06/23 | MWY | Work on confirmation planning | .70 | 560.00 | 392.00 |
| 9/07/23 | DEP | Draft plan changes to implement Kinderhook/Godfrey settlement agreement | 2.50 | 785.00 | 1,962.50 |
| 9/07/23 | DEP | Emails with Kinderhook and Godfrey counsel re: stipulation and plan changes | .40 | 785.00 | 314.00 |
| 9/07/23 | MWY | Review confirmation documentation | .90 | 560.00 | 504.00 |
| 9/08/23 | DEP | Work on revisions to Kinderhook/Godfrey settlement agreement (1.0) / emails with Kinderhook and Godfrey counsel re: same (.40) | 1.40 | 785.00 | 1,099.00 |
| 9/08/23 | MWY | Work on plan confirmation documents | .60 | 560.00 | 336.00 |
| 9/12/23 | DEP | Work on revisions to Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes (2.50) / emails with S. Smith and J. Williams re: same (.40) | 2.90 | 785.00 | 2,276.50 |
| 9/13/23 | DEP | Email exchange with R. Schepacarter re: Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes | .30 | 785.00 | 235.50 |
| 9/13/23 | DEP | Email exchanges with J. Beck re: Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes | .30 | 785.00 | 235.50 |
| 9/14/23 | DEP | Work on Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes | 1.30 | 785.00 | 1,020.50 |
| 9/14/23 | DEP | Numerous emails with Kinderhook counsel re: finalizing Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes | .70 | 785.00 | 549.50 |
| 9/14/23 | DEP | Numerous emails with Godfrey counsel re: finalizing Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan changes | .70 | 785.00 | 549.50 |
| 9/15/23 | DEP | Revise and finalize for filing the numerous emails with Kinderhook counsel re: finalizing Kinderhook/Godfrey/Debtor stipulation / 3018 motion and Second Amended plan / Notice of confirmation hearing | 2.50 | 785.00 | 1,962.50 |
| 9/15/23 | MKH | Review and prepare Debtors Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for filing and efile same with Bankruptcy Court | .40 | 320.00 | 128.00 |
| 9/15/23 | MKH | Review and prepare Redlined Debtors Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for filing and efile same with Bankruptcy Court | .30 | 320.00 | 96.00 |

