# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC,[1]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-10047 (LSS)<br><br>Re: Docket No. 571 |

### NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PLAN ADMINISTRATOR AND LITIGATION TRUST TO CERTAIN AMENDED AND SUPERSEDED CLAIMS AND DUPLICATE CLAIMS

**PLEASE TAKE NOTICE** that pursuant to Rule 3007-1(e)(iv)(C) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Peter Kravitz, as the Plan Administrator of the above-caption debtor and as the Litigation Trustee of the PPG Litigation Trust, established in the above-captioned case (the "Plan Administrator and Litigation Trust") by and through his undersigned counsel, hereby delivered electronic and hard copies of the proofs of claim (the "Claims") along with all attachments, that are the subject of the *First Omnibus Objection (Non-Substantive) of Plan Administrator and Litigation Trust to Certain Amended and Superseded Claims and Duplicate Claims* [Docket No. 571] to the Chambers of the Honorable Laurie Selber Silverstein on March 13, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the Claims may be obtained at https://cases.omniagentsolutions.com/claimdocket?clientid=3650.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Performance Powersports Group Investor, LLC (2068). The mailing address for the Post-Effective Date Debtor is Performance Powersports Group Investor, LLC c/o Province, Inc., 2360 Corporate Circle, Ste. 340, Henderson, NV 89074.

IMPAC 11365923v.1

| | |
|---|---|
| Dated: March 13, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brett M. Haywood*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801-3700<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: csamis@potteranderson.com<br>        kgood@potteranderson.com<br>        bhaywood@potteranderson.com<br><br>*Counsel to the Plan Administrator and Litigation Trust* |