22647: Performance Powersports Group
0001: Restructuring

October 3, 2023
Invoice #: 496346

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/15/23 | MKH | Review revise and prepare Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 for filing and efile same with Bankruptcy Court | .50 | 320.00 | 160.00 |
| 9/15/23 | MKH | Review revise and prepare Notice of Continued Confirmation Hearing for filing and efile same with Bankruptcy Court | .30 | 320.00 | 96.00 |
| 9/18/23 | MWY | Work on confirmation planning | .70 | 560.00 | 392.00 |
| 9/19/23 | DEP | Emails with A. Smith re: upcoming plan related pleadings | .30 | 785.00 | 235.50 |
| 9/20/23 | DEP | Work on declaration in support of plan confirmation | 2.00 | 785.00 | 1,570.00 |
| 9/20/23 | DEP | Work on draft of confirmation order | 2.30 | 785.00 | 1,805.50 |
| 9/20/23 | DEP | Draft second plan supplement | .80 | 785.00 | 628.00 |
| 9/21/23 | DEP | Review sources and uses for plan (.30) / call with A. Loyzinski re: funds flow (.30) / call with A. Smith and B. Schartz re: funds flow (.30) | .90 | 785.00 | 706.50 |
| 9/21/23 | DEP | Call with K. Steverson re: plan voting report and review and suggest revisions to same | .70 | 785.00 | 549.50 |
| 9/21/23 | DEP | Review cases for confirmation brief (3.0) / work on confirmation brief draft (3.0) | 6.00 | 785.00 | 4,710.00 |
| 9/22/23 | DEP | Review and revise for circulation to client and interested parities for review drafts of the confirmation brief | 2.50 | 785.00 | 1,962.50 |
| 9/22/23 | DEP | Review and revise for circulation to client and interested parties for review drafts of the P. Kravitz declaration in support of confirmation | 2.10 | 785.00 | 1,648.50 |
| 9/22/23 | DEP | Review and revise for circulation to client and interested parties for review drafts of the confirmation order | 1.40 | 785.00 | 1,099.00 |
| 9/22/23 | DEP | Review and revise for circulation to client and interested parties for review drafts of the voting declaration | .60 | 785.00 | 471.00 |
| 9/22/23 | DEP | Call with P. Kravitz re: plan documents | .20 | 785.00 | 157.00 |
| 9/22/23 | MWY | Work on plan confirmation | .50 | 560.00 | 280.00 |
| 9/25/23 | DEP | Work on revisions to confirmation brief, confirmation order, declaration in support of confirmation and second plan supplement | 4.00 | 785.00 | 3,140.00 |
| 9/25/23 | DEP | Emails exchanges with client and advisors re: plan related pleadings | .60 | 785.00 | 471.00 |
| 9/25/23 | DEP | Emails exchanges with A. Smith re: plan related pleadings | .60 | 785.00 | 471.00 |
| 9/25/23 | DEP | Call with J. Beck re: plan documents | .30 | 785.00 | 235.50 |
| 9/25/23 | DEP | Call with P. Kravitz re: litigation trust | .20 | 785.00 | 157.00 |
| 9/26/23 | DEP | Work on revisions to confirmation brief, confirmation order, declaration in support of confirmation, second plan supplement, plan voting report | 4.60 | 785.00 | 3,611.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/23 | DEP | Call with A. Smith re; Plan (.30) / call with P. Kravitz re: plan (.30) | .60 | 785.00 | 471.00 |
| 9/26/23 | MWY | Call with A Lozynski on funds flow(.5)/ address voting report modifications(.4)/ address plan funds flow(.3) | 1.20 | 560.00 | 672.00 |
| 9/27/23 | DEP | Review, revise and finalize for filing t confirmation brief, confirmation order, declaration in support of confirmation, second plan supplement, plan voting report | 3.00 | 785.00 | 2,355.00 |
| 9/27/23 | MKH | Review revise and prepare Notice of Filing of Second Plan Supplement for filing and efile same with Bankruptcy Court | .30 | 320.00 | 96.00 |
| 9/27/23 | MKH | Review revise and prepare Declaration of Kim D. Steverson of Omni Agent Solutions, Inc. Regarding Solicitation of Votes and Tabulation of Ballots on the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for filing and efile same with Bankruptcy Court | .30 | 320.00 | 96.00 |
| 9/27/23 | MKH | Review revise and prepare Declaration of Peter Kravitz in Support of Confirmation of the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for filing and efile same with Bankruptcy Court | .40 | 320.00 | 128.00 |
| 9/27/23 | MKH | Review revise and prepare Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code/Exhibit for filing and efile same with Bankruptcy Court | .40 | 320.00 | 128.00 |
| 9/27/23 | MKH | Draft Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code | 1.10 | 320.00 | 352.00 |
| 9/28/23 | MKH | Review docket; draft and prepare CNO re Debtors' Motion for Entry of an Order Authorizing (A) Temporary Allowance of Claim for Voting Purposes and (B) Amendment of Plan Vote Amount Pursuant to Bankruptcy Rule 3018 for filing and efile same with Bankruptcy Court | .60 | 320.00 | 192.00 |

**Task Total:** **$ 44,868.00**

**Reporting**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/11/23 | MWY | Review operating report status and address ongoing requirements | .70 | 560.00 | 392.00 |

**Task Total:** **$ 392.00**

**Relief from Stay and Adequate Protection**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/15/23 | MWY | Call with R Yemm on insurance settlement | .30 | 560.00 | 168.00 |
| 9/20/23 | MWY | Address lift stay request | .60 | 560.00 | 336.00 |

**Task Total:**                                    **$ 504.00**

**TOTAL PROFESSIONAL SERVICES**                    **$ 55,310.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Pacitti, Domenic E. | Partner | 58.20 | 785.00 | 45,687.00 |
| Yurkewicz, Michael W. | Partner | 7.50 | 560.00 | 4,200.00 |
| Moore, Ryan M. | Partner | .60 | 525.00 | 315.00 |
| Orrin, Christopher P. | Associate | .80 | 385.00 | 308.00 |
| Hughes, Melissa K. | Paralegal | 15.00 | 320.00 | 4,800.00 |
| **TOTALS** | | **82.10** | | **$ 55,310.00** |

EXHIBIT B

22647: Performance Powersports Group
0001: Restructuring

October 3, 2023
Invoice #: 496346

**DISBURSEMENTS**

| Description | Amount |
|---|---|
| Litigation Support Services | 2,110.00 |

|  |  |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 2,110.00** |
| **TOTAL THIS INVOICE** | **$ 57,420.00** |



**Please note that our address has changed**

**Bill To:**
Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Christopher Orrin
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

**Requested By:**
Ryan Moore
Klehr Harrison Harvey Branzburg & Ellers LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 232214 | **Sales Contact:** | Kevin Dougherty (kdougherty@transperfect.com) | |
| **Invoice Date:** | 04/30/2023 | **Payment Terms:** | Net 30 | |
| **Invoice Due:** | 05/30/2023 | | | |
| **Contract #:** | **DM0257999** | **Purchase Order #:** | PortagePointPartners | |
| **Client Project ID:** | PortagePointPartners | | | |
| **Case Name:** | 2 | **Matter #:** | PortagePointPartners | |
| **Requested Date:** | 04/01/2023 | | | |

**Project Notes:**
APRIL 2023 HOSTING

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2023 April** | | | | |
| Monthly Storage Fees | 35.00 | GB | 12.000 | 420.00 |
| Monthly User Access Fee | 5.00 | Each | 85.000 | 425.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$845.00 |
| **Tax Amount:** | US$67.60 |
| **Total Amount Due:** | **US$912.60** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Klehr Harrison Harvey |
| Attn: Christopher Orrin | Branzburg & Ellers LLP |
| 1835 Market Street | Attn: Christopher Orrin |
| Suite 1400 | 1835 Market Street |
| Philadelphia, PA 19103 | Suite 1400 |
| USA | Philadelphia, PA 19103 |
| | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 238595 | **Sales Contact:** | Kevin Dougherty (kdougherty@transperfect.com) |
| **Invoice Date:** | 07/31/2023 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/30/2023 | | |
| **Contract #:** | **DM0265066** | **Purchase Order #:** | PortagePointPartners |
| **Client Project ID:** | PortagePointPartners | | |
| **Case Name:** | Portage Point Partners v. HiSun Technology | **Matter #:** | PortagePointPartners |
| **Requested Date:** | 07/01/2023 | | |
| **Project Notes:** | | | |
| | HOSTING | | |

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2023 July** | | | | |
| Digital Reef Hosting - Adv ECA | 47.87 | GB | 5.000 | 239.35 |
| Data - Archive Storage | 35.00 | GB | 6.000 | 210.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$449.35 |
| **Tax Amount:** | US$35.95 |
| **Total Amount Due:** | **US$485.30** |



**Please note that our address has changed**

**Bill To:**
Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Christopher Orrin
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

**Requested By:**
Ryan Moore
Klehr Harrison Harvey Branzburg & Ellers LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 234699 | **Sales Contact:** | Kevin Dougherty (kdougherty@transperfect.com) |
| **Invoice Date:** | 05/31/2023 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 06/30/2023 | | |
| **Contract #:** | **DM0260302** | **Purchase Order #:** | PortagePointPartners |
| **Client Project ID:** | PortagePointPartners | | |
| **Case Name:** | Portage Point Partners v. HiSun Technology | **Matter #:** | PortagePointPartners |
| **Requested Date:** | 05/01/2023 | | |

**Project Notes:**
May 2023 Archived Storage Data Hosting

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2023 May** | | | | |
| Data - Archive Storage | 35.00 | GB | 6.000 | 210.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$210.00 |
| **Tax Amount:** | US$16.80 |
| **Total Amount Due:** | **US$226.80** |

---

**PAYMENT INSTRUCTIONS**     Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Flagstar Bank, N.A.**
**A/C #: 1500646914**
**ABA Routing #: 026013576**
**SWIFT CODE: SIGNUS33**

**Please reference the Contract # DM0260302 and Invoice # 234699 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Please note that our address has changed**

**Bill To:**

Klehr Harrison Harvey Branzburg & Ellers LLP
Attn: Christopher Orrin
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

**Requested By:**

Klehr Harrison Harvey
Branzburg & Ellers LLP
Attn: Christopher Orrin
1835 Market Street
Suite 1400
Philadelphia, PA 19103
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 235560 | **Sales Contact:** | Kevin Dougherty (kdougherty@transperfect.com) |
| **Invoice Date:** | 06/30/2023 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2023 | | |
| **Contract #:** | **DM0262705** | **Purchase Order #:** | PortagePointPartners |
| **Client Project ID:** | PortagePointPartners | | |
| **Case Name:** | Portage Point Partners v. HiSun Technology | **Matter #:** | PortagePointPartners |

**Requested Date:** 06/01/2023

**Project Notes:**

June 2023 Archive Data HOSTING

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **2023 June** | | | | |
| Digital Reef Hosting - Adv ECA | 47.87 | GB | 5.000 | 239.35 |
| Data - Archive Storage | 35.00 | GB | 6.000 | 210.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$449.35 |
| **Tax Amount:** | US$35.95 |
| **Total Amount Due:** | **US$485.30** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2